# EXHIBIT H

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CAMBRIDGE CONSULTING GROUP, §
INC., §
§
                    Plaintiff, §    Civil Action No.
§    3:11-CV-00306-O
§
§
        -v- §
§
BANK OF AMERICA, N.A., §
§
§
                    Defendant. §

    VIDEOTAPE TRIAL DEPOSITION of NON-PARTY WITNESS

RANDY KOHANA, taken by Defendant at the offices of

Thompson & Knight LLP, 900 Third Avenue, New York,

New York, on Monday, October 10, 2011, commencing at

9:35 a.m., before Kimberly Smith, a Shorthand

(Stenotype) Reporter and Notary Public within and for

the State of New York.

| Page 2 | | Page 4 | |
|---|---|---|---|

**Page 2**

```
 1   A P P E A R A N C E S:
 2     (Via telephone.)
       KILGORE & KILGORE PLLC
 3       Attorneys for Plaintiff
         3109 Carlisle, Suite 200
 4       Dallas, TX 75204
 5     BY: THEODORE C. ANDERSON, III, Esq.
         ROBERT E. GOODMAN, Esq.
 6
 7     FULBRIGHT & JAWORSKI L.L.P.
         Attorneys for Defendant
 8       2200 Ross Avenue, Suite 2800
         Dallas, TX 75201
 9
       BY: THEODORE W. DANIEL, Esq.
10
11
       THOMPSON & KNIGHT LLP
12       Attorneys for Witness
         900 Third Avenue, 20th Floor
13       New York, NY 10022
14     BY: GABRIELLE E. FARINA, Esq.
15
16
17   ALSO PRESENT:
18     James Robert, Legal Videographer
19
20
21
22
23
24
25
```

**Page 3**

```
 1        THE VIDEOGRAPHER: Good
 2   morning. We're going on the record.
 3   My name is James Robert here in
 4   association with Hundt Reporting, LLC
 5   in Dallas, Texas. Today's date is
 6   October 10, 2011. The time is
 7   approximately 9:35 a.m.
 8        This deposition is being held
 9   in the office of Thompson & Knight
10   located at 900 Third Avenue, New York
11   City, New York. The caption of the
12   case is Cambridge Consulting Group
13   Incorporated versus Bank of America,
14   N.A. in the U.S. District Court,
15   Northern District of Texas, Dallas
16   Division, Civil Action No.
17   3:11-CV-00306-0. The name of the
18   witness is Randy Kohana.
19        At this time the attorneys will
20   please identify themselves and the
21   parties they represent.
22        MR. DANIEL: Ted Daniel for
23   Bank of America.
24        MS. FARINA: Gabrielle Farina
25   for Mr. Kohana.
```

**Page 4**

```
 1        MR. ANDERSON: Ted Anderson and
 2   Bob Goodman for the plaintiff,
 3   Cambridge Consulting.
 4        THE VIDEOGRAPHER: Our court
 5   reporter is Kimberly Smith also here
 6   in association with Hundt Reporting
 7   will please swear in the witness.
 8   R A N D Y  K O H A N A, called as a witness, having
 9        been first duly sworn by Kimberly Smith, a Notary
10        Public within and for the State of New York, was
11        examined and testified as follows:
12        THE VIDEOGRAPHER: Proceed.
13   EXAMINATION
14   BY MR. DANIEL:
15        Q     Good morning, Mr. Kohana.
16        A     Good morning.
17        Q     Would you state your full name for the
18   record, please?
19        A     Randy Kohana.
20        Q     And where do you live, Mr. Kohana?
21        A     I live in New York City.
22        Q     Okay. Is that your permanent residence?
23        A     Yes, it is.
24        Q     And do you also office in New York City?
25        A     Yes, I do.
```

**Page 5**

```
 1        Q     And what is your residence address?
 2        A     134 West 10th Street.
 3        Q     And your office address?
 4        A     270 Lafayette Street.
 5        Q     Now, you understand that we're here in
 6   connection with a lawsuit that Cambridge Consulting Group
 7   has filed against my client, Bank of America; it's
 8   pending in federal court in Dallas, Texas?
 9        A     Yes, I do.
10        Q     And you -- you have an affiliation with
11   the landlord of the One Main Place office building in
12   downtown Dallas; is that correct?
13        A     Yes, I do.
14        Q     What is that affiliation?
15        A     I'm the general partner of the
16   partnership that owns the property.
17        Q     Okay. And what is the name of that
18   partnership?
19        A     RAK Main Place Associates L.P.
20        Q     Okay. When did RAK Main Place become the
21   landlord of that property?
22        A     May of 1998.
23        Q     Okay. You bought the property from the
24   prior owner?
25        A     Correct.
```

Page 6

1     Q    Okay. And so RAK Main Street considers
2  itself to be the landlord?
3     A    RAK Main Place Associates.
4     Q    Associates is the landlord with Bank of
5  America with respect to the floors that Bank of America
6  leases at the One Main Place building?
7     A    Correct.
8     Q    Okay. And how many floors does Bank of
9  America have under that lease at this time?
10    A    I think 17.
11    Q    Okay. Are you the sole general partner
12 of the landlord?
13    A    I'm the sole general partner of the
14 general partner of the partnership that owns the
15 building.
16    Q    Okay. So any -- any deals that might be
17 made with the -- with the bank, Bank of America, with
18 respect to the lease would have to be approved by you?
19    A    Yes.
20         MR. ANDERSON: Object to the
21    form.
22    Q    As the sole general partner of the
23 general partner of the landlord would you need approval
24 from anyone else to consummate an agreement with the bank
25 with respect to the lease?

Page 7

1     A    Yes.
2         MR. ANDERSON: Object to the
3    form.
4     Q    Who would that be?
5     A    It would be the mortgagee of the
6  building.
7     Q    And the mortgagee is?
8     A    It -- it was a CMBS transaction. I don't
9  -- I don't know the name.
10    Q    Okay. Did you ever communicate with the
11 mortgagee -- and when you say -- let's back up. When you
12 say mortgagee, what do you mean?
13    A    The bank, the mortgage, the bank that
14 holds the mortgage.
15    Q    So RAK Main Street (sic) Associates has a
16 loan against the building?
17    A    Correct.
18    Q    Okay. And they were written loan
19 documents?
20    A    Correct.
21    Q    And your understanding is that under
22 those documents you would have to get approval with
23 respect to any agreement that you made with the bank?
24    A    Yes.
25         MR. ANDERSON: Object to the

Page 8

1    form.
2     Q    And in connection with your discussions
3  with the bank with respect to a buyout -- strike that.
4         You did have discussions with the bank
5  with respect to a buyout of the lease?
6     A    Very, very general.
7     Q    Okay. Did the discussions ever get to a
8  point where you went to your lender for approval?
9     A    No.
10         MR. ANDERSON: Object to the
11    form.
12    Q    What was the first time you spoke with
13 John or David Worrell with respect to the lease, the Bank
14 of America lease?
15    A    I think it was approximately
16 Christmas-time 2008.
17    Q    2008?
18    A    I think so.
19    Q    Okay. And how did you first come into
20 contact with the Worrells?
21    A    They called my company and they were in
22 New York and they wanted to meet with us as representing
23 the bank.
24    Q    Okay. Mr. Kohana, to speed things up I'm
25 just going to ask you to identify a bunch of documents

Page 9

1  real quick.
2     A    Sure.
3     Q    And then I'm going to ask you a few
4  questions about just some of the documents.
5     A    Sure.
6         (John Worrell's e-mail,
7         12/30/09, was marked as Exhibit 1 for
8         identification, as of this date.)
9  BY MR. DANIEL:
10    Q    Let me hand you Exhibit 1 (handing).
11         MR. ANDERSON: And Ted, what
12    you're marking as Exhibit 1 is what
13    has been marked generally as
14    Exhibit 1 or is this Exhibit 1 to the
15    deposition of Mr. Kohana?
16         MR. DANIEL: It's Exhibit 1 to
17    the deposition of Mr. Kohana.
18         MR. ANDERSON: Okay. Is there
19    a Bates number on the document?
20         MR. DANIEL: Yes. RAK 000027.
21         MS. FARINA: Do you have a
22    copy?
23         MR. DANIEL: Yeah.
24         MS. FARINA: Thank you.
25         MR. DANIEL: Ted, it's a

Page 14

1      Q    Now, Mr. Kohana, is this your e-mail
2  dated March 15, 2010, to John Worrell?
3      A    (Perusing document.) You mean the two
4  sentences at the top?
5      Q    Yes.
6      A    Yes.
7      Q    Okay.  And you sent this in connection
8  with the One Main Place roof?
9      A    Yes.
10      Q    Okay.  And then you see down below
11  Mr. Worrell sent you an e-mail on March 15, 2010?
12      A    Well, I see that in the page you gave me,
13  yes.
14      Q    Okay.  Do you recall seeing this e-mail
15  from Mr. Worrell?
16      A    Their e-mails all seem the same, I don't
17  remember this one in particular.
18      Q    Okay.
19          MR. ANDERSON:  Object to the
20      responsiveness.
21          (David Worrell's e-mail,
22          3/16/10, was marked as Exhibit 5 for
23          identification, as of this date.)
24  BY MR. DANIEL:
25      Q    Now, let me hand you Exhibit 5,

Page 15

1  Mr. Kohana (handing).
2          MR. DANIEL:  Ted, this is RAK
3      3.
4      Q    Mr. Kohana, what is Exhibit 5?
5      A    (Perusing document.)  It seems like an
6  e-mail from Worrell to me threatening me.
7      Q    From which Worrell?
8          MR. ANDERSON:  Object to the
9      response -- object to the
10      responsiveness.
11      Q    Which Worrell?
12      A    David Worrell.
13      Q    And what's the date on this e-mail?
14      A    March 16, 2010.
15      Q    Okay.  Did you receive this e-mail on or
16  about that date?
17      A    I don't -- I don't remember.
18          (John Worrell's e-mail,
19          3/19/10, was marked as Exhibit 6 for
20          identification, as of this date.)
21  BY MR. DANIEL:
22      Q    Okay.  Now, let me hand you Exhibit 6,
23  Mr. Kohana (handing).  What is Exhibit 6, sir?
24      A    (Perusing document.)  It seems like an
25  e-mail from John Worrell to Seth and myself.

Page 16

1      Q    And what's the date on this e-mail?
2      A    March 19, 2010.
3          (David Worrell's e-mail,
4          3/22/10, was marked as Exhibit 7 for
5          identification, as of this date.)
6  BY MR. DANIEL:
7      Q    Okay.  Let me hand you Exhibit 7, sir
8  (handing).  What is Exhibit 7?
9      A    (Perusing document.)  An e-mail from
10  David Worrell to myself.
11      Q    What's the date on this e-mail?
12      A    March 22, 2010.
13          (John Worrell's e-mail,
14          3/22/10, was marked as Exhibit 8
15          for identification, as of this
16          date.)
17  BY MR. DANIEL:
18      Q    Now, let me hand you Exhibit 8 (handing).
19  What is Exhibit 8, sir?
20      A    (Perusing document.)  E-mail from
21  John Worrell to myself and Seth.
22      Q    What's the date on this e-mail?
23      A    March 22, 2010.
24          (John Worrell's e-mail,
25          3/24/10, was marked as Exhibit 9

Page 17

1          for identification, as of this
2          date.)
3  BY MR. DANIEL:
4      Q    Let me hand you Exhibit 9, sir (handing).
5  What is Exhibit 9?
6      A    (Perusing document.)  E-mail from
7  John Worrell to Seth CCing me.
8      Q    Okay.
9          MR. ANDERSON:  I'm sorry, I
10      didn't catch the date.
11      Q    And what's the date on that e-mail?
12      A    March 24, 2010.
13          (Randy Kohana's e-mail,
14          3/25/10, was marked as Exhibit 10
15          for identification, as of this
16          date.)
17  BY MR. DANIEL:
18      Q    Now, let me hand you Exhibit 10, sir
19  (handing).  What is Exhibit 10?
20      A    (Perusing document.)  I don't know.
21      Q    Do you see the first page of Exhibit 10?
22      A    It says it's from me to Sudderth on
23  March 25, 2010.
24      Q    Okay.  And you've given a note to
25  Mr. Sudderth that says, "as promised"?

Page 18

1       A    I guess now looking at it it looks like
2   copies of things he asked for.
3       Q    Okay.  Let's -- let's go through
4   Exhibit 10 real quick, Mr. Kohana.
5       A    Okay.
6       Q    On your -- the cover page to Exhibit 10
7   is your e-mail of March 25, 2010?
8       A    Correct.
9       Q    Okay.  And you've copied David Worrell?
10      A    Yes.
11      Q    Okay.  And then it looks like there's
12  several attachments?
13      A    Yes.
14      Q    Okay.  And let's look at the first
15  attachment, sir.  The first attachment is what?
16      A    It seems like a letter I sent Sudderth
17  March 24, 2010.
18      Q    Yes, sir.  And did you prepare this
19  letter?
20      A    I was involved with the preparation.
21      Q    Okay.  Is that your signature on the
22  March 24th lever -- March 24, 2010, letter?
23      A    Yes, it is.
24      Q    Okay.  And did you copy Mr. David Worrell
25  on your letter?

Page 19

1       A    Yes.
2       Q    Okay.  Did you put together all of these
3   attachments and send these to Mr. Sudderth?
4       A    I don't remember who particularly did.
5       Q    Okay.  But do you agree that you
6   ultimately sent the e-mail with the attachments to
7   Mr. Sudderth?
8       A    I don't recollect, but it seems to be.
9       Q    Okay.
10           MR. ANDERSON:  Object to the
11  responsiveness.
12      Q    Do you have any reason to doubt that you
13  did that?
14      A    No.
15      Q    Okay.
16           (Randy Kohana's
17           correspondence, 4/6/10, was
18           marked as Exhibit 11 for
19           identification, as of this date.)
20  BY MR. DANIEL:
21      Q    Now, let me hand you Exhibit 11,
22  Mr. Kohana (handing).  And what is Exhibit 11, sir?
23      A    (Perusing document.)  A letter from -- it
24  seems to be from me to Sudderth, April 6, 2010.
25      Q    Okay.  And you're looking now at the

Page 20

1   first page of Exhibit 11?
2       A    Correct.
3       Q    Okay.  And -- and there's an attachment
4   to your e-mail of April 6, 2010?
5       A    Yes.
6       Q    And what is the attachment, sir?
7       A    It's a printout of information from
8   Cambridge's website.
9       Q    And what's the first -- what's the first
10  attachment there, sir?
11      A    Oh, a letter to Dave.
12      Q    Okay.  And this is your letter of
13  April 6, 2010, to Mr. Sudderth?
14      A    Yes.
15      Q    And is that your signature on the letter?
16      A    Yes, it is.
17      Q    All right.  And then attached to your
18  April 6th letter is a printout of Cambridge's website?
19      A    Yes.
20           (David Sudderth's e-mail,
21           5/20/10, was marked as Exhibit 12 for
22           identification, as of this date.)
23  BY MR. DANIEL:
24      Q    Okay.  Now, let me hand you Exhibit 12
25  (handing).  What is Exhibit 12?

Page 21

1       A    (Perusing document.)  A letter to
2   Sudderth, May 20, 2010.
3       Q    Is it a letter to Mr. Sudderth or from
4   Mr. Sudderth?
5       A    To him -- I'm sorry, to me from him.
6       Q    Yes, sir.  And it's dated May 20, 2010?
7       A    Yes.
8       Q    And did you receive this letter on or
9   about that date?
10      A    Yes.
11           (Randy Kohana's e-mail,
12           6/10/10, was marked as Exhibit 13 for
13           identification, as of this date.)
14  BY MR. DANIEL:
15      Q    Okay.  Now, let me hand you Exhibit 13
16  (handing).  Is Exhibit 13 your June 10, 2010, e-mail to
17  Mr. Sudderth?
18      A    (Perusing document.)  Seems to be.
19      Q    Okay.  Do you have any reason to believe
20  it is not?
21      A    No.
22           (Mr. Worrell's e-mail, 6/10/10,
23           was marked as Exhibit 14 for
24           identification, as of this date.)
25  BY MR. DANIEL:

Witness:   RANDY KOHANA

9 (Pages 30 to 33)

Page 30

1    Q    Did I read that correctly?
2    A    That's correct.
3    Q    Now, what -- what did you understand the
4  purpose of this e-mail to be?
5         MR. ANDERSON: Object to the
6         form.
7    A    A threat that either we work something
8  out like giving back the floors or taking a buyout or
9  that it would get out of control in some way.
10   Q    And from -- from December of 2009 when
11 you met with the Worrells up through the date of this
12 e-mail tell me what -- what the Worrells had been telling
13 you just in general.
14   A    That there were environmental -- negative
15 environmental conditions in the building that needed to
16 be dealt with.
17   Q    Had they mentioned a buyout to you at
18 that point?
19   A    I don't remember at what point they did.
20   Q    Okay. And what was your reaction when
21 they told you that there were negative environmental
22 issues in the building?
23   A    We -- we investigated it.
24   Q    Okay. And when you say we, who -- who is
25 that?

Page 31

1    A    The -- sort of the management team at my
2  company with outside people.
3    Q    Okay. And who were the outside people?
4    A    Mostly Sigma Consultant.
5    Q    Okay. And who is Sigma?
6    A    They're an environmental consultant.
7    Q    Where are they located?
8    A    In Dallas.
9    Q    And had you worked with Sigma before?
10   A    Yes.
11   Q    For how long?
12   A    I don't remember.
13   Q    Okay. As of March of 2010 had -- had you
14 had any problems with Sigma?
15   A    No.
16   Q    Okay. And what -- what did you -- what
17 -- what did you and your team conclude with respect to
18 the negative environmental issues that the Worrells had
19 been raising?
20   A    We believed there never was an issue or
21 is an issue.
22   Q    What specifically were the Worrells
23 focused on in their conversations with you with respect
24 to negative environmental issues?
25        MR. ANDERSON: Object to the

Page 32

1         form.
2    A    There were many that over time became
3  less and less from their point of view.
4    Q    Do you recall in March of 2006 (sic) --
5         MR. ANDERSON: Object to the
6         responsiveness.
7    Q    Do you recall in March 2010 what
8  environmental issues the Worrells were focused on?
9    A    No, I do not.
10   Q    Okay.
11        MR. ANDERSON: Object to the
12        form.
13   Q    And at -- at some point in time did the
14 Worrells focus on a particular environmental issue?
15   A    Yes.
16   Q    What was that?
17   A    Potential asbestos issues within the HVAC
18 units.
19   Q    And did you investigate that issue?
20   A    Yes.
21   Q    And what did you determine?
22   A    That there was non-friable mastic in the
23 units.
24   Q    And did you engage Sigma Consulting to
25 help you investigate the asbestos issue raised by the

Page 33

1  Worrells?
2    A    Yes.
3    Q    Did you tell the Worrells the
4  determination that you made with respect to the asbestos
5  issues they raised?
6         MR. ANDERSON: Object to the
7         form.
8    A    Anything we said was in writing.
9    Q    Now, when you say non-friable mastic,
10 what do you mean by that?
11   A    I'm not an asbestos expert, my
12 understanding is that it's like a glue that glues
13 something to something.
14   Q    Did you -- after the Worrells started
15 raising these environmental issues with you, did you
16 travel from New York to Dallas to inspect the building?
17   A    Yes, I did.
18   Q    On how many occasions?
19   A    I don't remember.
20   Q    Was it more than one?
21   A    There was one specifically that I
22 remember.
23   Q    Okay. And who -- and what did you do
24 when you traveled to the building?
25   A    I reviewed the things that were mostly in

HUNDT REPORTING
214-220-1122

## Page 34

1    their report and pictures that they had given us and to
2    see for myself what the -- what the situation was.
3        Q    And what -- from what you saw what did
4    you determine?
5        A    Well, the only thing that I could point
6    to in my mind was there was mold conditions on ceiling
7    tiles that we believed came from the bank themselves.
8        Q    And why did you believe that mold issues
9    came from the bank?
10       A    Because when they had done an extensive
11   renovation of their floors, there were penetrations and
12   our understanding was water through cleaning of those
13   floors seeped down through those penetrations to the
14   tiles below.
15       Q    Okay.  Now, let me -- let me show you
16   Exhibit 7.  We identified this earlier as Mr. Worrell's
17   March 22, 2010, e-mail to you; do you see that, sir?
18       A    Yes.
19       Q    And the subject on this e-mail is
20   resolution offer; do you see that?
21       A    Yes, I do.
22       Q    And were you surprised when you got this
23   e-mail from Mr. David Worrell?
24       A    Never surprised when I got an e-mail from
25   any of the Worrells.

## Page 35

1        Q    And why do you say that, sir?
2        A    The abusive nature of their bullying of
3    us on this issue.
4        Q    And prior -- prior to March 22, 2010,
5    when Mr. Worrell sent you his resolution offer, describe
6    the bullying efforts.
7        A    They're all in the e-mails.
8        Q    Can you just generally describe them for
9    me, sir?
10       A    One of threats.
11            MR. ANDERSON:  Object to the
12       form of the question.  Object to the
13       responsiveness.
14       Q    And what kind of threats were they making
15   to you as of March 22, 2010?
16       A    I -- I don't remember specific dates to
17   as of their threats.
18       Q    Do you remember the substance of the
19   threats?
20       A    Basically two levels, one was that it
21   would be out of their hands and the bank would take over
22   and do whatever or two, to go to regulatory -- Texas
23   regulatory commissions and make complaints.
24       Q    Okay.  When you got this resolution offer
25   from David Worrell that we've marked as Exhibit 7, what

## Page 36

1    was your reaction to it?
2        A    It would have been in a written response.
3        Q    Well, did you -- did you respond to it?
4    I have not -- I have not seen a response.  Do you recall
5    responding to it?
6        A    Maybe there was one phone conversation
7    with David Worrell.
8        Q    What -- what did you talk about in that
9    phone conversation?
10       A    He was talking about a buyout of the
11   lease.
12       Q    What did you tell him?
13       A    We're not interested in a buyout of the
14   lease.
15       Q    Did that ever change, sir, in your
16   discussions with the Worrells?
17       A    No.
18       Q    And why weren't you interested in a
19   buyout of the lease?
20       A    Because, one, we believed we never did
21   anything wrong in the building; and two, they had a
22   lease, we wanted to hold them to it.
23       Q    Did you -- did you tell that to the
24   Worrells?
25       A    Yes, I did.

## Page 37

1        Q    And what did -- what was -- what was
2    their response when you said that to them?
3        A    I don't remember.
4        Q    Now, do you see from the resolution offer
5    that you got from Mr. Worrell that he's only talking
6    about six of the 17 floors?
7        A    Yes.
8            MR. ANDERSON:  Object to the
9        form.
10       Q    Did -- did David Worrell ever tell you
11   why the offer was limited to six floors?
12       A    Yes.
13       Q    What was -- what did he tell you in that
14   regard?
15       A    These were six floors the bank no longer
16   occupied nor needed to continue their operations of their
17   space.
18       Q    Do you recall how much rent remained as
19   to those six floors when you got the resolution offer on
20   March 22, 2010?
21       A    No, I don't remember.
22       Q    Okay.  Now, take -- take a look at
23   Exhibit 10, Mr. Kohana, and I want to -- I want to focus
24   you on your -- the letter, your March 24, 2010, letter;
25   do you see that?

## Page 38

1     A    Yes.
2     Q    Now, in your -- let me get you to look
3 down at your fourth paragraph starting with "Since CRC
4 was commissioned by the bank." Do you see that?
5     A    Yes, I do.
6     Q    And you say in this letter, "we have
7 endured outrageous claims and comments to our building,
8 reputation, procedures, operations and past service to
9 the bank."
10    A    Correct.
11    Q    Did you believe that was a true
12 statement?
13    A    Yes.
14    Q    And what outrageous claims and comments
15 to your building, reputation, procedures, operations and
16 past service were you referring to?
17    A    Things that were in the e-mails from them
18 to us, comments that John Worrell made to Mike Costrin
19 derogatory towards me and the building.
20    Q    What were Mr. Worrell's derogatory
21 comments towards you and the building?
22         MR. ANDERSON:  Object to the
23 form.
24    A    It -- I don't remember exactly but it was
25 -- they were negative.

## Page 39

1     Q    Okay. And then you say in that fourth
2 paragraph of your March 24, 2010, letter that "It is
3 obvious through telephone calls and e-mails -- see
4 attached -- that the modus operandi of CRC was to create
5 an atmosphere of fear, litigation, government
6 intervention and a threat of early lease termination in
7 2014 as a way to force a buyout of your six-floor
8 obligation and then provide us with a clean estoppel."
9 Do you see that?
10    A    Yes, I do.
11    Q    Did you believe that was a true statement
12 when you made it?
13    A    100 percent.
14    Q    Okay. Had the Worrells threatened you
15 with litigation as of March 24, 2010?
16         MR. ANDERSON:  Object to the
17 form.
18    A    They alluded to the bank's litigation
19 against us.
20    Q    And what -- what litigation did they
21 refer to?
22    A    I have no idea.
23    Q    Okay. And when you said in here
24 government intervention, what were you referring to?
25    A    Like I said before, reporting us, so to

## Page 40

1 speak, to some governmental authority.
2     Q    All right. And what was your reaction to
3 that?
4     A    We didn't do anything wrong.
5     Q    Okay. Did the Worrells ever report you
6 to the governmental authorities?
7     A    Not to my understanding.
8     Q    Did the government authorities ever come
9 to you and ask to inspect your building?
10    A    No.
11    Q    And that's true as of today, is it not?
12    A    That is true.
13    Q    And are you -- are you aware of anybody
14 at the building getting sick from asbestos?
15    A    Not that I'm aware of.
16    Q    And did the Worrells ever provide you
17 with any evidence that anybody on one of the bank's
18 floors at One Main Place had gotten sick as a result of
19 asbestos --
20    A    No.
21    Q    -- or mold?
22    A    No.
23    Q    Now, at the end of your -- that fourth
24 paragraph in your March 24, 2010, letter you say, "We do
25 not want to entertain a buyout of the lease."

## Page 41

1     A    Yes.
2     Q    And was that the landlord's position as
3 of March 24, 2010?
4     A    Yes, it was.
5     Q    And did that position ever change?
6     A    No, it did not.
7     Q    And then in your March 24th letter you --
8 you go through various issues and address those issues,
9 do you not?
10    A    Yes.
11    Q    And the first thing you address is
12 asbestos?
13    A    Yes.
14    Q    And do you see at the bottom of Page 1 of
15 your March 24, 2000 (sic) letter where you refer to the
16 allegations of non-compliance with OSHA requirements
17 regarding asbestos as among other fallacious comments?
18         MR. ANDERSON:  I'm sorry, Ted,
19         you're talking about the bottom of
20         the letter dated March 24, 2010?
21         MR. DANIEL:  Yes.
22         MR. ANDERSON:  Okay.
23    A    Please repeat the question.
24    Q    You see where you refer to the
25 accusations with respect to non-compliance with OSHA

## Page 42

1  requirements, it says "among other fallacious comments"?
2       A    Yes.
3       Q    Did you believe that to be true?
4       A    Yes, I did.
5       Q    As of March 24, 2010?
6       A    Yes, I did.
7       Q    Okay.  And then you also address HVAC
8  maintenance issues raised?
9       A    Yes.
10      Q    And roof leak issues raised?
11      A    Yes.
12      Q    Leaks in general raised?
13      A    Yes.
14      Q    Work orders raised?
15      A    Yes.
16      Q    And lighting and safety issues?
17      A    Yes.
18      Q    And those were all issues that the
19  Worrells had raised with you?
20      A    Yes.
21      Q    You conclude your March 24th letter by
22  saying that "Mr. Schochet and I are more than willing to
23  come to Dallas to meet with you to go over any open or
24  to-be-discussed issues."
25      A    Correct.

## Page 43

1       Q    Did you -- did you ever do that, sir?
2       A    No.
3       Q    Did Mr. Sudderth ever ask you to come to
4  Dallas and go over the issues?
5       A    No.
6       Q    Now, you copied David Worrell on your
7  March 24, 2010 e,-mail; do you see that?
8       A    Yes.
9       Q    Did you ever get -- get a response to Mr.
10  -- I'm sorry, from Mr. Worrell to this letter?
11      A    I don't recollect that.
12      Q    Okay.  And why did you copy David Worrell
13  on your letter?
14      A    So he was aware of the response I had
15  made to the bank.
16      Q    Okay.  Did John Worrell ever call you up
17  and respond to your March 24, 2010, letter?
18      A    No.
19      Q    Now, let's look at Exhibit 11, sir.  You
20  can put Exhibit -- that one away.  Now, Exhibit 11 is
21  your April 6, 2010, letter to Mr. Sudderth; is that
22  correct?
23      A    Yes.
24      Q    Did -- did the Worrells ever suggest a
25  buyout on all of the floors that the bank was leasing

## Page 44

1  from you at the One Main Place building?
2       A    No.
3       Q    Now, let me direct your attention to the
4  second paragraph of your April 6, 2010, letter.  You say,
5  "David Worrell called me a few weeks ago with a proposal
6  to buy out your unused office space.  As we were
7  discussing the situation, among other comments, he said
8  all my brother wants to do is make a lot of money on
9  this." Do you see that?
10      A    Yes.
11      Q    Did he say that?
12      A    Yes, he did.
13      Q    And what did you understand he was
14  referring -- or who did you understand he was referring
15  to when he said my brother?
16      A    John Worrell.
17      Q    Now, go over to the next page, will you
18  please, sir.
19      A    Okay.
20      Q    The second paragraph --
21      A    Yes.
22      Q    -- you see where you say, "Additionally,
23  John Worrell in conversations with my employees has
24  spoken about me in a most disparaging fashion as well as
25  to my general manager"?

## Page 45

1       A    Yes.
2       Q    Is that the same issue we -- we discussed
3  earlier today?
4       A    Correct.
5       Q    Okay.  Now, did you believe that the
6  Worrells were acting in a professional manner with you --
7            MR. ANDERSON:  Object to the
8       form.
9       Q    -- as of April 6, 2010?
10      A    No.
11           MR. ANDERSON:  Object to the
12      form.
13      Q    And why is that?
14      A    Speaking negatively about me to a
15  employee of mine for one.
16      Q    Okay.  Can you think of any -- anything
17  else?
18      A    No.  The harassment of the letters.
19      Q    Okay.  The letters that we have --
20      A    The e-mails, letters.
21      Q    Okay.  All right.  Now, in your next
22  paragraph, the third paragraph, on Page 2 of your
23  April 6, 2010, letter you say, "Dave, we have had a good
24  and professional landlord-tenant relationship for 12
25  years without any of the issues that have arisen

Witness:   RANDY KOHANA

13 (Pages 46 to 49)

Page 46

1  recently." Was that true?
2      A    That is true.
3      Q    And then you say, "At this point as
4  landlord we will not have any more contact with the
5  Worrells."
6      A    Yes.
7      Q    And that was your direction to
8  Mr. Sudderth?
9      A    Yes.
10     Q    And did you have any contact with the
11 Worrells after your April 6, 2010, letter?
12     A    No.
13     Q    Now, do you recall that they continued to
14 send some e-mails to you after April 6, 2010?
15     A    I don't remember.
16     Q    Okay.  But you do not believe you had any
17 direct communications to the Worrells after April 6,
18 2010?
19     A    No.
20     Q    Is that correct?
21     A    That's correct.
22     Q    All right.  And then you say in here,
23 "They are not to contact us or any of our employees
24 including without limitation via e-mail, regular mail
25 and/or telephone."

Page 47

1      A    Yes.
2      Q    And then you -- then you conclude by
3  saying, "We will be happy to communicate directly with
4  Bank of America employees."  Is that correct?
5      A    That's correct.
6      Q    Now, why -- why did you direct
7  Mr. Sudderth that the Worrells were not to contact any of
8  your people via e-mail, regular mail and/or telephone as
9  of April 6, 2010?
10     A    We wanted no further contact with these
11 people.
12     Q    And why is that, sir?
13     A    Because of the nature of how they dealt
14 with us over these few months.
15     Q    Okay.  Now -- now, I showed you
16 Mr. Worrell's resolution offer of March 22, 2010.
17     A    Yes.
18     Q    We just looked at that.  Did you have any
19 further negotiations with David or John Worrell with
20 respect to a buyout after you got his resolution offer?
21     A    We spoke in general on the telephone.
22     Q    Okay.  Did you ever agree to a buyout?
23     A    No.
24     Q    Did you ever even consider a buyout, sir?
25     A    No.

Page 48

1      Q    Is there -- can you think of any
2  circumstance under which you would have agreed to a
3  buyout?
4           MR. ANDERSON:  Object to the
5           form.
6      A    The only discussion we had was if the
7  bank paid us 99 percent of the money that they owed us
8  under the lease term and only then under that
9  circumstance would we consider doing it and if then, we'd
10 have to go to the loan -- the person who has the mortgage
11 on the building to ask them what they would like to do.
12     Q    Now, you conclude your April 6, 2010,
13 letter by saying, "In summary, we're going to look to the
14 lease between us and follow it completely no more, no
15 less."
16     A    Correct.
17     Q    Do you see that?
18     A    Correct.
19     Q    Was that always your position, sir?
20     A    Always.
21     Q    When the Worrells contacted your lender,
22 what was your reaction to that?
23     A    Anger.
24     Q    And why were you angry?
25     A    They had no right to do that.

Page 49

1      Q    Are you familiar with the termination
2  option under the lease?
3      A    Somewhat.
4      Q    And does it -- does it a -- what do you
5  understand about the termination option?
6      A    I know they have one --
7           MR. ANDERSON:  Object to the
8           form.
9      A    -- I think for a couple of floors at some
10 point in time.
11     Q    Okay.  Now, at some point in time did --
12 did the landlord through you agree to an abatement plan
13 with respect -- with respect to the One Main Place floors
14 that the bank occupied or leased?
15     A    Yes.
16     Q    And when did -- when did that agreement
17 come about?
18     A    I don't remember.
19     Q    Could you give -- approximate it for me,
20 sir?
21     A    I think sometime in the springtime of
22 2010.
23     Q    Okay.  Do you recall when the abatement
24 work actually started?
25     A    Sometime I think in June of this year, of

Page 50

1  2010.
2      Q     June of 2010?
3      A     No, I'm sorry.  I'm sorry.  This year it
4  started, I think June 2011.
5      Q     2011?
6      A     Yes.
7      Q     Okay.  Has the abatement work been
8  completed at this time?
9      A     It has now, yes.
10     Q     It has now?
11     A     Yes.
12     Q     Okay.  And who paid for the abatement
13 work?
14     A     The landlord.
15     Q     Your -- your entity?
16     A     Yes.
17     Q     RAK Main Street Associates?
18     A     Main Place Associates, yes.
19     Q     Main Place Associates, I'm sorry.
20           And how much did you pay for the
21 abatement work?
22     A     I don't remember a total amount.
23     Q     Could you give me your best judgment on
24 the amount?
25           MR. ANDERSON: Object to the

Page 51

1           form.
2      A     Approximately $650,000.
3      Q     Does that $650,000 include the monies
4  that you paid to your consultants?
5      A     Yes, it does.
6           MR. ANDERSON: Object to the
7           form.
8      Q     Okay.  Well, tell me what comprises the
9  six hundred -- approximate $650,000 amount.
10     A     The abatement and the consultant.
11     Q     Okay.  And who was your consultant?
12     A     Sigma contract -- Sigma.
13     Q     And was Sigma involved in coming up with
14 the scope of work for the abatement?
15     A     Yes.
16     Q     Did you defer to Sigma on the scope of
17 work for the abatement?
18     A     Yes.
19           MR. ANDERSON: Object to the
20           form.
21     Q     And who -- who did Sigma work with in
22 connection with the scope of work on the bank's -- on the
23 bank's side?
24     A     MISTX.
25     Q     Okay.  Is that M-I-S-T-X?

Page 52

1      A     Yes, I think so.
2      Q     Did you participate in meetings with
3  MISTX and Sigma with respect to the scope of work for the
4  abatement?
5      A     No.
6      Q     Okay.  Who handled that on your end?
7      A     Seth Schochet.
8      Q     Schochet, okay.
9           Is it your understanding that MISTX and
10 Sigma ultimately agreed on the scope of work for the
11 abatement?
12     A     Yes.
13           MR. ANDERSON: Object to the
14           form.
15     Q     Now -- and what's that understanding
16 based on?
17     A     We worked together to do the work; the
18 work is completed.
19           MR. ANDERSON: Object to the
20           responsiveness.
21     Q     Do you recall when the -- strike that.
22           When was the abatement work completed,
23 sir?
24     A     I think two or three weeks ago.
25     Q     Okay.  Did any issues come up during the

Page 53

1  abatement process, any problems?
2      A     None that I know of.
3      Q     Has the bank voiced any concerns to you
4  about the abatement?
5      A     No.
6      Q     Has the bank continued to pay their rent,
7  sir?
8      A     Yes.
9      Q     Did the bank during -- during your -- the
10 time you were communicating with the Worrells ever offset
11 against rent that was due under the lease?
12     A     No.
13     Q     Has the bank ever done that?
14     A     No.
15     Q     Did the Worrells ever instruct you not to
16 communicate with the bank?
17     A     I don't recall.
18     Q     Did the Worrells ever object to your
19 direct communications with the bank?
20     A     I don't remember that.
21     Q     How long did it take you and the bank to
22 negotiate the scope of work for the abatement?
23     A     I don't recall.
24     Q     Okay.  Would you agree that it took
25 several months?

Page 54

1          MR. ANDERSON: Object to the
2     form.
3     A    I don't recall.
4     Q    You don't recall, okay.
5          Now, you testified earlier that you
6     didn't think there were any issues with respect to the
7     environmental condition of the One Main Place building?
8     A    Correct.
9     Q    And you still believe that today?
10    A    Yes, I do.
11    Q    Can you -- can you explain to us, then,
12    why you ultimately agreed to abate under the -- under the
13    scope of work that was agreed upon?
14    A    I think that after the continued
15    harassment by the Worrells and the bank we just wanted to
16    end the so-called fight.  And while we didn't believe
17    that anything within those units were causing an issue,
18    we decided okay, let's just -- as part of cleaning the
19    units let's get it out of there.
20         MR. DANIEL: I'll pass the
21    witness.  Thank you, Mr. Kohana.
22         THE WITNESS:  I'm going to take
23    a break.
24         MR. ANDERSON:  Okay.
25         THE VIDEOGRAPHER:  Off the

Page 55

1     record.  10 --
2          MR. ANDERSON:  Let's go off the
3     record and then I want to talk to you
4     guys about the exhibits that
5     hopefully are there by now.
6          THE VIDEOGRAPHER:  Off the
7     record.  10:43 a.m.  This is the end
8     of disc one in the deposition of
9     Randy Kohana.
10         (Unidentified document was
11    marked as Exhibit 20 for
12    identification, as of this date.)
13         (Whereupon, at 10:43 o'clock
14    a.m., a recess was taken to 11:06
15    a.m.)
16         (The deposition resumed with
17    all parties present.)
18         THE VIDEOGRAPHER:  Going back on
19    the record at 11:06 a.m.  This is the
20    beginning of disc two in the
21    deposition of Randy Kohana.  Okay.
22    R A N D Y  K O H A N A, resumed and testified further
23    as follows:
24    EXAMINATION
25    BY MR. ANDERSON:

Page 56

1     Q    Mr. Kohana, my name is Ted Anderson.  I
2     represent the plaintiff in the case, Cambridge
3     Consulting.  I've got some questions that I'd like to ask
4     to you, sir.  Do you realize that you're still under
5     oath, sir?
6     A    Correct.
7     Q    Mr. Kohana, did you have an opportunity
8     to meet with the attorneys for the bank prior to giving
9     your deposition today?
10    A    No.
11    Q    Okay.  Have you ever given your
12    deposition before, sir?
13    A    Yes.
14    Q    On how many occasions?
15    A    I don't remember.  Very few.
16    Q    Have you been -- did it have anything to
17    do with litigation over a landlord-tenant dispute?
18    A    No.
19    Q    Okay.  I want to pick up on some of the
20    questions that Mr. Daniel asked you and I guess I'm going
21    to kind of go in reverse order.  It's my understanding,
22    sir, that the bank agreed to pay for -- I'm sorry, strike
23    that.
24         The landlord, you, agreed to pay for an
25    abatement that you did not think needed to be done; is

Page 57

1     that correct?
2     A    The landlord -- yes, in regard to the
3     landlord; yes.
4     Q    Okay.  And it is your position that
5     nothing should have been done anyway?
6     A    My understanding is nothing needed to be
7     done.
8     Q    Okay.  And was that always your position,
9     sir?
10    A    Yes, it was.
11    Q    And is it true, sir, that you would not
12    have incurred that cost at all except for the alleged
13    harassment from the Worrells?
14    A    I think you need to be more specific than
15    that.
16    Q    Okay.  Well, I -- I thought that it was
17    your testimony, sir, that because of the harass -- the
18    alleged harassment from Cambridge Consulting and from the
19    bank the landlord agreed to incur the $650,000 in costs
20    to -- to abate the premises; is that correct?
21    A    Yes; but the units also needed
22    maintenance.
23    Q    So that -- so you agree that the units --
24    that the units did need maintenance?
25    A    I think they needed their normal

Page 70

1    Q    And what is it that made you decide that
2 you didn't need an estoppel letter?
3    A    Nothing in particular.
4    Q    Before, Mr. Daniel asked some questions
5 about your demand that you no longer have anything -- any
6 communications with the Worrells; do you recall that,
7 sir?
8    A    Yes.
9    Q    Do you recall whether or not the bank
10 stated that you -- you need to continue to work with them
11 notwithstanding your demand?
12    A    There was something said, I don't
13 remember what it was.
14    Q    But you do recall that the bank wanted
15 you to continue to deal with the Worrells even though you
16 no -- wanted nothing further to do with them?
17    A    I remember something to that effect but
18 we -- we never had anything to do with them afterwards.
19    Q    Okay. So the bank did say that you
20 wanted -- they wanted you to continue to deal with them?
21    A    The bank said they'd continue to be their
22 consultants.
23    Q    Okay. Did they say that they wanted you
24 to continue to -- to work with them?
25    A    I don't remember. It didn't matter, we

Page 71

1 weren't going to.
2        MR. ANDERSON: Object to the
3    responsiveness.
4        MS. FARINA: No, I believe he
5    answered your question.
6        MR. ANDERSON: Who's talking?
7        MS. FARINA: Gabrielle Farina,
8    his counsel.
9        (David Sudderth's e-mail,
10    4/9/10, was previously marked as
11    Exhibit 21 for identification, as of
12    this date.)
13 BY MR. ANDERSON:
14    Q    Look at Exhibit -- what's been marked as
15 Exhibit 21, sir (handing).
16    A    (Perusing document.) Okay.
17        MR. DANIEL: What is that?
18        THE WITNESS: 21.
19        MR. ANDERSON: It is an e-mail
20    from David Sudderth to Randy Kohana
21    dated April the 9th of 2010.
22        MR. DANIEL: Okay.
23    A    I see it.
24    Q    Okay. Is Exhibit 21 a true and correct
25 copy of an e-mail that you received from David Sudderth

Page 72

1 of Bank of America on or about April 9, 2010?
2    A    I believe so.
3    Q    Here it says, "Randy, once again, thank
4 you for your letter. I still expect you to give CRC your
5 full cooperation as you promised." Is that true?
6    A    That was before the letter I sent saying
7 we wouldn't deal with them anymore.
8    Q    Okay. Let's take a look here. All
9 right. Do you have Exhibit 11 there, sir?
10    A    I'll get it. Yes, I do.
11    Q    All right. And if you look -- this is
12 the April -- this is dated what date, sir?
13    A    April 6th.
14    Q    Okay. So this is April 6th and do you
15 recall Mr. Daniel asked you some questions about the
16 second-to-last paragraph of the April 6, 2010, letter
17 from you to David Sudderth?
18    A    Yes, I do remember that.
19    Q    And it says in this April 6, 2010, letter
20 that -- in the second-to-last paragraph, "At this point
21 as landlord we will not have any more contact with the
22 Worrells. They are not to contact us or any of our
23 employees including without limitation via e-mail,
24 regular mail and/or telephone. We will be happy to
25 communicate directly with the Bank of America employees."

Page 73

1 Do you see that, sir?
2    A    Yes, I do.
3    Q    All right. So does that change your
4 testimony as to whether or not you made that request
5 prior to or after you received this e-mail from
6 David Sudderth which is Exhibit 21 dated April 9, 2010?
7    A    Let me be clear, at some point previous
8 to April 6th, I don't remember whether it was a letter or
9 a phone call, I told Dave that I would cooperate with
10 CRC. I never did after the fact so he was -- I'm sure
11 what he was alluding to was something that I had
12 discussed pre the April 6th letter.
13    Q    Right. And then you in your April 6th
14 letter stated in writing that you would have nothing to
15 do with CRC, right?
16    A    That's correct.
17    Q    And then on April the 9th in Exhibit 21
18 Bank of America stated to you "once again, thank you for
19 your letter. I still expect you to give CRC your full
20 cooperation as you promised," right?
21    A    Yes. I see that.
22    Q    And then in the third paragraph of
23 Exhibit 21 it says, "I do not believe we have anything to
24 discuss nor do I see the purpose in meeting one-on-one
25 prior to the conclusion of these inspections. An offer

```
 1                    C E R T I F I C A T E

 2    STATE OF NEW YORK  )

 3                       ) ss.

 4    COUNTY OF NEW YORK )

 5                    I, KIMBERLY SMITH, a

 6            Shorthand (Stenotype) Reporter and

 7            Notary Public of the State of New

 8            York, do hereby certify that the

 9            foregoing Deposition, of the

10            witness, RANDY KOHANA, taken at the

11            time and place aforesaid, is a true

12            and correct transcription of my

13            shorthand notes.

14                    I further certify that I am

15            neither counsel for nor related to

16            any party to said action, nor in any

17            wise interested in the result or

18            outcome thereof.

19                    IN WITNESS WHEREOF, I have

20            hereunto set my hand this    day of

21            October, 2011.

22

23

24                    KIMBERLY SMITH

25
```

**EXHIBIT**
10
10/10/11 KS

**From:**        Randy Kohana [rkohana@rakgroup.com]
**Sent:**        Thursday, March 25, 2010 1:14 AM
**To:**          david.l.sudderth@bankofamerica.com
**Cc:**          dworrell@att.net
**Subject:**     Bank of America - One Main Place
**Attachments:** Letter to Bank of America.3.24.10.pdf; OMP - Emails.pdf; OMP Status Letter.pdf; HVAC Limited Testing report.pdf; OMP- Sigma Certificate of Completion.pdf; BofA Work Orders 2009.pdf; Fan Coil Unit Maintenance Procedures.pdf

Dave:

As promised.

Randy

Randy Kohana
Chief Executive Officer
RAK Group LLC
270 Lafayette Street
New York, NY  10012
(212) 245-1601 (Tel)
(212) 245-7001 (Fax)
RKohana@rakgroup.com
www.rakgroup.com

*PLEASE NOTE OUR NEW ADDRESS ABOVE.

CAMBRIDGE 024799



VIA E-MAIL AND FEDEX

March 24, 2010

Mr. David L. Sudderth
Transaction Director
Bank of America
Bank of America Corporate Workplace
35 North Greenvine Circle
The Woodlands, Texas 77382

Re:     Lease Between RAK Main Place Associates L.P., as successor to RREEF USA Fund-II, as
        "Landlord" and Bank of America, N.A., as successor to NationsBank of Texas, as "Tenant,"
        dated May 1, 1995, as amended (the "Lease"), for premises located at One Main Place, 1201
        Main Street, Dallas, TX (the "Building")

Dear Dave:

We have been the Bank of America ("Bank") Landlord for 12 years now. We have been through two
lease extensions (one just over 2 years ago) and have always gone out of our way to keep the Bank happy.

You and I have always had a cordial and professional relationship and I know of no circumstance where
we did not come to a professional resolution. As an aside, I will respond to your e-mail of today,
tomorrow.

In March 2009, we became aware of the Bank's interest in subleasing three floors and now the Bank is
looking to sublet six floors of unneeded space and as such brought in Corporate Risk Consultants
("CRC").

Since CRC was commissioned by the Bank, we have endured outrageous claims and comments to our
building reputation, procedures, operations and past service to the Bank. It is obvious through telephone
calls and e-mails (see attached) that the modus operandi of CRC was to create an atmosphere of fear,
litigation, government intervention, and a threat of early lease termination in 2014 as a way to force a
buyout of your six floor obligation and then provide us with a "clean estoppel" while "quickly and
quietly" forgetting all the other alleged claims among other comments. We feel this is a form of
harassment. We do not want to entertain a buyout of the lease and do not at this time need an estoppel
from the Bank. In the event we do, we will request one in accordance with the terms of the Lease.

That all being said we will address all issues raised with a methodical response to all.

**Asbestos**

We have been accused of not following our O & M procedures and being in non-compliance with OSHA
requirements among other fallacious comments (see email dated March 19, 2010). In addition, the IAQ
Testing prepared by Maxim Technologies Inc., dated April 18, 2001 which CRC said was not available
was and is available for Todd to review (found subsequent to Todd Ratliff's conversation with Seth
Schochet but prior to Todd's actual review of any of the environmental reports) and was with the rest of
the reports Todd reviewed.

Mr. David L. Sudderth
March 24, 2010
Page 2



We have enclosed a letter from Sigma Environmental Solutions, Inc. ("Sigma") which documents all procedures followed pertaining to the Banks ACM abatement procedures per the 11th amendment to lease. We obviously have complied with all federal and state requirements.

In reference to the window HVAC units, which have been commented on quite a bit (See e-mail dated March 19, 2010 "what is going on inside those HVAC units"), there is a friable foam insulation in the enclosed unit. The insulation has been tested by EFI Global (Tenant's contractor) and just recently been retested by Sigma. The results were NEGATIVE for asbestos. There is also mastic and some pipe wrap associated with the HVAC units that are extremely non-friable, poses no health risk and does not need to be removed (see Sigma report). Additionally, the Bank accepted possession of all renovated floors per the asbestos removal done on all now occupied floors (see actual certificates of completion enclosed). I assure you there was not an issue since EFI Global and CBRE did not mention it.

In terms of the "As-Is" language in the 11th amendment regarding the HVAC perimeter units, that was meant to mean that the perimeter units were not to be replaced. If they were to be replaced, the mastic and pipe wrap would have been abated, if necessary, along with putting in the new units. We have always been ready, willing and able to implement all ACM abatement on all non-abated floors per Exhibit B to the 11th amendment to lease. One of the 6 floors the Bank is looking to sublet (31st floor) has already been demolished and the ACM abatement was completed which demonstrates the success of our program.

## HVAC Maintenance

It is obvious and agreed that all perimeter HVAC units need to be in good working order and be free of any leaks or mold accumulation. We have a commercially reasonable list of procedures to apply on every unit as serviced (List is attached). If you or your consultants have any questions, comments or additions to that list we would be more than happy to work out a protocol that works for all parties.

We have recently performed maintenance on the perimeter HVAC units on floors 12 & 28 and are currently performing maintenance on the units on the 31st floor with all other floors to follow. The maintenance takes about a week and a half to two weeks per floor to complete. Mike Horstman will coordinate the schedule with the appropriate Bank or CBRE representative. We stopped maintenance on the six unoccupied floors due to imminent demolition pursuant to building plans received by Landlord but we will now include such floors into our routine maintenance.

## Roof Leaks

Sometimes upon massive rains there are roof leaks, as with all buildings, sometimes other unforeseen events happen. Each time we respond immediately and fix the problem.

We have inspected the roof and it is in good condition. Recently a water pump broke and there was excess water from a Trane annual inspection of the chiller units. This can happen in any building. We will do our best to minimize these types of occurrences.

Additionally, as a reminder, the Bank commissioned a full MEP and building condition report prior to signing the 11th Amendment to Lease (which we paid for) which was pursuant to section 20 of the 11th amendment to Lease. There were a number of issues discussed and ultimately agreed on that were to be performed and paid for by the Landlord. This included sprinkler work, electrical panel work and ACM abatement. All have been done correctly per the Lease. There was NO mention of roof problems, HVAC maintenance issues or work order non compliance.

Mr. David L. Sudderth
March 24, 2010
Page 3



## Leaks in General

As you know leaks can happen anytime in any building.  We have been accused of causing leaks and having those leaks turn into a mold condition.

While a couple may have been from the outside window line, the majority have been from floors above which coincidentally are the Bank's recently renovated floors.  We have now replaced all ceiling tiles on all of the unoccupied floors and have had our environmental consultant, Sigma (see report) inspect for mold.  There was NONE found.  Additionally, NO leaks have been discovered once the damaged tiles were replaced with the exception of below.

The empty floors had not been walked by Bank personnel for many months and up to a year on some.  This is also what has led to some of the problems.  In fact, if Mike Horstman hadn't walked the 28th floor yesterday or an engineer on the 7th floor on March 16, 2010, 2 of the floors you are looking to sublet, (see e-mails) a mold condition could have begun because of leaks coming directly from the Bank's spaces.  You can speak with Larry Williams of CBRE for confirmation.

## Work Orders

Pursuant to the most recent CRC E-mail (March 22, 2010) we have received over 2 calls a day to our management office.  While we would like there to be zero this is within the normal range for the size of your tenancy.

Along with the latest threatening "we will terminate the lease in 2014" language we received a spreadsheet along with the e-mail and have responded to each and every line item as we have a record of each complaint and its resolution.  In 2009, there was approximately 1 work order per day of which approximately 56% were ordinary day to day issues but a good amount are complaints regarding various other issues such as construction related and after hour calls.  We have attached comments specific to each and every complaint.  2008 will follow shortly.  I think you will realize that all work orders are acted on and resolved quickly.  We are happy to work together to make this normal occurrence the minimum it can be.

## Lighting and Safety Issues

The safety of everyone that walks into One Main Place is of paramount importance to us let alone the Bank's employees.  To allude to something less is fallacious.

Sometimes ballasts do blow, rarely do they smoke.  Either way, they are in compliance with applicable laws in their current condition under the law and do not need to be replaced unless broken.  If so we replace with an electronic ballast.  Our electrical consultants Schmidt and Stacy have sent us a letter (see attached) to that effect and to the safety of the current lighting fixtures.

In summary, this letter, e-mail writing and voicemails have gotten out of hand so we wanted to answer everything globally with specific backup for each misguided comment made to date.  We want to do as we have always done to keep the Bank happy and to do everything possible within the confines of the lease to allow for the enjoyment of your continued occupancy.

CAMBRIDGE 024802

Mr. David L. Sudderth
March 24, 2010
Page 4



I am more than willing to discuss any further issues you might have or need additional backup for. We are committed as always to provide the Bank with the excellent service we have always furnished. Additionally, Seth Schochet and I are more than willing to come to Dallas to meet with you to go over any open or to be discussed issues.


Very truly yours,
RAK MAIN PLACE ASSOCIATES, LP,
a Delaware limited partnership
By: RAK Main Ventures L.P., a Texas
limited partnership, its general partner
By: RAK Ventures Corp., a Texas
corporation, its general partner


Randy Kohana
President

cc: David Worrell

CAMBRIDGE 024803

## Randy Kohana

| | |
|---|---|
| From: | John Worrell [johnw.crc@gmail.com] |
| Sent: | Friday, March 19, 2010 5:59 PM |
| To: | Seth Schochet; Randy Kohana |
| Subject: | OMP Status |

Randy/Seth:

BAC's patience is at an end waiting for you to make some effort at addressing these serious and growing problems. To date you've only offered denial in the face of overwhelming evidence as documented by Texas certified inspectors.

I know you are talking with David but I can't stop doing my job. I can't wait to see how your talks go with David and from what I understand they are going nowhere anyway.

My number one issue right now is our concern over the threat of asbestos. Until I get this issue addressed FIRST nothing else can move forward for me.

We still have not received and demand access to all Environmental Reports. The IAQ Testing prepared by Maxim Technologies, Inc. was listed in the lease but Todd didn't receive that report. I assume this is an internal air quality report and thus quite important even though it is quite dated. Also, there is an Asbestos Activity Log, OSHA 29CFR1926.1101(n), as identified in section 6.4.2 of the TERRA-MAR Asbestos Operations & Maintenance Procedures dated 05/30/1997 that we need to review. We also need to see and review the 'Asbestos File' referenced in section 6.4.3 of the same O&M (this is a permanent, active file of detailed documentation concerning asbestos activity). We need immediate access to these documents as our concern was raised because each of the Environmental Reports were qualified by the disclaimer that they were only permitted to conduct 'limited visual surveys' and specifically did not inspect less accessible areas of the building. They also noted in some cases they were not allowed to collect samples of known and suspect ACMs and had to rely on past testing that was also noted as gathered during a 'limited visual survey' so they couldn't validate their findings. In the Phase I Environmental Site Assessment prepared by Eckland Consultants Inc. and dated 02/27/1998, Eckland specifically warned RAK that "OSHA requires untested material to be presumed asbestos containing if the building was constructed before 1981". Finally, in 1997 TERRA-MAR specifically advised RAK that: "TMI recommends a comprehensive building area survey *prior to any renovation and or demolition activity* to accurately determine the type and extent of ACM."

When we add all this together – our own inspections discovered a great deal of ACM, your 'limited visual surveys' plus specific instruction noted in the reports that your inspectors were not permitted to gather and test known and suspected ACM plus notice from your inspectors that OMP must treat all untested material as presumed ACM given the age of OMP (advice that RAK did not follow) plus the direct recommendation from your inspectors that a comprehensive building area survey be conducted prior to renovation is conducted (again, advice that RAK didn't follow) – I remain unable to sign off on my 'safe to sublease' mandate.

I spoke to Dave Stoddard at the OSHA Texas headquarters in Austin. I did not yet mention company names or the property. He introduced me to Richard Hensley who is the Team Manager Dallas Area for these inspections.

I am in the process of packaging all of our inspection results which will take a few days before I can forward this to OSHA and the inspection can begin. You need to call Richard at 409-899-5589 extension 700 first to set up a time for a comprehensive building area survey. You've maintained from the start OMP is already in total compliance so there is no reason not to do this.

1

I am currently going through a massive spreadsheet listing every maintenance request on all BAC floors that I am sure you will find revealing as it clearly documents a long and consistent pattern of HVAC, lighting, as well as rain-event related water intrusion issues. I will send you specifics over the weekend.

Randy, to date you've done a lot of talking but not taken any measurable actions I can show BAC as progress. Since you won't help me get these issues resolved my recommendations to BAC are as follows:

> BAC will exercise the termination option to leave the entire building at the end of 2014.

> Through 2014, BAC will persistently demand that RAK perform to the highest standards under the lease. If RAK doesn't BAC will do it themselves in a first class manner as per the lease and then deduct the cost from rent also as per the lease. We've already got Brandt scheduled for a follow up behind your current repair and maintenance efforts on the HVAC because there is reasonable concern RAK is going to handle this maintenance in the same shoddy and health hazardous manner as you have in the past and not to a first class level as required by the lease. The necessity to audit all RAK R&M actions going forward through 2014 will become the new normal.

> BAC is bringing in its full team of inspectors as coordinated by BAC's Environmental Service division to work with OSHA for a full building inspection. We expect your cooperation in gaining access to all floors. As you already know, CBRE is scheduling a roof inspection and we will need an up-to-date internal air quality inspection done right away as the last one (the missing IAQ report) was done in 1997 and the standards have since changed.

> BAC is legally bound to update a full disclosure in the Estoppel that notes BAC's intent to exercise the full Premises termination option and exit at the end of 2014 due to environmental hazard and health concerns as compounded by the history of RAK negligent maintenance as documented by Texas certified third party inspectors.

David told me you were still in strong disagreement with Todd Ratliff's letters. Let me assure you that Todd writes nothing unless and until it has passed legal's eyes and approval. Any letter RAK has received from Ratliff was blessed by BAC's legal department as defendable. Let me be clear, Todd is not a loose cannon if that's what you are thinking. He has the full backing of BAC legal – both corporate and local. I know because I was a party to those conferences.

We understand your main arguments rest on AS-IS acceptance of the Premises and a presumed intention that BAC would build out these remaining floors to some undefined level. 'Premises' is defined in the lease as net rentable square footage and what is going on inside those HVAC window units is certainly not that, neither in the lease's definition nor according to ANSI-BOMA standards, so while BAC accepted the Premises AS-IS, they did not accept those HVAC units and what is inside them AS-IS. BAC has completed its initial build out efforts on these floors and can contemplate no further work unless and until the asbestos issues are resolved as per TERRA-MAR's advice.

The opportunity to quickly and quietly diffuse this situation in a way that works for everyone before it blows into a broader dispute over OMP as suffering from 'sick building syndrome' is about to evaporate. We're running out of time here.

We expect you to schedule an immediate, building-wide OSHA inspection. If you can't or won't do this then we will.

App. 199

CAMBRIDGE_024805

I will call you early next week to schedule access for OSHA and BAC Environmental Services along with our other inspectors to conduct these necessary additional surveys.

Regards,

John

App. 200

CAMBRIDGE_024806

**Randy Kohana**

| | |
|---|---|
| **From:** | David Worrell [dworrell@att.net] |
| **Sent:** | Tuesday, March 16, 2010 4:22 PM |
| **To:** | Randy Kohana |
| **Subject:** | Bank of America |

It is imperative we speak as soon as possible. I have till Friday to either work something out with you or BAC's environmental group and attorneys take it over themselves. That outcome is obvious – and it is not 5 years out. It is 5 weeks out.

```
Cambridge Consulting Group Inc.
David Worrell
678-488-2504
678-456-8118
```

dworrell@att.net

1

CAMBRIDGE 024807

**Seth Schochet**

| | |
|---|---|
| **From:** | John Worrell [johnw.crc@gmail.com] |
| **Sent:** | Wednesday, December 30, 2009 1:16 PM |
| **To:** | Seth Schochet |
| **Subject:** | OMP/BAC |
| **Attachments:** | 4_100_0677.jpg |

Seth,

I appreciate your time this week and your help keeping BAC a happy tenant at OMP - the main goal for both of us.

Here's the gist of what I'm dealing with and the reason for my sense of urgency:

On floors 4, 6, 7, 12, and 28 many of the lighting fixtures are in fact fire hazards because as we did our inspection we would turn on lights and they would sizzle and pop and smoke would pour out. Obviously this scared the heck out of us. At one point I even went down to the security desk to warn them and they were surprisingly indifferent telling me not to worry about it. I can tell you honestly that I do worry about it because any cleaning or security person could accidently start a fire just by turning on a light.

Two places I can pinpoint for you include the 12th floor pantry room and the 28th floor space just outside the back door to the pantry room. The 12th floor blown ballast and smoke is pictured in the book I left with you (pix also attached). On the 28th floor there were at least two fixtures that blew when I turned them on. On every floor we inspected we learned to be careful turning on lights - waiting and listening carefully in case we needed to turn off power fast. We had to turn off power fast on every floor at least once so our concern is that this issue is systemic.

What we need to do is first agree who is responsible for repair and maintenance of the lighting fixtures. I hear you that RAK's expectation (intent was the word you used) was for BAC to build out these floors but we had legal go over the lease, exhibits and amendments and it is clear to us that a) BAC has no obligation or mandate under the lease to build out those floors and b) RAK retains as Landlord the obligation for R&M of the HVAC and lighting, etc. whether or not BAC builds out the spaces. Someone has to be responsible for ongoing R&M and as best we can see it is RAK.

Also - in the original lease section 3b, page 9 states that "All replacement lighting tubes required through normal office usage in Building standard fixtures in the Premises will be furnished and installed by or at the Landlord's expense." Nowhere in any subsequent amendment is this paragraph nullified or replaced so we have to assume it remains in effect. Obviously we wouldn't want you to replace all of the missing and dead bulbs (and there are a ton of them) before the lighting fixtures were properly maintained as they would most likely just blow the good bulbs and throw away a lot of your money. But once the fixtures are addressed we will need all of the bulbs that are down replaced ASAP so we can begin to show the space for sublease (after we address the remaining issues on my list).

When you are ready I can show you the chapter/verse of the original lease (which remains in effect regarding HVAC and Lighting R&M) and the 11th amendment explaining how we read it and hopefully you can show us how you see it and we can reach an understanding because I am sure you will agree that nobody wants to risk a fire through delay. That's the good thing about a

3/17/2010

lease - we can always go back to it and see exactly what was agreed to so we should be able to figure this out quickly.

Thanks again for chatting with me on your vacation - I really do appreciate it. I'm available until 5 pm ET tomorrow and then from Saturday on whenever you are ready to review.

If we don't speak before have a Happy New Year!

John Worrell
404-840-6475

PS - If you send this to Mike and his people find something to address please let me know first before they do anything so I can coordinate with CBRE - I don't want to be accused of doing an end run on them and will need to get a formal request submitted through them before RAK does anything. Thanks.

3/17/2010

**Randy Kohana**

| | |
|---|---|
| **From:** | John Worrell [johnw.crc@gmail.com] |
| **Sent:** | Tuesday, March 09, 2010 4:16 PM |
| **To:** | Randy Kohana |
| **Subject:** | Re: please call me |

Randy,

As mentioned I am booked out today and cannot get away this time. If you can please mail the asbestos report you told me about (preferably for the 6th floor but for a remodelled floor if not). Address below.

FYI - my brother is returning from meetings in Charlotte this afternoon and he should be contacting you today.

John

12020 Leeward Walk Circle
Alpharetta, GA 30005

On Tue, Mar 9, 2010 at 12:38 PM, Randy Kohana <rkohana@rakgroup.com> wrote:



Randy Kohana

Chief Executive Officer

RAK Group LLC

270 Lafayette Street

New York, NY 10012

(212) 245-1601 (Tel)

(212) 245-7001 (Fax)

RKohana@rakgroup.com

www.rakgroup.com


**\*PLEASE NOTE OUR NEW ADDRESS ABOVE.**

1

**Seth Schochet**

| | |
|---|---|
| **From:** | John Worrell [johnw.crc@gmail.com] |
| **Sent:** | Monday, February 01, 2010 4:34 PM |
| **To:** | Seth Schochet |
| **Subject:** | OMP |
| **Attachments:** | BrandtElectricalReport.doc |

Seth,

I overnighted you a CD with photos and reports from the HVAC inspection. I'm attaching their electrical/lighting inspection for 2 floors that I forgot to include.

I'm in bank meetings all day today but we need to talk ASAP. Crowded day tomorrow too but I need to review with you before I have to review with the bank.

The HVAC inspection turned up some things that are going to make my job very hard if we don't spin this right.

I sent you all the photos and inspection sheets on a DVD_ROM. Brandt Mechanical tested the entire 6th floor (fully occupied so we would have valid data and not just idle units) plus some sampling on other floors to cross validate. Please scan through all of them as soon as you can.

I am very concerned this is going to arm those within the bank that are pushing for early relocation against our advice. We have to figure out a solution or this is going to be taken from me. Please also review the lease and admendments. We can't afford anymore time arguing over who is and is not responsible for what. We have to agree on that this week. I've got my notes ready and will send them before we meet regarding the relevant sections of the lease as we see them. I need you to educate me where I am seeing things wrong if that is the case. At the very least we have to know where we agree to disagree. I can't report back with vagueness any longer.

Tomorrow is going to be real hard to find the time. Maybe Wed morning is better. I am open before noon Wed but will have to come up with a reason to punt my status report to the bank tomorrow.

Let me know if Wed morning is open please.

John
404-840-6475

3/17/2010

CAMBRIDGE_024811



# BRANDT

January 26, 2010

Todd Ratliff
Bank of America
1201 Main Street
18th Floor
Dallas, TX, 75202

**SUBJECT:  IDENTIFICATION OF ELECTRICAL FUNCTIONALITY AND SAFETY AT 1201 MAIN ST, DALLAS, TX.**

The following is a list of electrical issues found during our survey of the 12th and 28th floors at 1201 Main St in Dallas, TX.  Though we did not formally review the 4th, 6th, or 7th floors, we feel that similar issues may likely exist there, as well.

Our recommended service will be listed to the side coded as follows:
RL = Replace Lamps
RB = Replace Ballasts
FIN = Further Investigation Needed
RC = Replace Lens/Cover
RF = Replace Fixture
RS = Replace Sockets
RR = Replace Receptacle

A sequence of events may take place to fix the situation.  If the first step in the sequence fixes the problem, then subsequent steps may not be required.  Notated as such Step1-Step2-Step3-etc

## 12th Floor

- Exit sign by men's restroom blinks (RF)
- 2 X 2 light in men's restroom is out (RL-RB-FIN)
- **Men's Restroom**
- 2 lamps 4' T8 needs ballast – Other ones have T12 lamps (RL-RB-FIN)
- Receptacle under the sink has no cover plate, not GFCI. (RR w/ GFCI)
- 65 watt 130V flood light needs bulb over 1st sink (RL-FIN)
- Broken glass lens over urinals (RC)
- **Women's Restroom**
- 5 lights no lens covers (2 lamps 1'X4' lights) (RC)
- 3 fluorescent sockets broken (2 lamps 1'X4' lights)  (RS)
- 3 lights out (2 lamps 1'X4' lights) (RL-RB-FIN)
- 2 lights half on (2 lamps 1'X4' lights) (RL-RB-FIN)

| AUSTIN | DALLAS | FORT WORTH | SAN ANTONIO | WACO |
|--------|--------|-----------|-------------|------|
| rt Commerce Dr., Suite 575 | 11245 Indian Trail | 2502 Gravel Drive | 6023 Corridor Pkwy., Suite 100 | 1100 Jewell Drive |
| Austin, TX 78741 | Dallas, TX 75229 | Fort Worth, TX 76118 | Schertz, TX 78154 | Waco, TX 76712 |
| 512.491.9100 | 972.241.9411 | 817.626.0033 | 210.569.6120 | 254.772.1693 |
| TACLA 27529C | TACLA 000468C | TACLA 20707E | TACLA 000745C | TACLA 000430C |
| TECL 20109 | TECL 20109 | TECL 20109 | TECL 20109 | TECL 20109 |



# BRANDT

- 1 recessed light needs 65W 130V flood lamp (RL-FIN)
- Receptacle under sink not GFCI (RR w/ GFCI)
- **Open Areas**————————————————————————
- No power to floor plugs (whole floor) (FIN)
- Wall plugs are good
- 66 lights have power but not working (RL-RB-FIN)
- 232 lights only 2 out of 4 lamps working (RL-RB-FIN)
- NW corner – 12 lights without power (FIN)
- North end West side – 5 lights have no power (FIN)
- SE corner – 4 lights have no power (FIN)
- 12 lights have broken or missing lenses (RC)
- **Server/Raised Floor Room**————————————————
- Needs 2 – 3X4' T8 lamps (RL-RB-FIN)
- PDU is missing cover by main breakers. (RC)
- **Janitor's Closet**—————————————————————
- 1 – 4' T12 lamp is out (RL-RB-FIN)
- **IT Room**———————————————————————————
- 6 - 2' T12 lamps needed (RL-RB-FIN)
- 1 - 2X2 Lens required (RC)

## 28th Floor

- **Main Areas**————————————————————————
- 19 lights out (with power on) (RL-RB-FIN)
- 324 lights ½ out (2 lamps working) (RL-RB-FIN)
- NE corner 20 lights have no power to them (FIN)
- 1 exit sign is out (FIN-RF)
- **Women's Restroom**————————————————————
- 11 globe incandescent lamps are out (RL-FIN)
- **Janitor's Closet**—————————————————————
- Need 1 – T12X4' Lamp (RL-RB-FIN)
- **Copy/Fax Room**—————————————————————
- Light open, wire hanging, switch does not shut power off (FIN)

Thank you for the opportunity to work with you. We look forward to any future requests you may have.

Sincerely,
**Tommy Kilman**
Account Development
Brandt Engineering
Office: 972.395.6098
Mobile: 214.769.0057

| AUSTIN | DALLAS | FORT WORTH | SAN ANTONIO | WACO |
|--------|--------|------------|-------------|------|
| rt Commerce Dr., Suite 575 | 11245 Indian Trail | 2502 Gravel Drive | 6023 Corridor Pkwy., Suite 100 | 1100 Jewell Drive |
| Austin, TX 78741 | Dallas, TX 75229 | Fort Worth, TX 76118 | Schertz, TX 78154 | Waco, TX 76712 |
| 512.491.9100 | 972.241.9411 | 817.626.0033 | 210.599.6120 | 254.772.1693 |
| TACLA 27629C | TACLA 000468C | TACLA 20707E | TACLA 000745C | TACLA 000430C |
| TECL 20109 | TECL 20109 | TECL 20109 | TECL 20109 | TECL 20109 |



## BRANDT

January 25, 2010

Bank of America
One Main Place
1201 Main Street
Dallas, Texas

Attention: John Worell

| **Proposal for repairs for chilled water fan coil units** |
| --- |

We are pleased to offer this proposal to clean the coils and make necessary repairs on the 102 room fan coil units Brandt inspected. Following is our price per unit inspected and any additional accessible units at 1201 Main Street in Dallas, Texas.

Price per unit:

1. Blower assembly replacement per unit: $766.45
2. Clean in place and re-insulate condensate pan per unit: $1,301.16
3. Replace heat strip per unit: $874.79
4. Replace T-Stat per unit: $658.10

Exclusions:

1. All work to be done during normal work hours.
2. Repairs are contingent on water isolation valves operating.
3. This proposal does not include any repairs to water connections, valves and piping.
4. No work will be performed on any asbestos containing material.
5. The parts replacement is contingent on factory supplied parts being readily available.
6. Tax is not included in this proposal.

Sincerely,

*Terry Green*

Terry Green 817-542-8974

Accepted by: _____ on ___/___/___

Purchase Order No. _____

App. 208

CAMBRIDGE 024814

Seth,

We need to talk ASAP

Before I have to review

This w/BAC. (Tue) We've got

a real problem here we need

to contain. I'm afraid

this is enough to take this

out of my hands and send

the bank packing 12-31-14.

404 840 6475

**Seth Schochet**

| | |
|---|---|
| **From:** | John Worrell [johnw.crc@gmail.com] |
| **Sent:** | Thursday, February 11, 2010 5:49 PM |
| **To:** | Seth Schochet |
| **Subject:** | OMP Letter |

Seth,

Last we spoke you and Randy were working up a letter for the bank stating the steps you were committed to taking regarding the lighting and HVAC unit maintenance. I told BAC this was in on the way over a week ago. I got cornered at a meeting today about it.

Can you please get with Randy and get us that letter ASAP so I can show Ratliff that we have at least some progress happening here?

Thanks in advance,

John
404-840-6475

3/17/2010

App. 210

CAMBRIDGE  024816

**Seth Schochet**

| | |
|---|---|
| **From:** | John Worrell [johnw.crc@gmail.com] |
| **Sent:** | Thursday, February 18, 2010 7:23 PM |
| **To:** | Seth Schochet; mh@rakgroup.com |
| **Subject:** | Environmental Reports |

Please be advised that Todd Ratliff from Bank of America is planning on stopping by the RAK office at OMP tomorrow afternoon to review the Environmental Reports referenced in the 11th Amendment to the Lease. Please make sure all of the reports are available. Please let me know ASAP if this will not be the case.

Seth - I sure would feel better if I could review these reports myself first without running the risk of my client asking a lot of questions about things I can't anticipate and that I would not otherwise need to include in my report but unless you can help me with that we'll just have to go this route and hope for the best. ·

3/17/2010

**Seth Schochet**

| | |
|---|---|
| **From:** | John Worrell [johnw.crc@gmail.com] |
| **Sent:** | Monday, February 15, 2010 1:34 PM |
| **To:** | Seth Schochet |
| **Cc:** | todd.ratliff@bankofamerica.com |
| **Subject:** | Re: One Main Place - Bank of America |

Todd,

I needed to clarify a misstatement by RAK in their recent letter.

In the third paragraph they state, "Upon such inspection with Mr. Worrell, it was determined that no leaks existed and there is no problem with the HVAC system or structure of the Building causing any water intrusion."

This could easily be misread to assume I had endorsed their conclusion and that is not the case. In short, I did not agree that the HVAC units or structural issues with the building were not a problem and I am disappointed to have been painted in that way.

I needed to make certain you were not confused by RAK's statement regarding my conclusions which will be submitted in the formal report due by the end of this month.

John




On Fri, Feb 12, 2010 at 2:36 PM, Seth Schochet <sschochet@rakgroup.com> wrote:
Todd-

Please see the attached letter.

Seth Schochet
RAK Group LLC
270 Lafayette Street
New York, NY 10012
(212) 245-1601 (Tel)
(212) 245-7001 (Fax)
SSchochet@rakgroup.com
www.rakgroup.com

**\*PLEASE NOTE OUR NEW ADDRESS ABOVE.**

3/17/2010

**Seth Schochet**

**From:**    John Worrell [johnw.crc@gmail.com]
**Sent:**    Monday, March 08, 2010 5:16 PM
**To:**       Seth Schochet
**Subject:** OMP

Seth,

Todd got back to me with his notes on the Environmental Reports and we need to chat first thing in the morning. When are you and Randy available? I've got to wrap up my report this week - I'm already late - and asbestos has become a major issue.

I'm booked for the day starting at noon so hopefully before that.

3/17/2010

App. 213

CAMBRIDGE 024819

**andy Kohana**

| | |
|---|---|
| **From:** | John Worrell [johnw.crc@gmail.com] |
| **Sent:** | Monday, March 15, 2010 6:16 PM |
| **To:** | Seth Schochet; Randy Kohana |
| **Cc:** | dworrell@att.net |
| **Subject:** | OMP Roof |

Guys,

See below email. I'm trying to get a grip on this but it is getting out of hand. The Dallas big wigs who want to move West are using this and everything else as a 'why bother anymore' response to our efforts to make the bank happy and stay put. Every call I'm getting challenged more directly. If we don't figure this out soon we won't be able to convince Charlotte that reasonable OMP rent dollars are worth all the headaches and risk. The natives have started beating their drums.

Terry Howell was asked how many times RAK has been notified about this leak and Terry said probably 3 times in the last 5 months (he's new and started in October) but that he doesn't know how many times in the past before he got here. As a result I was just sent the last three years maintenance request logs (a monster spreadsheet) by CBRE and BAC asked me to go through it line by line and start documenting request patterns. It goes without saying that I really don't have time for this but I'm the gopher and that's my job.

I see from below that Sitemark has been tasked to set up a roof inspection with Mike Horstman. I was in a call today that raised the issue of the 33rd floor. The worry is that the roof is failing and if this much water is making it down to the 32nd floor the 33rd floor is probably growing tadpoles - and Randy, 32nd floor leaks can't be due to BAC verticle cuts. The concern is that with the 33rd floor being the building's central HVAC floor this rain could create quite the moldy environment and since we've already tested and found Stachybotrys on the 28th floor (a very not healthy species) that makes BAC very concerned about air quality and safety. I'd be surprised if this doesn't spread into a full scale mold and asbestos inspection on the 33rd floor because running water is very bad for even non-fryable asbestos.

Randy - you never sent me the asbestos report you promised - 6th floor if possible, if not then a remodelled floor. Please send overnight to 12020 Leeward Walk, Alpharetta, GA 30005 so I can get a handle on this.

My boss at BAC is out of the country through this week so I've got some breathing space but come Monday I'm going to have to be prepared to answer some tough questions and I'm obviously not getting anywhere working with you guys on this.

You've got to help me help RAK and BAC fix this or I'm going to have no choice but to join the swelling ranks and let BAC know my recommendations are to plan on packing. I can't fight this battle much further without having something to show for it.

John Worrell
404-840-64375

**From:** Williams, Lawrence @ Dallas
**Sent:** Wednesday, March 10, 2010 1:43 PM
**To:** 'Michael Horstman'; 'Shenikqua Davis'

1

CAMBRIDGE_024820

**Cc:** Flynn, Bob @ Ft. Worth
**Subject:** 32nd Floor OMP

There continue to be roof related water issues that need to be addressed:

- Water is dripping (as I write this) into space along north side. Dwights crew needs to clean this area and remove the cart that has been left behind by someone. (Shenikqua, please handle)
- Ceiling tiles need to be replaced. This is in addition to the 4X4 tiles you mentioned were on order.
- Sheetrock repairs and painting is needed due to roof leaks.
- Ceiling tile stock needs to be removed from space that is stacked on top of one of the cubicles.
- Roof repairs need to made to resolve this issue which has been chronic. David Cook with Sitemark will be contacting you to set up a time to inspect roof.

Lawrence J Williams
CB Richard Ellis | Global Corporate Services
.2271 |
lawrence.williams@cbre.com | www.cbre.com

App. 215

CAMBRIDGE 024821

**Seth Schochet**

| | |
|---|---|
| **From:** | Randy Kohana |
| **Sent:** | Wednesday, March 17, 2010 9:52 AM |
| **To:** | Seth Schochet |
| **Subject:** | FW: Bank of America |

Randy Kohana
Chief Executive Officer
RAK Group LLC
270 Lafayette Street
New York, NY 10012
(212) 245-1601 (Tel)
(212) 245-7001 (Fax)
RKohana@rakgroup.com
www.rakgroup.com

**\*PLEASE NOTE OUR NEW ADDRESS ABOVE.**

**From:** David Worrell [mailto:dworrell@att.net]
**Sent:** Tuesday, March 16, 2010 4:22 PM
**To:** Randy Kohana
**Subject:** Bank of America

It is imperative we speak as soon as possible. I have till Friday to either work something out with you or BAC's environmental group and attorneys take it over themselves. That outcome is obvious -- and it is not 5 years out. It is 5 weeks out.

Cambridge Consulting Group Inc.
David Worrell
678-488-2504
678-456-8118
dworrell@att.net

3/17/2010

## Randy Kohana

| | |
|---|---|
| **From:** | David Worrell [dworrell@att.net] |
| **Sent:** | Monday, March 22, 2010 5:06 AM |
| **To:** | Randy Kohana |
| **Cc:** | 'John Worrell' |
| **Subject:** | Resolution Offer |
| **Attachments:** | OMP Basis.xls |
| | |
| **Importance:** | High |

Randy:

As promised, this is the offer from Bank of America to resolve both parties' issues with One Main Place, Dallas, TX. To begin, there has been a ground-swell of desire and demand from the Bank employees located in One Main Place (OMP) to relocate to other Bank facilities in the Dallas Metro-plex.

Up until this weekend my understanding for this was a desire to be in better facilities. As of now I know more specific reasons which you will receive later tomorrow based on the amount of complaints and requests for more reasonable working conditions. My group was brought in to determine the expenses of either moving these employees or managing the repairs to end their issues.

Rather than getting into a continuing dispute as to the validity of these issues and the costs of ending them – I will simply offer a method and amount which will do just that without greater risk to your company. As I explained to you, Charlotte wants to remain in the majority of the space they presently occupy due to the favorable costs of the lease. Unfortunately, Charlotte cannot ignore the complaints of their employees working at OMP.

Again, as I explained to you – the problem can be isolated to 6 of the 17 floors the Bank presently occupies. Due to the present conditions, these 6 floors are now being vacated and the employees located on those floors are being re-located to other places in the building or elsewhere.

Having these floors vacant is why the Bank wanted to sublease these floors – but not without first verifying that these floors were totally safe to put another company into their space. This proved to be a problem. This is not due to Bank leasing "too much space" but the safety and working conditions on these floors. The Bank can no longer subject their employees, or take on the liability for another company - to these conditions and must make immediate changes to mitigate the losses they have incurred and are continuing to incur.

Based on the continued complaints within the building – the Bank hired certified engineers to determine the validity of these issues. Their answers were conclusive and verified the complaints. As of now, the estimate for complete repair and remediation of these floors is approximately $13.42 per square foot per floor – 6 floors or 17 floors depending on your agreement to this offer.

The floors which the Bank has or is presently exiting are:

- 4 – All but 1,512 square feet located in the building core where data equipment resides (unless terminated in 2014).

- 6 – Will not be vacated until the end of 2011.
- 7 – Effective immediately.
- 12 – Effective immediately.
- 28 – Effective immediately.
- 31 – Effective immediately.

Based on the first attached spreadsheet, you can verify the Bank's obligation until their expected termination date of December 31, 2014. Based on the second spreadsheet, you can verify the remaining obligation of the Bank on these vacated floors.

1

CAMBRIDGE 024823

<u>The Offer</u>: The basis of this offer stands on the fact that at this point <u>*the Bank intends to terminate the lease at the end of 2014*</u>.

Although this offer has not been authorized by BAC's Dallas Management, the following offer is extended until Wednesday of this week when a decision will be made as to how the Bank will proceed with this issue.

1.    The Bank will agree to extend the termination date for the entire lease – minus the 6 floors - by 12 months.
2.    The Bank will give RAK a fee of $1,019,958.34 (the repair and remediation costs for these 6 floors) as a termination fee.

3.    The Bank will sign a clean Estoppel for their entire lease.

Randy, there are many more reasons as to the amount of this offer. I will be happy to speak with you IN PERSON about them. If you want to negotiate further, please set up a time for us to meet. Remember, Charlotte wants this to work; but cannot afford to let these issues pass any longer. And as they say in real estate-eze: "time is of the essence".

Thank you for your kind consideration. I hope to hear from you soon.

PS: This offer is final and is void if not accepted as of 6 P.M. Wednesday, March 23rd, 2010.

Corporate Risk Consultants Inc.

David R. Worrell

Managing Director

678.488.2504 or 678-456-8118

dworrell@att.net <<...>>

App. 218

CAMBRIDGE  024824

| | | | RAK Bookable Revenue Basis Through End of 2014 | | | | | | |
| | SQ.FT. | MONTHLY | PSF | 2010 | 2011 | 2012 | 2013 | 2014 | Buyout Fee | INCOME |
|---|---|---|---|---|---|---|---|---|---|---|
| Floor | | | | From 4-1 | | | | | | |
| 32 | 29,660 | 22,245 | 9.00 | 200,205 | 266,940 | 266,940 | 266,940 | 266,940 | | 1,379,190 |
| 31 | 29,660 | 22,245 | 9.00 | 200,205 | 266,940 | 266,940 | 266,940 | 266,940 | | 1,379,190 |
| 29 | 29,660 | 22,245 | 9.00 | 200,205 | 266,940 | 266,940 | 266,940 | 266,940 | | 1,379,190 |
| 28 | 28,678 | 21,509 | 9.00 | 193,577 | 258,102 | 258,102 | 258,102 | 258,102 | | 1,333,527 |
| 26 | 29,660 | 22,245 | 9.00 | 200,205 | 266,940 | 266,940 | 266,940 | 266,940 | | 1,379,190 |
| 25 | 29,082 | 21,812 | 9.00 | 196,304 | 261,738 | 261,738 | 261,738 | 261,738 | | 1,352,313 |
| 21 | 28,108 | 21,081 | 9.00 | 189,729 | 252,972 | 252,972 | 252,972 | 252,972 | | 1,307,022 |
| 18 | 29,082 | 21,812 | 9.00 | 196,304 | 261,738 | 261,738 | 261,738 | 261,738 | | 1,352,313 |
| 12 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 246,960 | 246,960 | 246,960 | | 1,275,960 |
| 11 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 246,960 | 246,960 | 246,960 | | 1,275,960 |
| 10 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 246,960 | 246,960 | 246,960 | | 1,275,960 |
| 9 | 26,484 | 19,863 | 9.00 | 178,767 | 238,356 | 238,356 | 238,356 | 238,356 | | 1,231,506 |
| 8 | 28,387 | 21,290 | 9.00 | 191,612 | 255,483 | 255,483 | 255,483 | 255,483 | | 1,319,998 |
| 7 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 246,960 | 246,960 | 246,960 | | 1,275,960 |
| 6 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 246,960 | 246,960 | 246,960 | | 1,275,960 |
| 4 | 27,286 | 20,465 | 9.00 | 184,181 | 245,574 | 245,574 | 245,574 | 245,574 | | 1,268,799 |
| 3 | 27,257 | 20,443 | 9.00 | 183,985 | 245,313 | 245,313 | 245,313 | 245,313 | | 1,267,451 |
| Vault | 10,340 | 7,755 | 9.00 | 69,795 | 93,060 | 93,060 | 93,060 | 93,060 | | 480,810 |
| TOTALS: | 490,544 | 367,908 | 9.00 | 3,311,372 | 4,414,896 | 4,414,896 | 4,414,896 | 4,414,896 | 1,839,540 | 22,650,296 |

**RAK Bookable Revenue Basis Through End of 2015 Minus Contraction**

| Floor | SQ.FT | MONTHLY | PSF | 2010 From 4-1 | 2011 | 2012 | 2013 | 2014 | 2015 | Buyout Fee | INCOME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 29,660 | 22,245 | 9.00 | 200,205 | 266,940 | 266,940 | 266,940 | 266,940 | 281,770 | | 1,667,139 |
| 31 | 29,660 | 22,245 | 9.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | 29,660 | 22,245 | 9.00 | 200,205 | 266,940 | 266,940 | 266,940 | 266,940 | 281,770 | | 1,667,139 |
| 28 | 29,660 | 22,245 | 9.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | 28,678 | 21,509 | 9.00 | 193,577 | 258,102 | 258,102 | 258,102 | 258,102 | 272,441 | | 1,611,943 |
| 25 | 29,660 | 22,245 | 9.00 | 200,205 | 266,940 | 266,940 | 266,940 | 266,940 | 281,770 | | 1,667,139 |
| 21 | 29,082 | 21,812 | 9.00 | 196,304 | 261,738 | 261,738 | 261,738 | 261,738 | 276,279 | | 1,634,651 |
| 18 | 28,108 | 21,081 | 9.00 | 189,729 | 252,972 | 252,972 | 252,972 | 252,972 | 267,026 | | 1,579,904 |
| 12 | 29,082 | 21,812 | 9.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 246,960 | 246,960 | 246,960 | 260,680 | | 1,542,357 |
| 10 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 246,960 | 246,960 | 246,960 | 260,680 | | 1,542,357 |
| 9 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 246,960 | 246,960 | 246,960 | 260,680 | | 1,542,357 |
| 8 | 26,484 | 19,863 | 9.00 | 178,767 | 238,356 | 238,356 | 238,356 | 238,356 | 251,598 | | 1,488,622 |
| 7 | 28,387 | 21,290 | 9.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 27,440 | 20,580 | 9.00 | 185,220 | 246,960 | 0 | 0 | 0 | 0 | 0 | 432,180 |
| 4 | 1,512 | 1,134 | 9.00 | 10,206 | 13,608 | 13,608 | 13,608 | 13,608 | 14,364 | | 84,987 |
| 3 | 27,257 | 20,443 | 9.00 | 183,985 | 245,313 | 245,313 | 245,313 | 245,313 | 258,942 | | 1,532,071 |
| Vault | 10,340 | 7,755 | 9.00 | 69,795 | 93,060 | 93,060 | 93,060 | 93,060 | 98,230 | | 581,194 |
| **TOTALS:** | | | | | | | | | | | |
| | 466,990 | 350,243 | 9.00 | 2,363,857 | 3,151,809 | 2,904,849 | 2,904,849 | 2,904,849 | 3,066,230 | 1,277,596 | |

**Randy Kohana**

| | |
|---|---|
| From: | John Worrell [johnw.crc@gmail.com] |
| Sent: | Monday, March 22, 2010 5:46 PM |
| To: | Randy Kohana; Seth Schochet |
| Subject: | OMP Sick Building Syndrome |
| Attachments: | 03212010_Work Order Report.xls |

Randy/Seth,

I found the source of the BAC ground swell to leave OMP – it's everyone from hourly staffers to SVPs. Going through 2,000+ line items of work orders over a two year period was mind numbing enough but nothing like this clear and documented pattern of RAK neglect. I'd be surprised if there were a single BAC employee left at OMP who hasn't filed some kind of complaint about their working conditions. In all honesty, I've never seen anything like this and I've audited more buildings than I can remember. I've never seen something so systemic and with such clear patterns that RAK should have grasped and taken pro-active and preventative measures against. Seriously, did you think that this wouldn't eventually catch up with you? You can siphon cash out of a building for only so long.

We're talking an average of 2+ requests per day – more than half for HVAC issues: dirt and dust making people feel sick (specific complaints about 'respiratory issues', coughing and sneezing), banging and clanking of unmaintained equipment, HVAC leaks, even the smell of smoke and burning all compounded by an increasingly frustrated BAC staff at having their requests essentially ignored. There is no way RAK couldn't have seen that the HVAC units and ballasts were falling apart due to neglect and were, in fact, a safety and health hazard.

Some examples as reported to RAK:

04/04/2008: 6th flr south end of the building there is an *electrical burning smell* please investigate
05/27/2008: On the 21st floor - Lights in the office are not working - *seems to be a bad ballast - has a burning smell*
06/04/2008: Caller There is a *burning smell( maybe wires)* down the hall way on the 10th floor
07/17/2008: The a/c vents in Cindy Neinast's office are making a lot of noise that is *disruptive to her work*
07/25/2008: Some areas of the floor continue to be too cold - *we're getting daily complaints from associates*.
10/29/2008: 18th floor - East end - *Many people are complaining* that it is extremely cold.
11/05/2008: 11th floor north side. *Caller says sparks came out of a ceiling light, now the lights are not working.*
11/21/2008: Half of the NE side of the building is blowing cold air. *Also the previous attempt to adjust* the cold air *was a failure*
12/03/2008: 29th floor - hvac vent needs to be shut in cube 69 for Rachel Kufunoki as it is to much air *making her sneeze*
01/07/2009: 25th main street side, please repair *ac unit its leaking water* on the carpet .
01/30/2009: Caller says the a/c vents are very loud. Caller says *they have a SVP on site* and its very loud in the office.
04/07/2009: 26th floor Construction Lending Dept. *Caller says a/c vent is leaking near a window*
05/14/2009: Caller states the HVAC venting along the back windows is producing a *burning smell* and there is a *banging noise*

1

05/18/2009: please provide temperature readings from each reader.....*numerous complaints* that the floor in all areas are too cold.

06/08/2009: AC Vent blowing on location 9-145 is causing the associate to *continually cough.*

06/12/2009: need carpet replaced or cleaned *since air conditioner leaked on the floor. Carpet is beginning to smell*

09/15/2009: 32nd - Piece of the ceiling tile fell off onto the floor, soaking wet, *been raining for five days*

10/07/2009: 6th flr Need to *clean all hvac vents.* per caller *several associates have reported "respiratory" issues.*

10/28/2009: 21st flr Coporate Security Dept there is a *ceiling leak in the corner leaking down wall from HVAC*

11/05/2009: *air conditioner is leaking water* by Pat Herndons desk on the 26th floor

11/20/2009: No hot water in restroom sinks - since we moved back after the renovation *almost a year ago - complaints have gone unheeded.*

I've highlighted the more egregious examples in yellow in the attached XLS. I cannot over-state the impact this will have. Boy I wish I had received this sooner. Come Thursday you can expect this to turbo-charge BAC's efforts to evacuate at-risk staff and confront this head on. BAC will not accept liability for RAK's negligence. People are reporting getting sick in your building. Rain water intrusion everywhere, mold, clogged, leaking and burning HVAC units, sparks and burning ballasts, ACMs. This is bad – very bad. My advice to BAC will be to double down on inspections and auditing to demonstrate my client's commitment to public health and safety. We're bringing OSHA, the EPA and TDSHS out there on an accelerated schedule - just as soon as I can bundle this last report with the other inspections.

I recall when we first met in your office that all three of you acted stunned and befuddled because "this is the first we're hearing about these kinds of problems". If that were true then Mike has kept you seriously in the dark about this flood (pun regrettably intended) of constant and repeat requests. The pattern of repeated requests for the same unresolved issues – some of them safety related – inarguably demonstrates RAK's blatant disregard.

And keep in mind that these logs cover 2008 and 2009 when RAK was receiving a 44% higher base rent than 2010 ($13/PSF). It raises the legitimate concern that given how RAK was so clearly milking the property then, how much lower will the service levels drop at $9/PSF? This is going to seriously undermine the perceived value of $9/PSF.

I've culled and attached about 775 individual work orders to make the point. Note that about 100 of these were handled internally by CBRE and BAC contractors and I left them in on purpose. These are a big problem because CBRE was spending BAC money to fix issues that RAK was responsible for. I can assure you that will change going forward. Your building; your problem.

I'd been told that CBRE started doing RAK's job because it was just easier and faster than constantly asking RAK and waiting and only having the most minimal solution applied resulting in an almost immediate recurrence of the issues. CBRE simply got tired of the "don't shoot the messenger" syndrome as BAC staff were losing their patience with them for RAK's failures.

I'm truly afraid that when I report this to BAC at my conference meeting this Thursday they're going to make me move to Dallas and work out of OMP to personally handle this auditing and accountability on a daily basis in 2010.

2

CAMBRIDGE_024828

Go ahead and scan through this shortened list. If you sort by category you can see how chronic these patterns are. If you sort by date you can see the constant and never ending nature of these issues.

> 180+ complaints about lighting issues
> 430+ complaints about the HVAC systems
> 115+ Plumbing and leak issues

Yes, all buildings have issues, but this is clearly self-inflicted and on a scale I have never before imagined.

Randy, this is a smoking gun. When BAC ties this proof of pattern back to the inspection reports, your claims that there are no problems or that they are BAC's fault or that they aren't problems so much as minor 'issues' that you'll be happy to fix won't fly anymore - and this in addition to the ACM issue. The Dallas execs who want to move are going to have a field day with this on Thursday.

I promised you a first look at what I found and here it is. I'll call shortly because I don't want to walk into my meeting without having some kind of answer to this. RAK needs to come up with some kind of solution that will help me keep BAC from going ballistic. And I'm not talking the same tired promises from the past. That dog won't hunt.

John Worrell
Corporate Risk Consultants
404-840-6475

App. 223

CAMBRIDGE_024829

**Randy Kohana**

| | |
|---|---|
| **From:** | Michael Horstman [mh@rakgroup.com] |
| **Sent:** | Monday, March 22, 2010 5:18 PM |
| **To:** | Randy Kohana; Seth Schochet |
| **Subject:** | BofA 28th Floor Leak |

Today while I was walking the vacant floors, I came across water leaking in a large meeting room in the interior of the 28th floor. I got a ladder and removed one of the wet ceiling tiles to see where it was coming from. The water was coming from around a drain hub on the 29th floor. I called Larry Williams, with CBRE and asked him to meet me on the 29th floor. I located the wet area under the raised floor in Bank of America's computer lab. The water was coming out from behind one of their leibert units. I knew it was coming from their lab because the leak was in the same general area as the one they had several weeks ago under one of their other leibert unit in the lab.

**Michael Horstman, RPA, FMA, SMA**

Property Manager

One Main Place

1201 Main Street, Suite 100

Dallas, Texas 75202

Office: 214-744-9815

Cell: 214-532-7800

Fax: 214-744-9810

mh@rakgroup.com

1

App. 224

CAMBRIDGE 024830

**Randy Kohana**

| | |
|---|---|
| **From:** | Michael Horstman [mh@rakgroup.com] |
| **Sent:** | Tuesday, March 23, 2010 2:53 PM |
| **To:** | Randy Kohana; Seth Schochet |
| **Subject:** | Leaks Found on Vacant BofA Floors |

Last Tuesday, March 16, one of my engineers was walking the vacant BofA floors and found a leak on the 7th floor. He investigated and found the source was BofA's water heater serving their break room on the west side. The water to the water heater was valved off. We also found that the pressure regulating valve for their southeast break room on 7 is also leaking.

**Michael Horstman, RPA,FMA,SMA**

Property Manager

One Main Place

1201 Main Street, Suite 100

Dallas, Texas 75202

Office: 214-744-9815

Cell: 214-532-7800

Fax: 214-744-9810

mh@rakgroup.com

1



**∑ SIGMA** Environmental Solutions, Inc.

March 24, 2010

Mr. Seth Schochet
RAK Group LLC
270 Lafayette Street
New York, NY 10012

RE:   **Status Report**
      **One Main Place Office Building**
      **1201 Main Street**
      **Dallas, Texas**

Mr. Schochet:

Sigma Environmental Solutions, Inc. (Sigma) has been providing asbestos and mold consulting services in the One Main Place office building in Dallas, Texas, since October of 2007. During this time Sigma has prepared specifications for the abatement of asbestos-containing-building-materials (ACBM) and monitored the abatement that was conducted on floors 3, 8, 9, 10, 11, 18, 21, 24, 25, 26, 29, 31, 32 and in the building core piping chase. The abatement occurred over the past few years.

All applicable rules and regulations were adhered to during the abatement and all air samples obtained were within regulatory and project specification requirements. The abatement was completed by North Star Abatement Corporation. All North Star employees who were involved in removal of asbestos containing materials (ACM) were accredited and licensed according to state and federal regulations.

Sigma was provided survey reports prepared by EFI Global, Inc. to review prior to preparing the specifications. Sigma reviewed the survey for each floor to be renovated and performed an inspection to determine if all suspect ACBM had been addressed, and then collected additional samples if needed. ACBM identified to be disturbed by the renovations, or was damaged and in need of removal, was included in the specifications for removal.

Non-friable materials that would not be affected by the renovations were left in place including without limitations the perimeter HVAC units and are not required by OSHA, EPA NESHAP, or Texas Department of State Health Services (TDSHS) to be removed.

Sigma collected additional samples of insulation and mastic associated with the condensate pan of the unit. The results of the sampling were negative.

Sigma has also performed surveys on other lease spaces within the building prior to renovation. Identified ACBM to be affected by the renovations was removed in accordance with all required OSHA, EPA NESHAP, and TDSHS regulations in these areas as well.

CAMBRIDGE  024832

One Main Place Status Report
Page 2

One Main Place has an Asbestos Management Plan in place to maintain ACBM and prevent any exposure to building occupants or servicemen. The Asbestos Management Plan contains O&M procedures to be used when encountering asbestos materials. The policy in the manual requires all disturbance of ACBM be performed by personnel licensed or certified by TDSHS. Additionally, prior to any disturbance of suspect ACBM, the existing survey is to be checked to determine if the material has been identified as ACBM, or if it needs to be tested prior to disturbance.

Thank you for the opportunity to provide RAK Group LLC with our environmental consulting services. Should you have any questions or concerns, please contact the undersigned at (972) 572-1400.

Respectfully,

Rick D. Orr
Vice President/Director of IAQ Services
Environmental Services
TDSHS Licensed Individual Asbestos Consultant
License No. 10-5103





*March 24, 2010*

**Building Materials Testing**

*At*

**One Main Place
HVAC Window Units
1201 Main Street
Dallas, TX**

*Prepared for:*

**Mr. Michael Horstman
RAK Main Place Associates, L.P.
1201 Main Street, Suite 100
Dallas, TX 75202**

SIGMA

CAMBRIDGE 024834

**ΣSIGMA** Environmental Solutions, Inc.

March 24, 2010

Mr. Michael L. Horstman
Property Manager
RAK Group, LLC
1201 Main Street, Suite 100
Dallas, Texas 75202

RE:     **Limited Asbestos Testing**
        **One Main Place**
        **HVAC Window Units**
        **1201 Main St.**
        **Dallas, Texas 75202**
        **Sigma Project No. 2100043**

Dear Mr. Horstman:

Sigma Environmental Solutions, Inc. (Sigma) has completed limited testing for asbestos-containing building materials (ACBM) in the HVAC Window Units located around the perimeter of the floors in the One Main Place Building, Dallas, Texas. The testing was limited to the insulation on the exterior of the condensate pan. and foam insulation between the coil and the case. The test areas included the fifteenth floor and the fourth floor. The survey included visual observations, material sampling and laboratory analysis of suspect ACBM on the site. Mr. Rick D. Orr of Sigma performed the inspection on March 11, 2010. Mr. Orr is a DSHS licensed Individual Asbestos Consultant (DSHS License No. 10-5103).

A total of six (6) bulk samples of suspect ACBM were collected from two (2) suspect homogeneous materials in the HVAC Units. Bulk samples were collected from the following materials: condensate pan insulation and mastic, and white foam insulation.

Sampled materials were delivered under proper chain of custody to Steve Moody Micro Services Inc., of Carrollton, Texas, an accredited NVLAP (Lab No. 10-2056) and DSHS (License No. 30-0084) licensed laboratory for analysis by Polarized Light Microscopy (PLM) with dispersion staining techniques per EPA Method 40 CFR, Ch. 1, Part 763, Subpart F, Appendix A. The percentage of asbestos, where applicable, was determined by visual estimation. Based on the laboratory analysis, asbestos was determined to be present in the following materials:

### *No asbestos containing materials were found*

SIGMA understands there are other Asbestos Containing Materials identified in the HVAC units. Prior to scheduled renovations or demolition that could impact the materials identified as ACBM in a prior report, State of Texas and Federal regulations require ACBM to be removed prior to performing the renovation or demolition activities that would affect those materials. It is also important to note that state and federal regulations require a ten (10) working day notification prior to any demolition activities in a building that affords public occupancy, regardless of whether asbestos is present or not.

---

App. 231

HVAC Window Unit Testing Report
Page 2

Materials in those areas not addressed by this survey should be tested to determine whether they contain asbestos prior to any additional renovation or demolition activities.

The identified renovation area was inspected and homogeneous materials were identified. Samples were collected on a homogeneous material basis. Any asbestos containing materials, if found, are listed in Attachment A. Each homogeneous material is described and functional spaces are identified in Attachment B. A minimum of three bulk samples were collected from each homogeneous material. The reports of laboratory analysis of all samples collected are included in Attachment C. Specific company and personnel documentation are located in Attachment D.

Sigma was also requested to inspect the twelfth, seventh, and fourth floors for evidence of mold growth on ceiling tiles. Rick D. Orr of Sigma is a DSHS licensed Mold Assessment Consultant (DSHS License No. MAC0363). During the walkthrough inspection of the floors various locations of water stained ceiling tiles were observed. The water stains did not appear to be the result of a continuing condition, the water leaks had been corrected and the tiles were dry to the touch. Sigma also visually inspected some of the Window HVAC Units on these floors.

### *No mold growth was observed.*

On March 24, 2010, Rick D. Orr of Sigma re-inspected the affected areas, as well as the twenty-eighth floor and all water stained tiles in these areas have been replaced. During this re-inspection several areas above the ceiling were visually inspected for mold growth and again none was observed. Any future leakage should be repaired immediately, wet tiles should be removed and disposed of, and new tiles installed after the leak has been corrected. Tiles with existing stains should also be replaced.

We appreciate the opportunity to provide asbestos-related services to RAK Group, LLC and look forward to working with you on future projects. If you should have any questions regarding this report, please contact the undersigned at (972) 572-1400.

Respectfully,

**Σ SIGMA Environmental Solutions, Inc.**

Rick D. Orr
Vice President/Director of IAQ Services
Environmental Services

ATTACHMENT A  INVENTORY AND ASSESSMENT OF ACM
ATTACHMENT B  INVENTORY OF HOMOGENOUS MATERIALS
ATTACHMENT C  PHOTOLOG
ATTACHMENT D  REPORT OF LABORATORY ANALYSIS
ATTACHMENT E  COMPANY AND PERSONNEL DOCUMENTATION

CAMBRIDGE 004806

# ATTACHMENT A

# INVENTORY AND ASSESSMENT OF ACM

CAMBRIDGE 024837

| BUILDING / AREA: HVAC Window Units 15th Floor and 4th Floor | DATE INSPECTED: 3/11/10 |
|---|---|
| SIGMA ENVIRONMENTAL SOLUTIONS, INC. PROJECT NO.: 2100043 | INSPECTED BY: Rick D. Orr, TX License #10-5103 |

## INVENTORY AND ASSESSMENT OF ASBESTOS-CONTAINING MATERIALS

| AREA NO. | MATERIAL DESCRIPTION | LOCATION | SAMPLE NUMBER | TYPE* | FRIABLE F/NF | MATERIAL ESTIMATED QUANTITY | CONDITION ASSESSMENT** | ASBESTOS CONTENT /COMMENTS (ND = None Detected) |
|---|---|---|---|---|---|---|---|---|
| *No asbestos containing materials were found* | | | | | | | | |

# ATTACHMENT B

# INVENTORY OF HOMOGENOUS MATERIALS

App. 235

CAMBRIDGE 024830

| BUILDING / AREA: HVAC Window Units 15th Floor and 4th Floor | DATE INSPECTED: 3/11/10 |
|---|---|
| SIGMA ENVIRONMENTAL SOLUTIONS, INC. PROJECT NO.: 2100043 | INSPECTED BY: Rick D. Orr, TX License #10-5103 |

## *INVENTORY OF HOMOGENEOUS MATERIALS*

| AREA NO. | HOMOGENEOUS MATERIALS DESCRIPTION | FUNCTIONAL SPACES | SAMPLE NUMBERS | MATERIAL QUANTITY | SAMPLE RESULTS | ASBESTOS CONTENT /COMMENTS (ND = None Detected) |
|---|---|---|---|---|---|---|
| M01 | Black Insulation and Mastic on HVAC Condensate Pan | HVAC Units at Perimeter Windows throughout building | 1,2,3 | N/A | NEG | ND - Insulation ND - Mastic |
| M02 | White Foam Insulation at Coil Fins to Case Joint | HVAC Units at Perimeter Windows throughout building | 4,5,6 | N/A | NEG | ND - Insulation |

CAMBRIDGE 024840

App. 236

# ATTACHMENT C

# PHOTOLOG

App. 237

CAMBRIDGE_024841

**Site Location:**
One Main Place

Dallas, Texas

**Date:**
March 11, 2010

**Photographer:**
Rick Orr



1. Black Insulation and Mastic on HVAC Condensate Pan

**Site Location:**
One Main Place

Dallas, Texas

**Date:**
March 11, 2010

**Photographer:**
Rick Orr



2. Black Insulation and Mastic on HVAC Condensate Pan

| RAK Main Place Associates L.P.<br>1201 Main Street, Dallas, Texas | SITE PHOTOGRAPHS | Σ SIGMA ENVIRONMENTAL<br>SOLUTIONS, INC. |
|---|---|---|

**Site Location:**
One Main Place

Dallas, Texas

**Date:**
March 11, 2010

**Photographer:**
Rick Orr



3.    White Foam Insulation at Coil Fins to Case Joint

**Site Location:**
One Main Place

Dallas, Texas

**Date:**
March 11, 2010

**Photographer:**
Rick Orr



4.    Water stained ceiling tiles on fourth floor.

| RAK Main Place Associates L.P.<br>1201 Main Street, Dallas, Texas | SITE PHOTOGRAPHS | ∑ SIGMA ENVIRONMENTAL<br>SOLUTIONS, INC. |
| --- | --- | --- |



Site Location:
One Main Place

Dallas, Texas

Date:
March 11, 2010

Photographer:
Rick Orr

5. Water stained ceiling tiles on fourth floor.

Site Location:
One Main Place

Dallas, Texas

Date:
March 11, 2010

Photographer:
Rick Orr

6. Water stained ceiling tiles on fourth floor.

| RAK Main Place Associates L.P. 1201 Main Street, Dallas, Texas | SITE PHOTOGRAPHS | Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC. |

# ATTACHMENT D

# REPORT OF LABORATORY ANALYSIS

# PLM Summary Report

*Steve Moody Micro Services, LLC*
2051 Valley View Lane
Farmers Branch, TX 75234  Phone: (972) 241-8460

NVLAP Lab No. 102056
TDSHS License No. 30-0084

| | | |
|---|---|---|
| Client : | SIGMA Environmental Solutions | Lab Job No. : 10B-02273 |
| Project : | OMP HVAC Units under Windows | Report Date : 03/11/2010 |
| Project # : | 210 00    Sample Date : 03/11/2010 | |
| Identification : | Asbestos, Bulk Sample Analysis | |
| Test Method : | Polarized Light Microscopy / Dispersion Staining (PLM/DS) | |
| | EPA Method 600 / R-93 / 116 | Page 1 of 1 |

On 3/11/2010, six (6) bulk material samples were submitted by Rick Orr of SIGMA Environmental Solutions for asbestos analysis by PLM/DS. The PLM Detail Report is attached; additional information may be found therein. The results are summarized below:

| Sample Number | Client Sample Description / Location | Asbestos Content |
|---|---|---|
| OMP01 | Foam Insulation of Condensate Pan,  15th Floor Suite 1515 Northwest Office Unit | None Detected - Insulation<br>None Detected - Black Mastic |
| OMP02 | Foam Insulation of Condensate Pan,  15th Floor Suite 1515 Northwest Office Unit | None Detected - Insulation<br>None Detected - Black Mastic |
| OMP03 | Foam Insulation of Condensate Pan,  15th Floor Suite 1515 Northwest Office Unit | None Detected - Insulation<br>None Detected - Black Mastic |
| OMP04 | Foam Insulation (White) at Coils,  4th Floor South Side Units | None Detected - Insulation |
| OMP05 | Foam Insulation (White) at Coils,  4th Floor South Side Units | None Detected - Insulation |
| OMP06 | Foam Insulation (White) at Coils,  4th Floor South Side Units | None Detected - Insulation |

These samples were analyzed by layers. Quantification, unless otherwise noted, is performed by calibrated visual estimate. Results may not be reproduced except in full. This test report relates only to the samples tested. These test results do not imply endorsement by NVLAP or any agency of the U.S. Government. Accredited by the National Voluntary Laboratory Accreditation Program for Bulk Asbestos Fiber Analysis under Lab Code 102056.

Analyst(s): Kirsten Tye

Lab Manager : Bruce Crabb                    Approved Signatory : *Bruce Crabb*

Lab Director : Steve Moody                    Approved Signatory : *Steve Moody*

Thank you for choosing Steve Moody Micro Services

*Steve Moody Micro Services, LLC*
2051 Valley View Lane
Farmers Branch, TX 75234  Phone: (972) 241-8460

**PLM Detail Report**
Supplement to PLM Summary Report

NVLAP Lab No. 102056
TDSHS License No. 30-0084

Client :   SIGMA Environmental Solutions
Project :   OMP HVAC Units under Windows
Project # :  210 00

Lab Job No. : 10B-02273
Report Date : 03/11/2010

Page 1 of 1

| Sample Number | Layer | % Of Sample | Components | % of Layer | Analysis Date | Analyst |
|---|---|---|---|---|---|---|
| OMP01 | Insulation (Black) | 95% | Glass Foam | 100% | 03/11 | KT |
| | Black Mastic (Black) | 5% | Binders / Fillers | 100% | | |
| OMP02 | Insulation (Black) | 95% | Glass Foam | 100% | 03/11 | KT |
| | Black Mastic (Black) | 5% | Binders / Fillers | 100% | | |
| OMP03 | Insulation (Black) | 95% | Glass Foam | 100% | 03/11 | KT |
| | Black Mastic (Black) | 5% | Binders / Fillers | 100% | | |
| OMP04 | Insulation (White) | 100% | Synthetic Foam | 100% | 03/11 | KT |
| OMP05 | Insulation (White) | 100% | Synthetic Foam | 100% | 03/11 | KT |
| OMP06 | Insulation (White) | 100% | Synthetic Foam | 100% | 03/11 | KT |

CAMBRIDGE 024847

# ATTACHMENT D

# COMPANY AND PERSONNEL DOCUMENTATION



# TEXAS DEPARTMENT OF STATE HEALTH SERVICES

## STEVE MOODY MICRO SERVICES, LLC

*is certified  to perform as a*

### Asbestos Laboratory
### PCM, PLM, TEM

*in the State of Texas within the purview of Texas Occupations Code, chapter 1954, so long as this license is not suspended or revoked and is renewed according to the rules adopted by the Texas Board of Health.*

DAVID LAKEY, M.D.
COMMISSIONER OF HEALTH

License Number: <u>300084</u>

Control Number: <u>95509</u>

Expiration Date: <u>5/31/2010</u>

(Void After Expiration Date)

VOID IF ALTERED     NON-TRANSFERABLE

App. 245



# TEXAS DEPARTMENT OF STATE HEALTH SERVICES

## SIGMA ENVIRONMENTAL SOLUTIONS, INC

*is certified to perform as a*

## Asbestos Consultant Agency

*in the State of Texas within the purview of Texas Occupations Code, chapter 1954, so long as this license is not suspended or revoked and is renewed according to the rules adopted by the Texas Board of Health.*

DAVID LAKEY, M.D.
COMMISSIONER OF HEALTH

License Number: <u>100410</u>

Control Number: <u>96129</u>

Expiration Date: <u>5/29/2010</u>

(Void After Expiration Date)

**VOID IF ALTERED     NON-TRANSFERABLE**

CAMBRIDGE 63829

App. 246



∑ **SIGMA Environmental Solutions, Inc.**

## Rick D. Orr

**Texas Department of State Health Services**

**Asbestos Individual Consultant**

RICARDO D ORR

License No.  105103

Control No.  95582

Expiration Date:  03/11/2010

| | |
|---|---|
| Individual Asbestos Consultant Tx DSHS #10-5103          Expires: 3/11/10 | Air Monitoring Technician Refresher Course          Expires: 11/9/10 |
| Project Design Refresher Course          Expires: 11/10/10 | Building Inspector Refresher Course          Expires: 11/11/10 |
| Management Planner Refresher Course          Expires: 11/11/10 | |

Ricardo D. Orr — Air Monitoring Technician Annual Update 11/9/2009 — Expires: 11/9/2010 — Cert. No.: 100.001.169.034

Ricardo D. Orr — Design of ACBM Abatement Projects Annual Update 11/10/2009 — Expires: 11/10/2010 — Cert. No.: 100.001.169.033

Ricardo D. Orr — Inspecting Buildings for ACBM Annual Update 11/11/2009 — Expires: 11/11/2010 — Cert. No: 100.001.169.031

Ricardo D. Orr — Managing ACBM in Buildings Annual Update 11/11/2009 — Expires: 11/11/2010 — Cert. No.: 100.001.169.032

Scientific Investigation & Instruction Institute

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

### CERTIFICATE OF COMPLETION

TO:___RAK One Main Place Associates, L.P._____
OWNER/Manager

PROJECT NAME:_____One Main Place 17 Floor Renovation_____

PROJECT ADDRESS:__1201 Main Street, Dallas, Texas 75202_____

LOCATION
WITHIN BUILDING:__Third (3rd) Floor_____

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies.* The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED:_____
Sigma Authorized Representative

DATE:_____March 10, 2009_____

* With the exception of floor tile and mastic under the safes in Room 124 and under the transformer in the electrical room in the west elevator foyer.

Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

## CERTIFICATE OF COMPLETION

TO:   RAK One Main Place Associates, L.P.
                    OWNER/Manager

PROJECT NAME:____One Main Place 17 Floor Renovation

PROJECT ADDRESS:  1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:  Eighth (8th) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies. The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED:   _____
                    Sigma Authorized Representative

DATE:   _____5-12-08_____

App. 250

# Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

## CERTIFICATE OF COMPLETION

TO:   RAK One Main Place Associates, L.P.
                    OWNER/Manager

PROJECT NAME:   One Main Place 17 Floor Renovation

PROJECT ADDRESS:  1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:  Ninth (9th) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies.  The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED:   _____
                        Sigma Authorized Representative

DATE:   11-13-08

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

### CERTIFICATE OF COMPLETION

TO:   RAK One Main Place Associates, L.P.
OWNER/Manager

PROJECT NAME:   One Main Place 17 Floor Renovation

PROJECT ADDRESS:  1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:  Tenth (10th) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies. The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED:
Sigma Authorized Representative

DATE:   11 - 13 - 08

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

## CERTIFICATE OF COMPLETION

TO:  RAK One Main Place Associates, L.P.
                    OWNER/Manager

PROJECT NAME:    One Main Place 17 Floor Renovation

PROJECT ADDRESS:  1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:  Eleventh (11th) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies.  The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED: _____
                    Sigma Authorized Representative

DATE:  _____ 12-19-08 _____

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

## CERTIFICATE OF COMPLETION

TO:   RAK One Main Place Associates, L.P.
OWNER/Manager

PROJECT NAME:   One Main Place 17 Floor Renovation

PROJECT ADDRESS:  1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:   Eighteenth (18th) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies. The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED:  _____
Sigma Authorized Representative

DATE:   _____ MARCH 03 2008 _____

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

### C E R T I F I C A T E   O F   C O M P L E T I O N

TO:     RAK One Main Place Associates, L.P.
                                OWNER/Manager

PROJECT NAME:     One Main Place 17 Floor Renovation

PROJECT ADDRESS:   1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:  Twenty-First (21st) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies. The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED: _____
                        Sigma Authorized Representative

DATE: _____ 11 - 13 - 08 _____

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

# CERTIFICATE OF COMPLETION

TO:   RAK One Main Place Associates, L.P.
                    OWNER/Manager

PROJECT NAME:      One Main Place 17 Floor Renovation

PROJECT ADDRESS:  1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:   Twenty-fifth (25th) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies.  The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED:   _____
                    Sigma Authorized Representative

DATE:      _____5 - 12 - 08_____

CAMBRIDGE 904256

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

### CERTIFICATE OF COMPLETION

TO:   RAK One Main Place Associates, L.P.
                    OWNER/Manager

PROJECT NAME:   One Main Place 17 Floor Renovation

PROJECT ADDRESS:   1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:   Twenty-sixth (26th) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies. The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED: _____
                    Sigma Authorized Representative

DATE:   7 - 30 - 08

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

## CERTIFICATE OF COMPLETION

TO:   RAK One Main Place Associates, L.P.
                    OWNER/Manager

PROJECT NAME:   One Main Place 17 Floor Renovation

PROJECT ADDRESS:  1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:  Twenty-ninth (29th) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies.  The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED: _____
                    Sigma Authorized Representative

DATE: _____4-07-08_____

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

## C E R T I F I C A T E   O F   C O M P L E T I O N

TO:   RAK One Main Place Associates, L.P.
OWNER/Manager

PROJECT NAME:   One Main Place 17 Floor Renovation.

PROJECT ADDRESS:  1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:   Thirty-first (31st ) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies.  The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT.**

SIGNED:   _____
Sigma Authorized Representative

DATE:   _____ MARCH 27, 2008 _____

## Σ SIGMA ENVIRONMENTAL SOLUTIONS, INC.

### CERTIFICATE OF COMPLETION

TO:    RAK One Main Place Associates, L.P.
                          OWNER/Manager

PROJECT NAME:    One Main Place 17 Floor Renovation

PROJECT ADDRESS:   1201 Main Street, Dallas, Texas 75202

LOCATION
WITHIN BUILDING:   Thirty-second (32nd ) Floor

The work for the above referenced project has been completed in accordance with applicable requirements of the United States Environmental Protection Agency, the Occupational Safety and Health Administration, the National Institute for Occupational Safety and Health, and state, county, and local agencies. The work has also been performed in accordance with the Project Manual as prepared by the **CONSULTANT**.

SIGNED:    _____
                          Sigma Authorized Representative

DATE:    _____ March 19, 2008 _____

## Fan Coil Unit Maintenance Procedures

- Check for water leaks, repair or replace if necessary.

- Check for air leaks, repair or replace if necessary

- Check power, repair or replace if necessary

- Check thermostat - replace if necessary

- Check motor - replace if necessary

- Check fan and housing - repair or replace if necessary

- Check heat element - replace if necessary

- Check chill water valve - repair or replace if necessary

- Check pressure switch - repair or replace if necessary

- Clean coils

- Clean motor

- Clean condensate pan

- Check insulation on condensate pan - repair or replace if necessary

- Replace filters

- Clean grills

**NOTE:  DO NOT DISTURB ANY MASTIC OR PIPE WRAP.  IF REPAIRS ARE
NECESSARY AND IT INVOLVES ANY MASTIC OR PIPE WRAP, PLEASE GO TO
THE PROPERTY MANAGER AND HAVE THEM CONTACT THE
ENVIRONMENTAL CONSULTANT.**

2009

# BANK OF AMERICA
## WORK ORDERS

| Date | Time of Call | Name of Caller | Floor | Issue | WO # | Category | Time Dispatched | Service Tech | What Was Done | Time Completed | Landlords Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/5/09 | 8:04 AM | C.Eaker | 6 | no power | B5008536-1 | Lights | 8:34 AM | (E8)/(E4) | replaced bulbs/ reports issue to (E4) | 9:03 AM | Normal Maintenance |
| 1/5/09 | 11:13 AM | C. Eaker | 6 | no power | B5008536-1 | Electricity | 11:44 AM | (E4) | reports the breaker was off, now on | 11:44 AM | Normal Maintenance |
| 1/5/09 | 10:21 AM | L. Rhodes | 21 | to cold | B5008889-1 | HVAC | 10:22 AM | (E1) | reports temp to E1, reports temp was at 70, made adjustments on comp. to 72. | 10:48 AM | Normal Maintenance |
| 1/5/09 | 11:28 AM | A.Orozco | 8 | to cold | B5009209-3 | HVAC | 11:30 AM | (E7) | reports temp was 68, made adjustments to 70 | 11:59 AM | Normal Maintenance |
| 1/6/09 | 11:34 AM | D.Salazar | 7 | lights out | B5010842-2 | Lights | 11:34 AM | (E8) | reports replacing two lights in hallway | 2:00 PM | Normal Maintenance |
| 1/6/09 | 1:11 PM | B.McElyea | 25 | to cold | B5010965-5 | HVAC | 1:15 PM | (E4) | reports temp on unit was at 70, made adjust. To 72 and reports issue to (E1)  to check in comp. | 1:33 PM | Normal Maintenance |
| 1/7/09 | 11:08 AM | G. Smith | 26 | coffee maker not working | B5012294-3 | Plumbinig | 11:40 AM | (E4) | reports water was turned off and disattached to coffe maker due to item needing to be replaced. | 2:38 PM | Tenant issue |
| 1/7/09 | 11:17 AM | S.Nguyen | 4 | lights out | B5012376-2 | Lights | 11:20 AM | (E8) | reports replacing several flourescent lights | 2:12 PM | Normal Maintenance |
| 1/7/09 | 12:12 PM | B.McElyea | 25 | hot | B5012518-1 | HVAC | 12:20 PM | (E1) | reports temp was at 75, made adjustments to 73. | 1:12 PM | Normal Maintenance |
| 1/7/09 | 12:16 PM | B.McElyea | 25 | window unit leaking | B5012518-2 | Leaks | 12:36 PM | (E4) | window unit was leaking a little water, turned unit off to repair.now in use and ok | 2:28 PM | Normal Maintenance |
| 1/8/09 | 8:49 AM | S. Heller | 6 | lights out | B5013787-1 | Lights | 8:50 AM | (E8) | reports replacing several lights threw out the floor | 9:30 AM | Normal Maintenance |
| 1/8/09 | 1:25 PM | B.McElyea | 25 | to cold | B5014337-1 | HVAC | 1:30 PM | (E1) | reports making a call to Divcon for the 25th floor. A call was also placed on the 1/7/09 to Divcon. | 2:11 PM | Construction related |
| 1/12/09 | 10:22 AM | R. Doss | 6 | lights out | B5017304-2 | Lights | 10:45 AM | (E8) | reports lights in training room have been replaced | 11:30 AM | Normal Maintenance |
| 1/13/09 | 7:45 AM | T. Crain | 21 | to cold | B5018526-1 | HVAC | 7:45 AM | (E7) | reports temp in area is 71 degrees, reports unit to (E1) to make adjustments | 8:09 AM | Normal Maintenance |
| 1/13/09 | 2:35 PM | R. Weeks | 32 | ceiling tile | B5019471-2 | Leaks | 2:38 PM | (E7) | reports replacing 1 stained ceiling tile | 3:00 PM | Normal Maintenance |
| 1/14/09 | 7:55 AM | S.Payne | 8 | water leaks | B5019919-1 | HVAC | 8:15 AM | (E4) | (E4) reports tracking down water leak that's coming from 9th fl. To 8th.and take care of the issue. | 9:00 AM | Tenant issue |
| 1/14/09 | 7:58 AM | D. Pyeatt | 21 | hot | B5019979-2 | HVAC | 8:17 AM | (E7) | report the heat was on/ turned heat off and turned on the ac unit | 8:33 AM | Normal Maintenance |

2009

# BANK OF AMERICA
# WORK ORDERS

| 1/14/09 | 8:08 AM | M. Hampton | 25 | sink clogged | B5020041-1 | Plumbinig | 9:00 AM | (E4) | reports unclogging kitchen.sink, now water runs down drain no problem | 9:34 AM | Tenant issue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/09 | 1:00 PM | S. Brown | 21 | light cover | B5020651-1 | Lights | 1:05 PM | (J3) | reports replacing 1 light cover that was hanging | 2:00 PM | Normal Maintenance |
| 1/15/09 | 2:59 PM | P.Benford | 26 | food spill | B5022467-1 | Janitorial | 3:02 PM | (J2) | reports taking a broom/ dustpan for a food cleanup that spilled on carpet. | 3:15 PM | Tenant issue |
| 1/20/09 | 9:09 AM | D. Pyeatt | 21 | hot | B5019979-2 | HVAC | 9:10 AM | (E7) /(E1) | reports checked floor temp again still a little warm, (E7) reports unit to (E1) to make adjust. In comp. | 9:21 AM | Normal Maintenance |
| 1/20/09 | 9:05 AM | R.Weeks | 32 | no power | B5025203-2 | Electricity | 9:10 AM | (E5) | reports breaker was off, now back on | 9:34 AM | Normal Maintenance |
| 1/22/09 | 11:00 AM | R.Raasch | 26 | hot | B5028675-3 | HVAC | 11:01 AM | (E7) | reports making adjust. To the comp to turn off heat and turn on ac. | 11:25 AM | Normal Maintenance |
| 1/22/09 | 12:18 PM | B.McElyea | 25 | to cold | B5029054-3 | HVAC | 12:18 PM | (E7) /(E1) | reports eadt side of the fl. Needs to be adjust. By comp., )E1) made adjust. | 12:30 PM | Normal Maintenance |
| 1/22/09 | 1:58 PM | B.McElyea | 25 | to cold | B5029501-1 | HVAC | 2:00 PM | (E7) | reports making adjust. To the comp | 2:22 PM | Normal Maintenance |
| 1/23/09 | 10:39 AM | K.Hogan | 21 | to cold | B5030104-1 | HVAC | 10:45 AM | (E1) | reports northwest side to (E1) as he made adjustments to the comp. to the whole west side was to hot | 11:00 AM | Normal Maintenance |
| 1/23/09 | 12:05 PM | B.McElyea | 25 | to cold | B5030565-1 | HVAC | 12:10 PM | (E5) | reports adjusting vent above tenants dsk. | 12:22 PM | Normal Maintenance |
| 1/26/09 | 9:18 AM | L.Thompsom | 21 | lights blinking | B5031680-2 | Lights | 9:20 AM | (E8) | reports replacing blinkiing lights on SW corner of fl. | 11:15 AM | Normal Maintenance |
| 1/26/09 | 9:38 AM | L.Thompsom | 21 | lights out | B5031680-2 | Lights | 9:40 AM | (E8) | operator reports call was sent out twice, call has already been taking care off | 9:44 AM | Duplicate call |
| 1/26/09 | 9:20 AM | J.Wafer | 6 | lights out | B5031813-4 | Lights | 9:22 AM | (E8) | reports lights have bern replaced | 10:00 AM | Normal Maintenance |
| 1/26/09 | 10:49 AM | G.McNealis | 6 | toilet clogged | B5032196-2 | Plumbing | 11:23 AM | (E4) | reports tissus was clogging up the toilet, now unclogged | 11:54 AM | Normal Maintenance |
| 1/26/09 | 12:49 PM | B.McElyea | 25 | hot | B5032247-2 | HVAC | 1:00 PM | (E1) | reports talking with Brenda on 1/23/09 about the HVAC problem, (E1) informed her that the building is building standard temp, there nothing more we can do at this point.again on 1/26/09 | 1:00 PM | No Problem |
| 1/27/09 | 8:58 AM | T. LaMere | 21 | to cold | B5033417-1 | HVAC | 9:00 AM | (E4)/(E1) | (E4) reports a few units are off and not working from 21st fl. To 25th fl..(E1) contacts Divcon and inform them of whats goin on with ac units. | 9:28 AM | Construction related |

2009

# BANK OF AMERICA
## WORK ORDERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/09 | 9:00 AM | B.McElyea | 25 | to cold | B5037365-1 | HVAC | 9:10 AM | (E5) | reports temp. 70 on SE, 1/28/09 Divcon was reports working on units, units are still not working. (E5) reports closing a few vents til ac unit is adjusted. | 9:40 AM | Construction related |
| 1/30/09 | 9:39 AM | R.Weeks | 32 | ac unit is noise | B5038772-2 | HVAC | 10:39 AM | (E6) | unit had loose bolts coming from unit, bolts has been tightened and now no rattling noise | 11:00 AM | Normal Maintenance |
| 2/2/09 | 1:35 PM | R.Doss | 6 | MR Door handle | B5040425-2 | Doors & Locks | 2:00 PM | (E7) | replaced plunger on door | 2:21 PM | Normal Maintenance |
| 2/3/09 | 8:51 AM | T.Houchins | 21 | hot | B5041681-1 | HVAC | 8:51 AM | (E5) | reports ac unit on nortwest side was adjusted | 9:10 AM | Normal Maintenance |
| 2/3/09 | 10:31 AM | B.McElyea | 25 | hot | B5042049-1 | HVAC | 10:31 AM | (E1) | reports making adjust. To the comp. | 10:35 AM | Normal Maintenance |
| 2/6/09 | 7:45 AM | S.Payne | 8 | hot | B5046224-1 | HVAC | 8:27 AM | (E5) | reports temp was at 75, set thermo. To 73 | 9:00 AM | Normal Maintenance |
| 2/9/09 | 8:41 AM | S.Heller | 6 | lights out | B5047391-2 | Lights | 8:45 AM | (E8) | reports replacing 3 lights out on south side | 9:08 AM | Normal Maintenance |
| 2/9/09 | 12:00 PM | R.Weeks | 32 | cold | B5048509-2 | HVAC | 12:02 PM | (E5) | reports unit temp is at 72, set temp to 75 | 12:15 PM | Normal Maintenance |
| 2/10/09 | 3:48 PM | C.Leeth | 32 | hot | B5049797-1 | HVAC | 3:50 PM | (E7) | reports making adjust. To the comp. | 4:12 PM | Normal Maintenance |
| 2/11/09 | 12:16 PM | N.Szymczyk | 6 | hot | B5051688-1 | HVAC | 1:00 PM | (E4) | reports setting thermo. To 73, temp was at 71 | 1:12 PM | Normal Maintenance |
| 2/12/09 | 1:08 PM | A.Orozco | 8 | cold | B5053448-2 | HVAC | 1:10 PM | (E5) | reports window unit was off/ turned heat on | 1:33 PM | Normal Maintenance |
| 2/13/09 | 9:21 AM | N.Szymczyk | 6 | hot | B5054470-1 | HVAC | 10:00 AM | (E7) | reports set temp is at 77.8,dropped to 73 | 10:51 AM | Normal Maintenance |
| 2/13/09 | 12:51 PM | S.Parlin | 6 | hot | B5054902-1 | HVAC | 12:55 PM | (E4) | reports unit was off, turned unit on | 2:06 PM | Normal Maintenance |
| 2/17/09 | 9:02 AM | B.McElyea | 25 | keys | B5056005-2 | Keys | 9:02 AM | (E7) | reports key is still on construction cord. | 9:51 AM | Construction related |
| 2/17/09 | 9:23 AM | R.Hakul | 21 | hot | B5056050-1 | HVAC | 9:35 AM | (E4) | reports temp tp (E1), he made adjust. Tp comp. | 10:03 AM | Normal Maintenance |
| 2/19/09 | 4:46 PM | R.Doss | 6 | lights out | B5058744-2 | Lights | 4:50 PM | (E8) | reports taking care of those light at 9:40.WO just came thru at 17:46 | 4:50 PM | Normal Maintenance |
| 2/19/09 | 8:49 AM | R.Weeks | 32 | dust | B5059111-1 | Janitorial | 8:50 AM | (J1) | reports area in ass. Hub been cleaned | 9:06 AM | Normal Maintenance |
| 2/19/09 | 1:59 PM | B.McElyea | 25 | cold | B5059822-1 | HVAC | 2:00 PM | (E7) | reports making adjust. To the comp. | 2:12 PM | Normal Maintenance |
| 2/20/09 | 8:08 AM | S.Payne | 8 | hot | B5060376-1 | HVAC | 8:10 AM | (E7) | temp 74,made adjust to 72 in comp. | 8:15 AM | No Problem |
| 2/23/09 | 10:19 AM | B.McElyea | 25 | hot | B5062591-1 | HVAC | 10:26 AM | (E4) | reports unit to (E1), made adjust. To comp | 10:26 AM | Normal Maintenance |

# BANK OF AMERICA
# WORK ORDERS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/09 | 4:04 PM | B.McElyea | 25 | cold | B5064958-1 | HVAC | 4:04 PM | (E5) | reports temp to (E1) ,make adjust. To comp. | 4:16 PM | Normal Maintenance |
| 2/26/09 | 8:35 AM | R.Weeks | 32 | hot | B5066804-1 | HVAC | 8:38 AM | (E5) (E7) | (E5) reports unit to (E7) to make adjust.to comp | 9:00 AM | Normal Maintenance |
| 2/26/09 | 3:22 PM | A.Haddox | 21 | vent blowing to hard | B5067862-1 | HVAC | 3:33 PM | (E7) | reports closing vents slightly so air will not blowo hard. | 3:50 PM | Normal Maintenance |
| 3/2/09 | 11:10 AM | B.McElyea | 25 | hot | B5070465-2 | HVAC | 12:10 PM | (E5) | reports temp to (E1) ,make adjust. To comp. | 12:15 PM | Normal Maintenance |
| 3/3/09 | 10:42 AM | S.Payne | 8 | LR running toilet | B5071852-2 | Plumbing | 10:42 AM | (E4) | reports toilet was stopped up, toilet stop running | 11:00 AM | Normal Maintenance |
| 3/3/09 | 12:31 PM | C.Morones | 26 | vent blowing to hard | B5072148-2 | HVAC | 12:35 PM | (E7) | reports adjusting the vents over 26.153 | 1:00 PM | Normal Maintenance |
| 3/5/09 | 2:36 PM | R.Murray | 18 | noise | B5075733-1 | Security | 2:50 PM | (S2) | reports security went to invest. Found nothing | 3:00 PM | No Problem |
| 3/6/09 | 8:55 AM | R.Murray | 25 | clean up | B5076375-1 | Janitorial | 8:55 AM | (J2) | reports spill on floor was cleaned up | 9:10 AM | Tenant issue |
| 3/10/09 | 8:36 AM | T.Houchins | 21 | tissue | B5079685-1 | Janitorial | 9:00 AM | (J2) | reports tissue has been restocked | 9:18 AM | Normal Maintenance |
| 3/10/09 | 8:40 AM | K.Harsha | 32 | hot | B5079763-1 | HVAC | 8:50 AM | (E4) | reports large conference room has been adjust. | 9:00 AM | Normal Maintenance |
| 3/10/09 | 3:55 PM | J.Walling | 6 | LR/soap despenser | B5080825-1 | Janitorial | 3:55 PM | (J2)/(E7) | (E7)replaced the despencer,cleanup is done. | 4:12 PM | Normal Maintenance |
| 3/11/09 | 4:30 PM | B.McElyea | 25 | cold | B5081829-2 | HVAC | 4:32 PM | (E6) | reports temp to (E1) ,make adjust. To comp. | 4:45 PM | Normal Maintenance |
| 3/11/09 | 12:56 PM | J.Altmann | 29 | cold | B5082027-1 | HVAC | 1:27 PM | (E6) | reports closing vents slightly | 4:00 PM | Normal Maintenance |
| 3/13/09 | 11:55 AM | J.Crawley | 8 | cold | B5084864-1 | HVAC | 11:55 AM | (E70 | reports adjusting temp in comp. | 12:13 PM | Normal Maintenance |
| 3/13/09 | 2:54 PM | S.Heller | 6 | trash | B5085074-1 | Janitorial | 2:54 PM | (J2) | reports picking up trash | 3:05 PM | Tenant issue |
| 3/18/09 | 8:04 AM | A.Walling | 6 | MR Door donot lock | B5089286-2 | Doors & Locks | 8:06 AM | (E7) | reports door has reader locks/waiting for Bud | 8:46 AM | Tenant issue |
| 3/18/09 | 8:49 AM | S.Richards | 6 | hot | B5089647-2 | HVAC | 8:49 AM | (E1)/ (E5) | (E1) made adjust. In comp.(E5) adjust. Thermo. | 9:16 AM | Normal Maintenance |
| 3/19/09 | 11:43 AM | I.Ramirez | 6 | lights out | B5091478-2 | Lights | 11:45 AM | (E7) | reports no power, breaker was flipped | 12:00 PM | Normal Maintenance |
| 3/23/09 | 4:49 PM | J.Altmann | 29 | cold | B5082027-3 | HVAC | 4:49 PM | (E6) | reports making adjust to thermo.(E1)make adjust to the comp. | 4:59 PM | Normal Maintenance |
| 3/23/09 | 9:01 AM | J.Blair | 6 | clean up | B5094619-1 | Janitorial | 9:01 AM | (J4) | reports water on floor was wipped up. | 9:23 AM | Tenant issue |
| 3/23/09 | 11:41 AM | A.Orozco | 8 | lights out | B5094709-2 | Lights | 11:41 AM | (E8) | replaced what he could, order the rest, inform bud due to lights needed trewout dept. | 2:26 PM | Normal Maintenance |
| 3/24/09 | 12:46 PM | C.Morones | 6 | spill | B5096964-1 | Janitorial | 12:51 PM | (J4) | reports someone waste water on the carpet | 1:00 PM | Tenant issue |

# BANK OF AMERICA
# WORK ORDERS

| 3/24/09 | 12:38 PM | C.Morones | 26 | tissue | B5096964-2 | Janitorial | 12:38 PM | (J4) | reports restrooms are fully stocked with tissue | 12:51 PM | Normal Maintenance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/26/09 | 9:52 AM | C.Morones | 26 | waterin carpet | B5099720-1 | Janitorial | 9:52 AM | (J4) / (E4) | ,(J4) wet vacuum while (E4) take care of condensation. | 10:15 AM | Normal Maintenance |
| 3/27/09 | 3:26 PM | C.Morones | 26 | stain | B5099720-1 | Janitorial | 3:33 PM | (J2) / (E6) | (E6) reports the stain to the evening cleaning crew to be cleaned(J2) reports stain has been taking care of | 3:33 PM | Tenant issue |
| 3/27/09 | 4:40 PM | I.Ramirez | 6 | lights out | B5101972-3 | Lights | 8:03 AM | (J3) | Replaced lights | 8:17 AM | Normal Maintenance |
| 3/27/09 | 6:55 PM | I.Ramirez | 6 | lights out | B5101972-3 | Lights | 6:55 PM | (J3) | after hour call was taking care of on 3/28 | 8:17 AM | Normal Maintenance |
| 3/30/09 | 3:25 PM | A.Walling | 6 | stairwell door | B5102873-2 | Doors & Locks | 3:25 PM | (E7) | reports this issue with Bud to work out a plan.Per Bud | 3:48 PM | Tenant issue |
| 4/1/09 | 11:04 AM | S.Nguyen | 4 | lights out | B5012376-3 | Lights | 11:33 AM | (J4) | reports lights hav been replaced | 12:44 PM | Normal Maintenance |
| 4/1/09 | 6:01 AM | B.McElyea | 25 | cold | B5105551-2 | HVAC | 8:24 AM | (E5) | reports temp on fl.is 70, (E1) can't make adjust. Due to comp. having a problem. | 8:32 AM | Normal Maintenance |
| 4/6/09 | 8:48 AM | A.Orozco | 8 | toilet over flow | B5110772-4 | Plumbing | 8:51 AM | (E5) | reports to Ron w/Cbre to replace batteryin diaphragm | 9:00 AM | CBRE |
| 4/7/09 | 8:50 AM | T.Smith | 29 | water leak | B5111358-2 | Leak | 9:10 AM | (E4) | reports taking care of leak at cubicle29-167 | 8:40 AM | Normal Maintenance |
| 4/8/09 | 11:04 AM | S.Collins | 26 | cold | B5113904-1 | HVAC | 11:04 AM | (E7) | reports making adjustments | 11:24 AM | Normal Maintenance |
| 4/8/09 | 11:57 AM | S.Heller | 6 | bugs | B5113956-1 | Terminix | 11:57 AM | (A5) | reports pest problem in Terminix work book | 12:24 PM | Normal Maintenance |
| 4/9/09 | 2:44 PM | S.Heller | 6 | lights out | B5113960-2 | Lights | 3:00 PM | Bud Sills | reports construction is going on that fl. | 3:00 PM | Normal Maintenance |
| 4/10/09 | 4:14 PM | S.Payne | | time | B5116041-2 | Elevators | 4:14 PM | (A5) | elevators are always running except to the const. fl. | 4:15 PM | Elevator |
| 4/11/09 | 10:25 AM | B.McElyea | 25 | lights out | B5116338-2 | Lights | 10:25 AM | (J3) | reports replacing one light. | 10:52 AM | Normal Maintenance |
| 4/14/09 | 9:02 AM | R.Murray | 19 | elevators | B5119366-1 | Elevators | 9:02 AM | (S2) / 18 | (S2) reports scratches on the elev. Doors on 19 | 9:46 AM | Elevator |
| 4/20/09 | 7:26 AM | K.Smith | 8 | clean up | B5124755-2 | Janitorial | 7:26 AM | (J4) | reports cleaning LR and the small break room | 8:20 AM | Tenant issue |
| 4/22/09 | 10:04 AM | G.Whalen | 6 | lights out | B5120595-2 | Lights | 10:04 AM | (J2) | reports replacing a few lights | 10:34 AM | Normal Maintenance |
| 4/22/09 | 12:40 PM | D.Thompson | 6 | stained carpet | B5126712-2 | Janitorial | 12:40 PM | (J2) | reprots the night cleaning crew took care of that stain | 8:04 AM | Tenant issue |
| 4/23/09 | 2:48 PM | B.McElyea | 26 | request for air | B5130536-2 | HVAC | 2:48 PM | (E1) | (E1) contacts B.McEylea to talk about night HVAC | 2:50 PM | BofA request |
| 4/24/09 | 1:21 PM | C.Davis | 6 | cold | B5131630-2 | HVAC | 1:21 PM | (E6) | reports making adjust. To thermo. (E1) adjust by comp. | 1:43 PM | Normal Maintenance |

# BANK OF AMERICA
# WORK ORDERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/24/09 | 1:49 PM | R.Murray | 8 | Fire Alarm pull open | B5132023-1 | Security | 1:49 PM | (S2) | inroute to secure fire alarm cover that has come lose | 3:15 PM | Security |
| 4/24/09 | 2:51 PM | R.Murray | 18 | noise | B5132023-2 | HVAC | 2:55 PM | (E7) | reports vent was slitly closed making a wistling soundent was open and now no noise | 3:25 PM | Normal Maintenance |
| 4/27/09 | 1:32 PM | P.Benford | 26 | leak | B5134126-2 | Leak | 1:32 PM | (E5) | reports vent is leaking due to condensation | 1:52 PM | Normal Maintenance |
| 4/28/09 | 3:15 AM | B.McEylea | 26 | Vents are loud | B5131900-2 | HVAC | 3:15 AM | Security | This call came in at 3am/at 8am reports theres nothinge can do due to the kind of vents they have placed on the fl. | 3:15 AM | Construction relaled |
| 4/28/09 | 3:44 PM | B.McEylea | 26 | odor | B5135801-2 | Odor | 3:44 PM | (E6) | reports no water in sewage drain so when a breeze comes threw, the odor carries, (E6) put water in drain | 4:00 PM | Normal Maintenance |
| 4/29/09 | 9:55 AM | A.Orozco | 8 | lights out | B5137159-1 | Lights | 9:55 AM | (J3) | reports replcing several lights out threwout the lobby | 11:00 AM | Normal Maintenance |
| 4/29/09 | 9:56 AM | A.Orozco | 8 | hot | B5137159-2 | HVAC | 9:56 AM | (E5) | (E5) can't make adjust.due to graphics on 33/informed (E1) | 10:40 AM | Construction related |
| 5/4/09 | 3:25 PM | Doreen Honza | 32 | Leak in ceiling was dripping in a bucket, bucket was knocked over needs clean up | B5142814-1 | Janitorial | 3:53 PM | E6 & E7 | tracing out problem | 4:00 PM | Normal Maintenance |
| 5/4/09 | 3:26 PM | D.Honza | 32 | leak | B5142814-2 | Leak | 3:26 PM | (E6) / (E7) | reports working together on leak that are in two seperate spots, Bud Sills is disussing this issue with (E1) and (A2) | 4:27 PM | Normal Maintenance |
| 5/6/09 | 12:59 PM | E. Ruthart | 11 | cold | B5143951-3 | HVAC | 12:59 PM | (E5) | reports close vent over tenat desk. | 9:49 AM | Construction related |
| 5/6/09 | 9:01 AM | M.Craig | 11 | over flow | B5145058-1 | Plumbing | 9:01 AM | (E5) / (J2) | reports toilet unstopped. (J2) is now working on clean up | 9:45 AM | Normal Maintenance |
| 5/6/09 | 1:50 PM | R.Gore | 6 | no power | B5145860-1 | Electricity | 1:50 PM | (E5) / (J3) | reports power is off/ flip breaker and (J3) replace several lights that were out | 2:25 PM | Normal Maintenance |
| 5/6/09 | 4:35 PM | A.Orozco | 8 | bugs | B5146202-2 | Terminix | 4:35 PM | (A5) | reports pest problem in the Terminix book for the 8th fl. | 4:35 PM | Normal Maintenance |
| 5/7/09 | 3:28 PM | C.Fatima | 11 | cold | B5147051-2 | HVAC | 3:28 PM | (E1) | made adjust. In the comp. | 4:15 PM | Construction related |
| 5/8/09 | 3:20 PM | B.McElyea | 25 | hot | B5149346-2 | HVAC | 3:20 PM | (E6) | adjust. Thermostat and reported temp to (E1) to make adjust | 3:47 PM | Normal Maintenance |
| 5/10/09 | 9:00 AM | E.Ruthart | 11 | cold | B5146178-2 | HVAC | 9:00 AM | (E7) | reports weekend call, already taking care of. | 9:00 AM | Normal Maintenance |
| 5/11/09 | 9:23 AM | C.Fatima | 11 | cold | B5147051-2 | HVAC | 9:23 AM | (E1) | made adjust. In the comp. | 9:23 AM | Construction related |
| 5/12/09 | 9:00 AM | B.McElyea | 25 | hot | B5149325-2 | HVAC | 9:00 AM | (E7) | reports made adjust,on the comp. | 9:18 AM | Normal Maintenance |

2009

# BANK OF AMERICA
# WORK ORDERS

| 5/12/09 | 6:01 AM | F.Liefer | 26 | wet spot | B5150966-2 | Janitorial | 8:09 AM | (J2) | reports engineers are done put vent back up/clean wet spot | 8:35 AM | Normal Maintenance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/12/09 | 9:05 AM | R.Uselton | 10 | hot | B5151977-1 | HVAC | 9:07 AM | (E4) | replaced P.E switch on unit | 9:27 AM | Normal Maintenance |
| 5/12/09 | 8:00 AM | J.Falger | 21 | restock | B5152204-2 | Janitorial | 8:00 AM | (J2) | restock the paper towles in kitchen area | 8:38 AM | Normal Maintenance |
| 5/13/09 | 2:00 PM | J.Begue | 25 | cold | B5154590-1 | HVAC | 2:29 PM | (E7) | reports adjust. Tmp in the comp. temp was at 68 | 2:49 PM | Normal Maintenance |
| 5/14/09 | 9:00 AM | P.Grace | 26 | leak | B5155369-1 | Leak | 9:03 AM | (E4) | reports tracking water leak,coming from window unit/now off | 9:23 AM | Normal Maintenance |
| 5/14/09 | 11:12 AM | B.McElyea | 26 | oder | B5155605-2 | HVAC | 11:12 AM | (E7) | reports the heating elements I the unit was coming on | 11:22 AM | Normal Maintenance |
| 5/16/09 | 8:00 AM | E.Ruthart | 11 | cold | B5156485-2 | HVAC | 8:18 AM | (E7) | reports temp was adjusted by comp. | 8:28 AM | Construction related |
| 5/18/09 | 3:25 PM | B.Rogers | 9 | cold | B5159166-2 | HVAC | 3:25 PM | (E7) | reports the temp was at 72, adjust. To 74 | 3:45 PM | Normal Maintenance |
| 5/19/09 | 9:35 AM | A.Orozco | 8 | lights out | B5161323-4 | Lights | 9:35 AM | (J3) | reports replacing several lights threwout the floor. | 10:00 AM | Normal Maintenance |
| 5/22/09 | 7:36 AM | K.Harsha | 32 | keys | B5163228-3 | Keys | 7:36 AM | (E7) | reports work order to (E7) per Bud Sills need this key for K128 | 8:00 AM | BofA request |
| 5/22/09 | 8:10 AM | C.Morones | 26 | spill | B5164474-2 | Janitorial | 8:10 AM | (J2) | reports spill was cleaned up | 8:28 AM | Tenant issue |
| 5/22/09 | 8:28 AM | R.Uselton | 10 | power | B5165091-2 | Electricity | 8:28 AM | (A5) | reports this to Rena, was not aware that Bud was not at work Rena will inform Bud when he come in. | 8:28 AM | Construction related |
| 5/26/09 | 3:23 PM | E.Ruthart | 11 | cold | B5168060-1 | HVAC | 3:23 PM | (E7) | adjusted temp.in the comp. | 3:49 PM | Construction related |
| 5/27/09 | 4:00 PM | M.Craig | 11 | clogged toilet | B5168835-2 | Plumbing | 4:00 PM | (E6) | reports running a snake threw the drain, toilet unclogged | 4:20 PM | Normal Maintenance |
| 5/27/09 | 10:13 AM | B.Rogers | 10 | clogged toilet | B5169012-1 | Plumbing | 10:13 AM | (E4) / (A2) | reports running a snake threw the drain, toilet unclogged | 11:44 AM | Normal Maintenance |
| 5/29/09 | 8:17 AM | B.McElyea | 25 | hot | B5171386-2 | HVAC | 8:17 AM | (E7) | adjusted temp.in the comp. temp on fl.74 | 8:43 AM | Normal Maintenance |
| 6/1/09 | 7:34 PM | M.Hiser | 9 | toilet not flush | B5175014-2 | Plumbing | 7:34 PM | (E4) | reports replacing the washers in the MR on toilet on 6/2/09 | 8:00 AM | Normal Maintenance |
| 6/2/09 | 4:50 PM | K.Denton | 21 | hot | B5176588-1 | HVAC | 4:50 PM | (E6) | reports unit is not working/ reports unit was turned off | 5:00 PM | Normal Maintenance |
| 6/3/09 | 8:53 AM | S.Richards | 6 | lights out | B5176994-1 | Lights | 9:00 AM | (J3) | reports replacing several lights threwout the floor. | 10:00 AM | Normal Maintenance |
| 6/3/09 | 4:44 PM | R.Foreman | 10 | no cold water | B5178290-1 | Plumbing | 4:55 PM | (E6) | Buds knows the hot and cold water is working and water pressure is up.(E6) reproted it to Bud himself 6-4-09 | 8:34 AM | Normal Maintenance |

# 2009
# BANK OF AMERICA
# WORK ORDERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/09 | 1:47 AM | K.Harsha | 32 | lights out | B5179419-2 | Lights | 1:47 AM | (J3) | (J3) replaced several lights threwout the fl. On 6/8/09,weekend | 1:47 AM | Normal Maintenance |
| 6/8/09 | 3:33 PM | C.Brantley | 9 | noise | B5181628-2 | HVAC | 3:33 PM | (E6) | reset vent, everything is working ok. No noise | 4:06 PM | Normal Maintenance |
| 6/8/09 | 3:01 PM | B.McElyea | 26 | spill | B5183709-1 | Janitorial | 3:01 PM | (J4) | reports the spill has been mopped up | 3:23 PM | Tenant issue |
| 6/8/09 | 3:53 PM | M.Craig | 11 | noise | B5183877-1 | HVAC | 3:53 PM | (E7) | reports unit is making a humming noise, unit is fine just a little loud | 4:10 PM | Normal Maintenance |
| 6/10/09 | 4:29 PM | K.Denton | 21 | hot | B5176588-1 | HVAC | 4:29 PM | (E6) | reports to (E1) to adjust in comp. | 4:43 PM | Normal Maintenance |
| 6/10/09 | 2:37 PM | K.Disque | 21 | lock jamed | B5187400-1 | Doors & Locks | 2:37 PM | (E7) | reports door lock was stuck, door now open | 3:00 PM | Normal Maintenance |
| 6/11/09 | 4:54 PM | S.Richards | 6 | hot | B5189496-1 | HVAC | 4:54 PM | (E1) | reports to (E1) to adjust in comp. | 5:00 PM | Normal Maintenance |
| 6/11/09 | 4:41 PM | C.Morones | 26 | hot | B5189499-1 | HVAC | 4:41 PM | (E1) | reports to (E1) to adjust in comp. | 4:45 PM | Normal Maintenance |
| 6/11/09 | 9:46 PM | Sandra Richards | 6 | Too hot | B5189509-2 | HVAC | | | Afterhours call, AC is off | | Afterhours call |
| 6/11/09 | 9:44 PM | Toni Martin | 18 | Too hot | B5189572-2 | HVAC | 10:03 AM | (E7) | made adjust. To exterior wall | 10:24 AM | Normal Maintenance |
| 6/11/09 | 5:43 PM | A.Orozco | 8 | hot | B5189591-1 | HVAC | 5:43 PM | (E1) | reports to (E1) to adjust in comp. | 4:49 PM | Normal Maintenance |
| 6/11/09 | 10:12 PM | S.Tumbry | 10 | hot | B5189649-2 | HVAC | 10:12 PM | (E4) | afterhours call when arrived on floor area was cool | 10:12 PM | No Problem |
| 6/12/09 | 9:14 AM | R.Murray | 4 & 7 | door jamed | B5184821-1 | Doors & Locks | 9:29 AM | (E7) | reports doors has been taking care off | 11:01 AM | Normal Maintenance |
| 6/12/09 | 11:35 AM | B.McElyea | 25 | stain | B5190379-2 | Janitorial | 11:39 AM | (J2) | already on fl. Cleaning carpet | 11:42 AM | Tenant issue |
| 6/12/09 | 12:47 PM | R.Foreman | 11 | elev. #11 | B5190589-1 | Elevator | 12:47 PM | 18 | Security inform 18 of the elevator entrapment | 12:47 PM | Elevator |
| 6/13/09 | 8:08 AM | B.McElyea | 7 | door locked | B5190526-2 | Doors & Locks | 8:08 AM | (E7) | reports door is now unlocked | 8:20 AM | Normal Maintenance |
| 6/16/09 | 12:59 PM | B.Rogers | 9 | Bugs | B5192959-2 | Terminix | 12:59 PM | (A5) | reports pest problem in the Terminix book for the 9th fl. | 12:59 PM | Normal Maintenance |
| 6/17/09 | 12:38 PM | B.McElyea | 26 | hot | B5196359-1 | HVAC | 12:38 PM | (E7) | made adjust. in the comp. | 1:00 PM | Normal Maintenance |
| 6/17/09 | 2:00 PM | T.Houchins | 21 | LR mopped | B5196957-1 | Janitorial | 2:00 PM | (J2) | reports mopping up water on the floor. | 2:00 PM | Normal Maintenance |
| 6/22/09 | 1:22 PM | D.Thayer | 10 | hot | B5201806-1 | HVAC | 1:22 PM | (E6) | reports fixed problem temp was 80, now at 75/74 | 2:00 PM | Construction related |
| 6/22/09 | 8:30 AM | G.Whalen | 6 | leak | B5201905-2 | Plumbing | 8:30 AM | (E4) | reports toilet unclogged | 9:00 AM | Normal Maintenance |
| 6/22/09 | 2:51 PM | K.Denton | 21 | cold | B5202637-1 | HVAC | 2:51 PM | (E6) | reports temp was adjusted by comp. | 2:51 PM | Normal Maintenance |

# BANK OF AMERICA
## WORK ORDERS

| 6/23/09 | 9:26 AM | A.Orozco | 8 | bugs | B5204509-2 | Terminix | 9:26 AM | (A5) | reports pest problem in the Terminix book for the 8th fl. | 9:26 AM | Normal Maintenance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/23/09 | 12:38 PM | B.McElyea | 26 | hot | B5204836-1 | HVAC | 12:38 PM | (E1) | reports heat issue to Tom w /Divcon on property | 1:06 PM | Construction related |
| 6/23/09 | 4:02 PM | N.Wafer | 6 | hot | B5205494-2 | HVAC | 4:02 PM | (E7) | reports made adjust,on the comp. | 4:02 PM | Normal Maintenance |
| 6/23/09 | 4:04 PM | C.Edwards | 18 | cold | B5205514-1 | HVAC | 4:04 PM | (E1) | made adjust. In the comp. | 4:04 PM | Normal Maintenance |
| 6/24/09 | 8:30 AM | D.Honza | 32 | hot | B5206033-1 | HVAC | 8:36 AM | (E1) | made adjust. In the comp. | 8:36 AM | Normal Maintenance |
| 6/24/09 | 9:26 AM | T.Martin | 18 | hot | B5206235-1 | HVAC | 9:26 AM | (E6) | made adjust. To exterior unit | 9:26 AM | Normal Maintenance |
| 6/24/09 | 11:21 AM | R.Foreman | 11 | hot | B5206481-1 | HVAC | 11:21 AM | (E7) | reports turning on the pneumatic valves to turn on the other 3 valves | 11:55 AM | Construction related |
| 6/24/09 | 8:08 AM | S.Heller | 6 | hot | B5207371-2 | HVAC | 8:08 AM | (E4) | reports adjust. The thermostat and reporting temp to (E1) | 8:08 AM | Normal Maintenance |
| 6/25/09 | 9:35 AM | N.Wafer | 6 | hot | B5205494-2 | HVAC | 9:35 AM | (E4) | made adjustments to 3 thermostats | 9:35 AM | Normal Maintenance |
| 6/25/09 | 12:22 PM | B.Rogers | 9 | hot | B5208132-1 | HVAC | 12:22 PM | (E6) | reports temp was adjusted by comp by (E1) | 12:22 PM | Normal Maintenance |
| 6/26/09 | 1:33 PM | S.Taylor | 10 | cleaning | B5210109-1 | Janitorial | 1:33 PM | (J2) | reports mopping and cleaning rest room | 1:33 PM | normal Maintenance |
| 6/27/09 | 4:52 AM | C.Brantley | 9 | ac not on | B5209298-2 | HVAC | 4:52 AM | After hours | ac unit was not on/ unit came on around noon | 4:52 AM | Construction related |
| 6/30/09 | 2:23 PM | B.McElyea | 26 | cold | B5213981-1 | HVAC | 2:23 PM | (E6) | closed the vent directly over tenants head | 3:26 PM | Normal Maintenance |
| 7/1/09 | 1:03 AM | Jacqueline Nicholson | 6 | Replace burned out ceiling lights in several places | B5214709-2 | Lights | 1:07 PM | J3 | Replaced lights | 1:46 PM | Normal Maintenance |
| 7/1/09 | 11:31 PM | Luella Telker | 29 | New deodorizers installed in restrooms are too strong. Causing allergic reactions. | B5231619-2 | CBRE | 9:14 AM | E7 | CBRE installed deodorizers. Turned back over to Bud Sills with CBRE | 9:20 AM | CBRE |
| 7/8/09 | 9:28 AM | Elayn Ruthart | 11 | Whistling sound coming from air vent and knocking sound from above | B5223494-2 | Noise | 8:17 AM | E7 | Couldn't hear anything. Might been from contractors working last night. | 8:25 AM | Construction related |
| 7/13/09 | 6:27 AM | Leticia Flores | 3 | Adjust temps in training rooms all are too hot | B5227315-1 | HVAC | 8:05 AM | E1 | Have issues with EMS and BofA software | 8:15 AM | Construction related |
| 7/13/09 | 7:34 AM | Ron Murry | 9 | Repair window AC units NW side of floor | B5227393-1 | HVAC | 8:05 AM | E1 | Made adjustments on computer | 8:20 AM | Normal Maintenance |

**2009**
## BANK OF AMERICA
## WORK ORDERS

| Date | Time | Name | Floor | Description | WO# | Type | Time | Tech | Resolution | Time | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/14/09 | 7:32 PM | Leticia Flores | 3 | Adjust temps in training rooms all are too hot | B5227315-4 | HVAC | 8:07 AM | E1 | AC is shut down at that time. | | Afterhours call |
| 7/14/09 | 12:39 PM | Cindy Neinast | 21 | 2nd Stall won't flush in ladies rest room | B5230176-1 | CBRE | 8:40 AM | E4 | Turned back over to CBRE engineering | 8:40 AM | CBRE |
| 7/14/09 | 9:20 PM | Kisha Brown | Lobby | Overtime air request for air for Banking Center | B5230545-2 | HVAC | | | Wrong building | | Wrong building |
| 7/14/09 | 3:57 PM | David Estes | 8 | Unpleasant smell on floor | B5230649-1 | Odor | 4:16 PM | E6 | Plate burned in microwave on 23rd floor | 4:40 PM | Cause by other tenant |
| 7/14/09 | 5:14 PM | Jaames Robbins | 10 | Unpleasant smell throughout floor | B5230775-2 | Odor | 8:05 AM | Janitorial | Found no smell | 8:15 AM | Unkown |
| 7/15/09 | 1:39 PM | Doreen Honza | 32 | Repair pipe that is leaking in ceiling | B5232016-1 | Leak | 1:45 PM | E7 | Traced out pipe to 34th floor shut off water and repaired leak | 3:44 PM | Normal Maintenance |
| 7/15/09 | 2:00 PM | Doreen Honza | 32 | Clean up water on floor in the lab | B5232016-3 | Janitorial | 2:18 PM | J2 | Cleaned up water | 2:35 PM | Normal Maintenance |
| 7/15/09 | 11:19 PM | Barbara Rogers | 10 | Spot clean floor - it appears that there is blood on the floor | B5232185-2 | Janitorial | 3:00 PM | J2 | Passed on to night crew | 3:05 PM | BofA request |
| 7/16/09 | 1:02 PM | Jacqueline Nicholson | 6 | Replace burned out ceiling lights in several places | B5214709-2 | Lights | 3:12 PM | J3 | Lights will be replaced first thing in the morning | 9:00 AM | Normal Maintenance |
| 7/16/09 | 11:20 PM | Barbara Rogers | 9 | Spot clean spill in front of glass doors | B5232190-2 | Janitorial | 3:01 PM | J2 | Passed on to night crew | 3:05 PM | BofA request |
| 7/16/09 | 2:16 PM | Sharyn Nguyen | 32 | Puddles of water on floor, please mop up. Maybe from ceiling? | B5233886-2 | Janitorial | 2:18 PM | J2 | Mpped up spills | 2:35 PM | BofA request |
| 7/18/09 | 1:48 PM | Martella Craig | 10 & 11 | After hours air on Monday 7/20/09 and Thursday 7/23/09 from 7pm till midnight | B5234263-2 | HVAC | 2:00 PM | E1 | Put run times in computer | 2:15 PM | BofA request |
| 7/20/09 | 11:23 AM | Leticia Flores | 3 | Florida and Texas conference rooms are too cold | B5236918-1 | HVAC | 11:30 AM | E6 | E6 checked floor. E7 couldn't change set points due to no graphics. E1 reports problem to Divcon at 12:13 PM | 12:13 PM | Construction related |
| 7/20/09 | 1:43 PM | Elayn Ruthart | 11 | Too cold in 11-017 | B5237473-1 | HVAC | 3:00 PM | E6 | Made adjustments on computer. Having issues with BofA software | 3:25 PM | Construction related |
| 7/21/09 | 1:38 PM | Brenda McElyea | 26 | AC making loud noise in southwest corner by Christine Chicosky | B5239041-1 | HVAC | 4:17 PM | E7 | Tightened FCU cover | 4:28 PM | Normal Maintenance |
| 7/28/09 | 3:09 PM | Leticia Flores | 3 | Cold in conference and training center | B5248461-1 | HVAC | 3:31 PM | E7 | Reported problem to E1 Divcon is working on it | 3:40 PM | Construction related |
| 7/28/09 | 11:56 PM | Barbara Rogers | 9 | Location 09-177 is cold | B5248555-1 | HVAC | | | HVAC off at that time. | | Afterhours call |

2009

# BANK OF AMERICA
## WORK ORDERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/29/09 | 10:38 AM | Leticia Flores | 3 | Georgia and Maryland rooms are too cold | B5249437-1 | HVAC | | E7 | Reported problem to E1 Divcon is working on it. Called divcon | | Construction related |
| 7/29/09 | 8:08 AM | Cindy Neinast | 21 | Very cold in SE corner in the cubes away from the windows | B5250466-1 | HVAC | 8:35 AM | E7 | HVAC off at that time. Temp was 74 degrees at 8:40 AM | 8:45 AM | Afterhours call |
| 7/30/09 | 6:52 PM | Christopher Brantly | ? | Water is leaking from ceiling it appears to be coming from TH AC unit in that room | B5252200-1 | Leak | | | No floor or location given | | Unkown |
| 8/1/09 | 6:40 AM | Anna Orozco | 8 | Loud noise (gurgling) coming from vent on west side near Kathy Smith. | B5248597-2 | Noise | | | Call came on Saturday. No noise on Monday | | Afterhours call |
| 8/4/09 | 11:44 AM | Martella Craig | 10 & 11 | Bring 3 large blue trash bins. One for 10 and one for 11. Confirm with Martella that there will be janitorial this weekend. Food will need to be diposed of this weekend. | B5256986-2 | Janitorial | | | Bins delivered | | BofA request |
| 8/5/09 | 9:51 PM | Christi Eaker | 6 | Ceiling light out Letter of Credit Dept. over her desk | B5256739-3 | Lights | 8:46 AM | J3 | Replaced light bulb | 9:00 AM | Normal Maintenance |
| 8/5/09 | 9:35 PM | Christopher Brantly | 10 | Coke spill in cubicle 10-189 | B5259558-2 | Janitorial | 8:52 AM | J2 | Cleaned up spill | 9:05 AM | Tenant issue |
| 8/7/09 | 12:35 PM | Teresa Houchins | 10 | Very cold in work area AC control #FCU10-9 | B5262035-2 | HVAC | 12:41 PM | E7 | Temp at stat 73.4 space temp 74 set point is at 72 | 12:53 PM | No Problem |
| 8/8/09 | 7:29 AM | Sarah Taylor | 10 | Please sweep floor in Instuction Unit area . This is a secured area see Sarah in the Mail Room for access | B5260155-2 | Janitorial | | | Weekend call. Left message for Sunday cleaning crew | | BofA request |
| 8/10/09 | 3:05 PM | Teresa Houchins | 10 | Area very cold. AC unit #FCU10-9 | B5264188-1 | HVAC | 3:21 PM | E6 | Temp is 71 raised to 73 | 3:30 PM | Normal Maintenance |
| 8/11/09 | 6:32 AM | Barbara Rogers | 9 | Repair toilets on 9 they dont appear to be flushing correctly | B5264730-2 | Plumbing | 8:35 AM | E7 | Nothing wrong | 8:50 AM | No Problem |
| 8/11/09 | 10:51 AM | Leticia Flores | 3 | Team 1 and Team 2 are too warm | B5265701-1 | HVAC | 11:04 AM | E6 | Checked rooms reported to E1. E1 made adjustments | 11:25 AM | Construction related |

# 2009

## BANK OF AMERICA
## WORK ORDERS

| Date | Time | Name | | Description | WO Number | Type | Time | Loc | Notes | Time | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/12/09 | 10:25 AM | Leticia Flores | 3 | North Carolina Training Center is too cold Class is in the room | B5267312-1 | HVAC | 10:28 AM | E7 | 72 temp No thermostat and no graphics. E1 reports not having any zones to read | 10:50 AM | Construction related |
| 8/12/09 | 10:04 AM | Leticia Flores | 3 | Conference/Training Center is too warm | No Number | HVAC | 10:11 AM | E7 | Temp 76 in rooms No thermostat no graphics can't make adjustments called E1 he reports not having any zones to read. | 10:51 AM | Construction related |
| 8/13/09 | 8:10 AM | Leticia Flores | 3 | Small break out room area Hvac needs to be set at 68 degrees max today for blood drive | B5268596-1 | HVAC | 8:28 AM | E1 | Room temp 75, Set at lowest setpoint 72 | 8:36 AM | BofA request |
| 8/13/09 | 10:15 AM | Anna Orozco | 8 | Water pressure issue. The building is working on it. Water is coming up in all the toilets on 8. The toilets have not overflowed yet but people are still using them and are uncomfortable with the water rising while they are using them. | B5268909-1 | Plumbing | 10:24 AM | E7 | Reports running a cable threw the drai to unclog. Found tissue and waste. J3 mopped up | 11:42 AM | Normal Maintenance |
| 8/13/09 | 1:26 PM | Sarah Taylor | 10 | mens restroom urinals have anextremely strong smell and water pressure low | B5269484-1 | Janitorial | 1:31 PM | E6 & J2 | Smell is because someone urinated on the floor. Wtaer pressure is ok, all urinals and toilets are flushing ok | 1:40 PM | Tenant issue |
| 8/13/09 | 1:30 AM | Leticia Flores | 3 | Texas and Florida room are hot | B5269491-1 | HVAC | 1:33 PM | E6 | Room temp 77, no graphics or readings on computer | 1:52 PM | Construction related |
| 8/15/09 | 12:15 AM | Brenda McElyea | 25 | AC is blowing hot air | B5270357-2 | HVAC | 8:30 AM | E1 | AC was off on weekend, and kicked on there this morning ok | 8:44 AM | Afterhours call |
| 8/15/09 | 12:48 AM | Elayn Ruthart | 11 | Please service ladies and mens restrooms , very unpleasant odor is present in both and can be detected in our work area | B5271225-2 | Odor | 8:30 AM | E7 | deodorizers in restrooms low and AC was off | 8:44 AM | Afterhours call & CBRE |
| 8/17/09 | 2:47 AM | Brenda McElyea | 25 | Light out over a des see Brenda McElyeak | B5264828-2 | Lights | 8:20 AM | J3 | Replaced 3 light bulbs | 8:35 AM | Normal Maintenance |
| 8/17/09 | 9:13 AM | Leticia Flores | 3 | Warmin the Florida and Texas rooms in the conference training center | B5272124-2 | HVAC | 8:39 AM | E7 | Reports Brian with Whiting Turner was there checking problem | 9:47 AM | Construction related |

# BANK OF AMERICA
# WORK ORDERS

| 8/17/09 | 10:32 AM | Anna Orozco | 8 | Ladies restroom 1st 2 stalls have back up, clean up needed | B5272342-3 | Plumbing | 10:37 AM | E7, E4 & J4 | Unstopped toilets and J4 cleaned up | 10:55 AM | Duplicate call |
|---------|----------|-------------|---|-----------------------------------------------------------|------------|----------|----------|-------------|--------------------------------------|----------|----------------|
| 8/17/09 | 10:44 AM | Anna Orozco | 8 | Ladies restroom 1st 2 stalls have back up, clean up needed | B5272342-4 | Plumbing | 11:02 AM | E6 | Someone had already taken care of | 11:05 AM | Normal Maintenance |
| 8/19/09 | 9:03 AM | Martella Craig | 10 & 11 | Requesting additional janitorial services to deliver 3 large blue waste bins to each hub due to catering services happening from Friday thru Tuesday. Need delivered 8/21/09 and picked up on 8/25/09. Pleas contact Martella to discuss the cleaning services for the events over the weekend. | B5275925-1 | Janitorial | 9:10 AM | J2 | has been informed and will talk to J1 | 9:15 AM | BofA request |
| 8/21/09 | 12:49 AM | Martella Craig | 10 & 11 | Need to have janitorial services for the following days this Friday 8/21 from 8:30pm until 10:30pm, Sat 8/22 from 9:00am untill 9:00pm, Sun 8/23 also until 11:00am and Mon 8/24 8:30pm until 10:30pm | B5277638-2 | Janitorial | 8:18 AM | J2 | Already taken care of | 8:30 AM | BofA request |
| 8/21/09 | 12:50 AM | Deona Vargas | 28 | Light out in hallway above entry to the office | B5277846-2 | Lights | 8:18 AM | J3 | Replaced light | 8:25 AM | Normal Maintenance |
| 8/24/09 | 3:06 PM | Elayn Ruthart | 11 | Too cold in 11-017 | B5281486-1 | HVAC | 3:42 PM | E6 | Room temp 69.5, made adjustment | 3:55 PM | Construction related |
| 8/27/09 | 12:09 PM | Elayn Ruthart | 11 | Too cold in northwest corner cubes 11-120 thru 11-127 | B5286923-1 | HVAC | 12:15 PM | E6 | Adjusted temp | 12:30 PM | Construction related |
| 8/27/09 | 12:12 PM | Brenda McElyea | 25 & 26 | Please AC on tomorrow night 8/28/09 on 25 and 26 until 9:00 PM | B5286934-1 | HVAC | 12:15 PM | E1 | Put run times in computer | 12:30 PM | BofA request |

# BANK OF AMERICA
# WORK ORDERS

| Date | Time | Name | | Description | Order # | Type | Time | Code | Resolution | Time | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/2/09 | 2:22 PM | Teresa Houchins | 10 | Freezing in area near 10-195 southeast side | B5294689-1 | HVAC | 2:28 PM | E6 | Temp was 73.5, set point 73.5, changed set point to 74.5 | 2:40 PM | Construction related |
| 9/3/09 | 12:26 AM | Irma Ramirez | 6 | Need ceiling lights replaced Cube 625B | B5290341-2 | Lights | 8:34 AM | J3 | Replaced lights | 8:50 AM | Normal Maintenance |
| 9/4/09 | 12:51 PM | Barbara Rogers | 9 | Elevator lobby lights out please replace burned out bulbs | B5297932-1 | Lights | 12:52 PM | E5 | Fixed lights | 1:26 PM | Normal Maintenance |
| 9/8/09 | 3:48 PM | Elayn Ruthart | 11 | Too cold in 11-028 | B5280374-3 | HVAC | 3:50 AM | E7 | Adjusted temp | 4:06 PM | Construction related |
| 9/8/09 | 1:51 PM | Teresa Houchins | 10 | Too cold in cube 10-195 southeast side | B5299638-1 | HVAC | 2:05 PM | E7 | 7-Z1 SPCO is reading 71.2 east side of 10 | 2:15 PM | Construction related |
| 9/8/09 | 12:39 PM | Anna Orozco | 8 | Ladies restroom please clean up human waste | B5299888-1 | Janitorial | 1:03 PM | J2 | Cleaned up | 1:28 PM | Tenant issue |
| 9/12/09 | 5:32 PM | Brenda McElyea | 25 | AC blowing warm air see Brenda McElyea on which unit | B5300886-2 | HVAC | 8:32 AM | E1 | Weekend call Ac was off | 8:35 AM | Afterhours call |
| 9/12/09 | 8:58 AM | Teresa Houchins | 10 | Too cold in team room 10-035 | B5305585-2 | HVAC | | | Still having computer problems | | Construction related |
| 9/15/09 | 3:08 PM | Leticia Flores | 3 | Texas and Florida room are too cold | B5306881-4 | HVAC | | | Still having computer problems | | Construction related |
| 9/16/09 | 8:11 AM | ReneE Jones | 21 | Water dripping from ceiling near kitchen it is coming from floor above them | B5309892-2 | Leak | 8:30 AM | E7 | Having a meeting on 22 and someone turned on the ice machine that's broke. Water from drain line is dripping, turned off ice machine | 9:09 AM | Cause by other tenant |
| 9/16/09 | 12:42 PM | Elayn Ruthart | 11 | Repair leak in nortwest corner in the walkwat between the cubicle | B5310640-2 | Leak | 2:22 PM | E7 & E6 | Repair FCU that is leaking already talked to Bud | 2:30 PM | Normal Maintenance |
| 9/17/09 | 3:47 PM | Sandra Richards | 6 | Client Immigr. Dept. please attach 2 light covers they have come completely off | B5304818-2 | Lights | 3:51 PM | J3 | Replaced lense covers | 4:08 PM | Normal Maintenance |
| 9/17/09 | 11:44 AM | Leticia Flores | 3 | Conference/Training Center GA & MD the window AC is making loud noise and meeting is going on | B5312228-2 | HVAC | 11:36 AM | E7 & E1 | New system unit is not rattling but humming loud from fan | 11:36 AM | Normal Maintenance |
| 9/17/09 | 3:22 PM | Rachelle Raasch | 26 | Clean up spill in break room | B5312954-1 | Janitorial | 11:26 AM | J2 | Cleaned up spill | 11:55 AM | Normal Maintenance |
| 9/18/09 | 10:09 AM | Toni Martin | 18 | Warm in corporate real estate dept northwest corner | B5313615-2 | HVAC | 10:14 AM | E6 | Made adjustments on computer | 10:26 AM | Normal Maintenance |

2009

# BANK OF AMERICA
# WORK ORDERS

| 9/20/09 | 11:48 AM | April Hall | 21 | One panel of ceiling is flickering west side | B5309844-2 | Lights | 8:40 AM | J3 | Weekend call, sent J3 to look for it | 9:24 AM | Normal Maintenance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/09 | 5:46 PM | Margaret Hiser | 11 | 2nd Stall won't flush in ladies rest room | B5310885-2 | Plumbing | | | Weekend call was fixed by Sunday janitorial | | Normal Maintenance |
| 9/23/09 | 12:31 PM | Anna Orozco | 8 | Too cold at southest side see Robin Haddock | B5319045-2 | HVAC | 1:35 PM | E5 | Made adjustments on computer | 1:55 PM | Normal Maintenance |
| 9/23/09 | 1:46 PM | Doreen Honza | 32 | Mens room urinal has been running all a.m. afraid it will run over | B5319599-1 | CBRE | 1:40 PM | E6 | Turned back over to Ron with CBRE engineering | | CBRE |
| 9/24/09 | 12:17 AM | Rachelle Raasch | 26 | Clean up spill in break room | B5312954-2 | Leak | 8:24 AM | J2 | Night crew cleaned up but found that water is coming from ice machine. Turned over to CBRE engineering | 8:35 AM | Tenant issue |
| 9/24/09 | 8:15 PM | Raymond Glenn | 21 | Too cold in northwest corner | B5319235-2 | HVAC | | | Afterhours call | | Afterhours call |
| 9/24/09 | 8:21 PM | Christopher Brantly | 9 | Air needs to be turned off or redirected air is causing this person to get cold | B5319729-2 | HVAC | | | Afterhours call | | Afterhours call |
| 9/28/09 | 2:31 PM | Leticia Flores | 3 | Texas-Florida Conference Rooms too cold | B5325227-1 | HVAC | 2:34 PM | E7 | Temps are in range at 72 | 2:55 PM | Construction related |
| 9/29/09 | 6:14 PM | Joseph Begue | 25 & 26 | We will be working extended hours9/28 and 9/29 and will need HVAC system on until 9:00 PM both days | B5325553-2 | HVAC | | | Afterhours call was too late to provide by the time call came in | | BofA request |
| 9/29/09 | 6:18 PM | Anna Orozco | 8 | Loud noise coming from vents on southeast side | B5325919-2 | HVAC | | | Afterhours call | | Afterhours call |
| 9/30/09 | 8:41 AM | Barbara Rogers | 10 | East side check temp too cold | B5327149-2 | HVAC | 9:35 AM | E7 | Made adjustments on computer | 9:52 AM | Construction related |
| 10/1/09 | 9:26 AM | Martella Craig | 11 | Very cold on floor in area of cube 11-074 | B5319219-1 | HVAC | 9:50 AM | E6 | Whole floor 74-75 tenant not even in state informed by enant behind cubicle | 10:01 AM | Construction related |
| 10/5/09 | 9:22 AM | Leticia Flores | 3 | Texas Florida rooms too hot | B5332922-1 | HVAC | 9:26 AM | E7 | Temps were 71 | 9:33 AM | Construction related |
| 10/5/09 | 12:10 PM | Teresa Houchins | 10 | Too cold in team room 10-035 | B5333103-2 | HVAC | 12:27 PM | E4 | Made adjustments on computer | 12:39 PM | Construction related |

**BANK OF AMERICA**
**WORK ORDERS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/09 | 12:11 PM | Luella Telker | 29 | Southwest section work area is too cold temp at 64 degrees usually 70 degrees is normal don't make it too hot | B5333393-1 | HVAC | 12:27 PM | E6 | Made adjustments on computer | 12:45 PM | Normal Maintenance |
| 10/6/09 | 11:30 AM | Stephen Marshall | 29 | it is 64 degrees on the weat end. When I arrived this morning it was 63 degrees | B5333227-1 | HVAC | 12:27 PM | E6 | Made adjustments on computer | 12:51 PM | Normal Maintenance |
| 10/7/09 | 7:52 AM | Leticia Flores | 3 | One of the ceiling tiles fell and broke all over the floor and on some chairs and table.  Please clean up broken tiles | B53358778-3 | Janitorial | 8:18am | E& & J1 | E7 working on that; J1 reports clean-up is done | 9:00 AM | Normal Maintenance |
| 10/7/09 | 7:52 AM | Leticia Flores | 3 | One of the ceiling tiles fell and broke all over the floor and on some chairs and table.  Please clean up broken tiles | B53358778-3 | Janitorial | 8:18am | E& & J1 | E7 working on that; J1 reports clean-up is done | 9:00am | Normal Maintenance |
| 10/7/09 | 10:14 AM | Alma Walling | 6 | Need all HVAC vents cleaned | B5336318-2 | Janitorial | | J1 | | | Normal Maintenance |
| 10/7/09 | 10:14 AM | Alma Walling | 6 | Need all HVAC vents cleaned | B5336318-2 | Janitorial | | J1 | Seduled fo weekend | | Normal Maintenance |
| 10/7/09 | 10:14 AM | Alma Walling | 6 | Need training room vacuumed | B5336318-3 | Janitorial | 10:15 AM | J2 | Training room vacuumed on 10/09/09 reported by J2 | | Normal Maintenance |
| 10/7/09 | 10:14 AM | Alma Walling | 6 | Need training room vacuumed | B5336318-3 | Janitorial | 10:15 AM | J2 | Training room vacuumed on 10/09/09 reported by J2 | | Normal Maintenance |
| 10/8/09 | 10:35 AM | Leticia Flores | 3 | N. Carolina Conf. room is too warm | B5336379-1 | HVAC | 10:35 AM | | | | Construction related |
| 10/8/09 | 10:25 AM | Anna Orozco | 8 | Stall #3 in ladies RR has over flown | B5337885-2 | Plumbing | | E6 | unclogged toilet | 11:09am | Normal Maintenance |
| 10/8/09 | 10:25 AM | Anna Orozco | 8 | Stall #3 in ladies RR has over flown request for clean-up | B5337885-3 | Plumbing | | E4 &J2 | unclogged toilet and cleaned up | | Normal Maintenance |

App. 279

# BANK OF AMERICA
## WORK ORDERS

| Date | Time | Name | | Description | Work Order # | Type | | | Notes | | Category |
|------|------|------|---|------------|--------------|------|---|---|------|---|----------|
| 10/9/09 | 2:56 AM | Luella Telker | 29 | AC vent along entire west wall are producing hot air on a continual basis instead of cold. Temp is 4 degrees warmer on this side is very uncomfortable | B5313710-2 | HVAC | 8:18 AM | E4 | Afterhours call, air compressor went down during night | 8:18 AM | Afterhours call - Equipment failure |
| 10/9/09 | 10:14 AM | Suzanne Payne | 8 | to warm on the northeast side of floor | B5337797-1 | HVAC | 10:33 AM | E6 | | | Normal Maintenance |
| 10/9/09 | 10:14 AM | Suzanne Payne | 8 | to warm on the northeast side of floor | B5337797-1 | HVAC | 10:33 AM | E6 | Made adjustments on computer | | Normal Maintenance |
| 10/10/09 | 11:01 AM | Anna Orozco | 8 | Ladies RR  2 toilets overflowing | B5339431-1 | Plumbing | 11:14 AM | CBRE~Ron Murray | Turned over to CBRE | | CBRE |
| 10/10/09 | 11:01 AM | Anna Orozco | 8 | Ladies RR  2 toilets overflowing | B5339431-1 | CBRE | 11:14 AM | CBRE~Ron Murray | Turned over to CBRE | | CBRE |
| 10/10/09 | 11:01 AM | Anna Orozco | 8 | Ladies RR clean up is needed due to 2 toilets overflowing | B5339431-2 | Plumbing | | E4 & J2 | unclogged toilets and cleaned up | | Normal Maintenance |
| 10/12/09 | 10:12 AM | Alma Walling | 6 | floor need to be treated for roaches | B5336318-1 | Terminix | | | Terminix was sent to floor to treat area | | Normal Maintenance |
| 10/12/09 | 10:12 AM | Alma Walling | 6 | floor need to be treated for roaches | B5336318-1 | Terminix | | | Terminix was sent to floor to treat area | | Normal Maintenance |
| 10/12/09 | 9:18 AM | Kris Emmert | 29 | cold call | B5340660-2 | HVAC | 9:24 AM | E7 | Construction is going on that floor there is no way to control the air nothing we or CBRE can do | | Construction related |
| 10/12/09 | 9:18 AM | Kris Emmert | 29 | cold call | B5340660-2 | HVAC | 9:24 AM | E7 | Construction is going on that floor there is no way to control the air nothing we or CBRE can do | | Construction related |
| 10/13/09 | 10:11 AM | Anna Orozco | 8 | Too warm on northwest side of building (elm street) | B5341097-1 | HVAC | 10:15 AM | E7 | Made adjustments on computer | | Normal Maintenance |
| 10/13/09 | 10:11 AM | Suzanne Payne | 8 | N.E. corner too hot | B5341276-2 | HVAC | 10:17 AM | E6 | changed unit from heating to cool | 1:30 PM | Normal Maintenance |
| 10/13/09 | 4:09 PM | Martella Craig | 11 | hot | B5341283-1 | HVAC | 4:18 AM | E5 | | | Construction related |
| 10/13/09 | 4:33 PM | Teresa Houchins | 10 | cold call | B5341350-1 | HVAC | 4:36 AM | E5 | | | Construction related |
| 10/13/09 | 7:09 PM | Teresa Houchins | 10 | cold call | B5341865-1 | HVAC | 9:01 AM | E4 | | | Construction related |

# BANK OF AMERICA
## WORK ORDERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13/09 | 3:24 PM | Leticia Flores | 3 | Georgia and Maryland conference rooms too hot | B5342017-2 | HVAC | 3:26 AM | E6 | | 4:18 AM | Construction related |
| 10/13/09 | 8:26 PM | Rodney Foreman | 10 | hallway door outside mail room is not closing completely. | B5342394-1 | Doors & Locks | 8:20 AM | E7 | Door leaning on side (E7) | 9:14 AM | Construction related |
| 10/13/09 | 8:26 PM | Rodney Foreman | 10 | hallway door outside mail room is not closing completely. | B5342394-1 | Maintence | 8:20 AM | E7 | Door leaning on side (E7) 10/19/09 E7 contacted Ron Murray at 1:54pm to take care of the problem | 9:14 AM | Construction related |
| 10/13/09 | 5:29 PM | Barbara Rodgers | 9 | Men's RR Urnial #3 is running and stall #1 toilet needs to be repaired | B5342578-1 | Plumbing | 9:04 AM | E4 | work to be done by CBRE engineers A5 tried to contact Ron Murray (CBRE).  Ron called back at 11:23 to report problem taken care of | 11:23 AM | CBRE |
| 10/14/09 | 10:11 AM | Anna Orozco | 8 | Too warm on northwest side of building (elm street) | B5341097-1 | HVAC | 4:25 AM | E5 | changed set point from 74 to 72 degrees | | No Problem |
| 10/14/09 | 8:16 AM | Doreen Honza | 32 | Hot call | B5342937-1 | HVAC | 9:45 AM | E7 | window unit is putting out 90 degrees set point is 73 and cooling E7 compressor went off and caused window unit to go into heat. Got compressor back on | 4:32 AM | Normal Maintenance |
| 10/14/09 | 9:37 AM | Christopher Larson | 29 | Cold cubicle 29.079 | B5343063-1 | HVAC | 9:37 AM | E7 | this floor is under construction | 10:10 AM | Construction related |
| 10/14/09 | 9:33 AM | Leticia Flores | 3 | clean up spill in breakroom coffee room | B5343095-1 | Janitorial | 9:43 AM | J4 | Cleaned up spill | 10:15 AM | Tenant issue |
| 10/16/09 | 11:55 AM | Teresa Houchins | 10 | cold call Randle team room Zone VAV10 | B5341609-2 | HVAC | 12:40 PM | E5 | 72 adjusted to 74 degrees on computer | | Normal Maintenance |
| 10/16/09 | 7:49 AM | Teresa LaMere | 21 | too cold | B5346369-1 | HVAC | 8:04 AM | E7 | | | Normal Maintenance |
| 10/17/09 | 1:06 PM | Leticia Flores | 3 | Faucet in breakroom is loose | B5334427-2 | Plumbing | 1:22 PM | E6 | Tightened sink fixture on the 3rd floor | | Normal Maintenance |
| 10/17/09 | 1:06 PM | Leticia Flores | 3 | Faucet in breakroom is loose | B5334427-2 | Plumbing | 1:22 PM | E6 | Tightened sink fixture on the 3rd floor | | Construction related |
| 10/19/09 | 1:42 PM | Matt Olson | 26 | too cold construction lending dept. | B5349209-1 | HVAC | 1:48 AM | E5 | 67 degrees adjustments made after 30 mins. temp. was 71 talked to Matt Olson he said temp. is now okay. | | Normal Maintenance |
| 10/19/09 | 2:10 PM | Leticia Flores | 3 | Too cold in TX. FL. Room | B5349223-3 | HVAC | 2:15 AM | E5 | | | Construction related |
| 10/20/09 | 10:14 AM | Cara Edwards | 18 | cold | B5350041-1 | HVAC | 10:23 AM | E6 | E6 reports compressor was out temp is now 71 degrees | 10:36 AM | Normal Maintenance |
| 10/20/09 | 10:15 AM | Deona Vargas | 28 | cold | B5350090-1 | HVAC | 10:27 AM | E7 | Just got compressor started | 10:45 AM | Normal Maintenance |

2009

# BANK OF AMERICA
# WORK ORDERS

| 10/20/09 | 9:44 AM | Anna Orozco | 8 | entire floor to cold | B5350179-1 | HVAC | 9:53 AM | E7 | Temp is 69 Compressor shut down | 10:26 AM | Normal Maintenance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/09 | 9:48 AM | Susan Sparks | 21 | cube 21.062 and . neighbors have a lot of cold air coming thru the wall vents and it is too cold | B5350190-1 | HVAC | 9:52 AM | E6 | Temp is 73 Compressor shut down | 10:20 AM | Normal Maintenance |
| 10/21/09 | 12:02 PM | Teresa Houchins | 10 | cold | B5348279-1 | HVAC | 12:30 PM | E7 | 72 degrees Brian informed E7 that temp was okay | 2:47 PM | Construction related |
| 10/21/09 | 1:59 PM | Cara Edwards | 18 | cold | B5352236-1 | HVAC | 1:59 PM | E7 | | 2:30 PM | Normal Maintenance |
| 10/21/09 | 2:02 PM | Ruby Taylor | 3 | cold in the copy center | B5352607-2 | HVAC | 2:30 PM | E5 | 69.5 degrees reset to 70.1 | 2:43 PM | Construction related |
| 10/22/09 | 8:29 AM | Suzanne Payne | 8 | Too hot on entire floor | B5341276-4 | HVAC | 8:30 AM | E7 | | 10:17 AM | Normal Maintenance |
| 10/22/09 | 7:55 AM | Barbara Rodgers | 10 | A REPEAT issue manager is requesting air flow be turned off since it appears that nothing else has worked. | B5353337-1 | HVAC | | E7 | | 8:21 AM | Construction related |
| 10/23/09 | 10:05 AM | Leticia Flores | 3 | N. Carolina Conf. room is too cold | B5354882-4 | HVAC | 10:05 AM | E6 | 64.05 no graphics on floor report to E1 | 10:23 AM | Construction related |
| 10/26/09 | 1:15 PM | Leticia Flores | 3 | Too cold in TX. FL. Room | B5356903-1 | HVAC | 8:17 AM | E7 | | | Construction related |
| 10/26/09 | 1:16 PM | Leticia Flores | 3 | Georgia room's interior door isn't staying open as it should a door stop is needed and repair | B5356903-2 | Doors & Locks | 8:27 AM | E7 | re-directed at 9:07 am; 9:30 contact Flores to inform that E1 is taking care of the problem | 9:30 AM | BofA request |
| 10/26/09 | 12:48 PM | Anna Orozco | 8 | too cold in Ed Hamby's office | B5357682-1 | HVAC | 12:49 PM | E7 | | | Normal Maintenance |
| 10/26/09 | 2:35 PM | Brenda McElyea | 26 | cold on floor side that faces Griffith street | B5357697-1 | HVAC | 2:22 PM | E7 | | | Normal Maintenance |
| 10/27/09 | 7:36 AM | Leticia Flores | 3 | Very cold on entire floor | B5358497-1 | HVAC | 8:03 AM | E7 | | | Construction related |
| 10/27/09 | 7:51 AM | Leticia Flores | 3 | Very cold on entire floor | B5358497-1 | HVAC | | | | | Duplicate call |
| 10/28/09 | 10:49 AM | ReneE Jones | 21 | Water leaking down in the corner of the Corporate Security Dept | B5360532-2 | Leak | 10:50 AM | J2, E1, E6 & E4 | All working on leak | | Duplicate call |

# BANK OF AMERICA
# WORK ORDERS

| 10/28/09 | 10:51 AM | Freda Clement | 26 | Water leaking from a light fixture | B5360576-4 | Leak | 10:54 AM | J2, E1, E6 & E4 | All working on leak | | Caused by other tenant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/09 | 5:29 PM | Buzzy Don Brown | 32 | Toilets in mens restroom overflowing | B5363049-1 | Plumbing | 5:30 PM | E5 | | 6:00 PM | Normal Maintenance |
| 10/30/09 | 2:17 PM | Elayn Ruthart | 11 | Too cold in cube 11-127 | B5360662-2 | HVAC | 2:30 PM | E5 | | | Construction related |
| 10/30/09 | 1:19 PM | Leticia Flores | 3 | Too cold in Training and Conference Center | B5363755-2 | HVAC | 1:20 PM | E1 | | | Construction related |
| 11/2/09 | 9:37 AM | L.Flores | 3 | Texas/ Florida room still no lights | B5365528-1 | Lights | 9:37 AM | (J3) | reports lights have been taking care off | 9:37 AM | Normal Maintenance |
| 11/3/09 | 12:10 PM | L.Flores | 3 | key stuck in door Latecia | B5366717-2 | Doors & Locks | 11:08 AM | (E6)/(E7) | reports key has been taken out of door | 12:29 PM | Normal Maintenance |
| 11/3/09 | 10:18 AM | L.Flores | 3 | cold | B5367519-3 | HVAC | 10:18 AM | (E6) | reports temp s to (E1) to make adjust ments | 10:18 AM | Normal Maintenance |
| 11/3/09 | 3:00 PM | B.McEylea | 26 | cold | B5368170-1 | HVAC | 3:02 PM | (E5) | reports temp at 74 NW ,Wset at 75, already at room set point | 3:02 PM | No Problem |
| 11/3/09 | 3:20 PM | B.McEylea | 26 | Cold | B5368419-2 | HVAC | 3:40 PM | (E5) | reports already working on fl/made adjust 69 to 72 | 4:02 PM | Normal Maintenance |
| 11/3/09 | 4:30 PM | B.McEylea | 26 | ladies restroom over flow/clean up | B5368509-1 | Plumbing | 4:06 PM | (E6)/ (J4) | reports some did #2 on floor in bath room/ now cleaned up | 4:30 PM | Tenant issue |
| 11/5/09 | 12:00 PM | B.McEylea | 26 | leak | B5371008-2 | Plumbing | 12:38 PM | (E6) | reports taking care water coming from ac unit,unit no longer leaks | 12:58 PM | Normal Maintenance |
| 11/6/09 | 10:00 AM | R.Taylor | 3 | lights out | B5372439-2 | Lights | 10:00 AM | (J3) | reports replacing lights on the 3rd floor | 10:44 AM | Normal Maintenance |
| 11/9/09 | 2:00 PM | A.Orozco | 8 | water leak | B5375179 | Plumbing | 2:00 PM | (E5) | reports leak to Wayne cbre, drinking fountain& coffee machine | 2:27 PM | CBRE |
| 11/12/09 | 3:12 PM | N.Taylor | 18 | hot | B5378717-2 | HVAC | 3:12 PM | (E5) | reports temp is between 72 and 75 ,at room temp | 3:32 PM | No Problem |
| 11/12/09 | 1:00 PM | L.Flores | 3 | stains on window | B5379088-5 | Janitorial | 1:00 PM | (J2) | reports crew was cleaning windows | 3:00 PM | No Problem |
| 11/13/09 | 7:54 AM | L.Flores | 3 | cold | B5379711-2 | HVAC | 8:43 AM | (E4) | 68 at the window/70 at desk.reports to (E1) to make adjust. | 8:43 AM | Normal Maintenance |
| 11/13/09 | 3:22 PM | N.Taylor | 18 | hot | B5380099-2 | HVAC | 3:22 PM | (E5) | tenant are moving boxes around/temp 72/73 temp is at room temp | 3:32 PM | No Problem |
| 11/16/09 | 12:32 PM | M.Craig | 11 | cold | B5381629-1 | HVAC | 12:32 PM | (E5) | adjusted set point on comp.for FCU11-15,11-14, to 74 | 1:00 PM | Normal Maintenance |
| 11/16/09 | 9:28 AM | L.Flores | 3 | cold | B5381686-2 | HVAC | 9:28 AM | (E4) | made adjust. On comp. | 9:28 AM | Construction related |
| 11/16/09 | 11:49 AM | N.Salahshour | 29 | cold | B5382064-2 | HVAC | 11:49 AM | (E5) | replaced prematic valve, changed set pointfrom 72-74 | 12:04 PM | Normal Maintenance |

2009

# BANK OF AMERICA
## WORK ORDERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/09 | 11:14 AM | A.Orozco | 8 | restock | B5374474-2 | Janitorial | 11:14 AM | (J1) | talk to larry to see if he would like for PBM to stock restrooms with sanitizer or not. Larry respondedd he will get back next week. | 11:21 AM | BofA request |
| 11/17/09 | 11:24 AM | G.Shields | 18 | cold | B5380106-1 | HVAC | 11:24 AM | (E5) | reports no change allready in range | 11:40 AM | No Problem |
| 11/17/09 | 8:46 AM | L.Flores | 3 | cold | B5383275-2 | HVAC | 8:46 AM | (E7) | reports this problem to (E1) to make adjust. (E6) reports temp 68 | 8:46 AM | Construction related |
| 11/17/09 | 12:00 PM | A.Orozco | 8 | cold | B5383688-1 | HVAC | 12:00 PM | (E5) | adjust the set point for FCU-16 from FCU-1from 72 - 74F | 12:00 PM | Normal Maintenance |
| 11/17/09 | 2:48 PM | L.Telker | 29 | hot | B5384376-2 | HVAC | 2:48 PM | (E5) | reports temp is 81, reports temp to (E1) to make adjust. | 2:48 PM | Normal Maintenance |
| 11/19/09 | 1:30 PM | R.Taylor | 3 | cold | B5385727-1 | HVAC | 1:33 PM | (E4) | reports to temp to (E1), make changes in comp. 68.5 | 1:35 PM | Construction related |
| 11/19/09 | 8:33 AM | L.Flores | 3 | cold | B5386855-1 | HVAC | 8:33 AM | (E7) | reports temp was 68, no access to comp.informedc (E1) | 8:33 AM | Construction related |
| 11/19/09 | 11:48 AM | C.Edwards | 18 | cold | B5387238-1 | HVAC | 11:48 AM | (E6) | report temp was at 69 degrees/report to (E1) to adjust in comp. | 12:08 PM | Normal Maintenance |
| 11/20/09 | 9:35 AM | Angela | 21 | no hot water | B5387167-3 | Plumbing | 9:00 AM | (E6) / (E4) | (E6) reports to (A2)working on the water issue for the bank floors waiting til (E4) returns from vacation | 9:35 AM | Construction related |
| 11/23/09 | 8:05 AM | L.Flores | 3 | cold | B5389913-1 | HVAC | 8:05 AM | (E7) | reports air compressor was off, now on, temp was 65.3 | 8:55 AM | Normal Maintenance |
| 11/23/09 | 10:21 AM | B.McEylea | 26 | cold | B5390332-1 | HVAC | 10:21 AM | (E7) | made a vent adjust.over desk | 10:21 AM | Normal Maintenance |
| 11/24/09 | 8:35 AM | T.LaMere | 21 | cold | B5391801-1 | HVAC | 8:35 AM | (E7) | reports temp on fl.72,changed to 74 | 8:48 AM | Normal Maintenance |
| 11/24/09 | 8:44 AM | B.McEylea | 25 | cold threw out the fl. | B5391817-2 | HVAC | 8:44 AM | (E7) | made adjust in comp. | 9:00 AM | Normal Maintenance |
| 11/24/09 | 9:30 AM | A.Orozco | 8 | cold | B5392035-1 | HVAC | 9:30 AM | (E6) | reports compressor was off, temp at 72 set point 74 | 10:29 AM | Normal Maintenance |
| 11/24/09 | 10:00 AM | C.Williams | 8 | clogged toilet | B5392130-1 | Plumbing | 10:03 AM | (E4) | reports paper towel stuck in toilet, unclogged now | 10:40 AM | Tenant issue |
| 11/24/09 | 11:40 AM | L.Espinoza | 18 | cold | B5392281-3 | HVAC | 11:40 AM | (E6) | waiting on parts for compressor/unit is down | 12:00 PM | Normal Maintenance |
| 11/25/09 | 8:12 AM | T.Houchins | 10 | cold | B5393382-1 | HVAC | 8:12 AM | (E7) | reports making changes in comp. | 8:12 AM | Normal Maintenance |
| 11/25/09 | 9:57 AM | T.Houchins | 10 | cold | B5393382-1 | HVAC | 9:57 AM | (E1) | reports making changes in comp. | 10:57 AM | Normal Maintenance |
| 11/25/09 | 11:27 AM | A.Orozco | 8 | cold | B5393430-1 | HVAC | 11:27 AM | (E7) / (E1) | made adjust ments. (E7) reports temp is at 72middle/70 window | 12:55 PM | Normal Maintenance |
| 11/25/09 | 10:57 AM | L.Espinoza | 18 | cold | B5393760-1 | HVAC | 11:54 AM | (E1) / (E5) | reports temp on fl.68 to 70. reports to (E1) to make adjust. | 12:55 PM | Normal Maintenance |

# BANK OF AMERICA
# WORK ORDERS

| 11/27/09 | 9:51 AM | S.Payne | 8 | cold | B5394746-1 | HVAC | 9:51 AM | (E6) | reports temp between 67/68 threwout fl.made adjust.on pump | 10:08 AM | Normal Maintenance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/09 | 1:13 PM | E.Ruthart | 11 | cold | B5395251-2 | HVAC | 1:40 PM | (E4) | reports unit to (E1) to make adjust. | 1:40 PM | Construction related |
| 11/30/09 | 8:08 AM | T.LaMere | 21 | cold | B5395610-1 | HVAC | 8:08 AM | (E7) | talk to tenant , inform tenant will make changes in comp. | 8:08 AM | Normal Maintenance |
| 11/30/09 | 8:08 AM | L.Flores | 3 | cold | B5395617-2 | HVAC | 8:08 AM | (E7) | made adjust.in comp.temp is at 73middle and 60 at window | 8:08 AM | Construction related |
| 11/30/09 | 8:26 AM | A.Orozco | 8 | cold | B5395679-1 | HVAC | 8:26 AM | (E1) | reports making changes in comp. | 8:26 AM | Normal Maintenance |
| 11/30/09 | 9:10 AM | J.Hoyt | 21 | cold | B5395680-1 | HVAC | 9:10 AM | (E1) | reprots made changes in the comp. | 9:18 AM | Normal Maintenance |
| 11/30/09 | 8:26 AM | J.Morrison | 21 | cold | B5395686-1 | HVAC | 8:26 AM | (E1) | made adjust. In comp.temp70 middle and 67 at window | 8:26 AM | Normal Maintenance |
| 11/30/09 | 8:49 AM | R.Glenn | 21 | cold | B5395690-1 | HVAC | 8:49 AM | (E7) | temp is at 62.8. made changes in comp. | 8:49 AM | Normal Maintenance |
| 11/30/09 | 2:58 PM | R.Glenn | 21 | cold | B5395690-1 | HVAC | 1:48 PM | (E1) | reports making changes in comp. | 1:48 PM | Normal Maintenance |
| 11/30/09 | 9:46 AM | M.Craig | 11 | cold | B5395739-2 | HVAC | 9:46 AM | (E4) | reports temp to (E1) to make adjust.temp is 68.5 | 9:46 AM | Construction related |
| 11/30/09 | 8:58 AM | S.Tatlor | 10 | spill | B5395752-1 | Janitorial | 8:58 AM | (J2) | reoprts spill has been mopped up | 8:58 AM | Tenant issue |
| 11/30/09 | 10:24 AM | L.Williams | 18 | cold | B5396010-2 | HVAC | 10:24 AM | (E1) /(E7) | reports temp on fl. Was 70/ (E1) made adjust. In comp. | 10:24 AM | Normal Maintenance |
| 11/30/09 | 10:18 AM | K.Denton | 21 | cold | B5396028-1 | HVAC | 10:18 AM | (E4) | reports unit was off /now plugged back in | 10:18 AM | Normal Maintenance |
| 11/30/09 | 11:22 AM | K.Denton | 21 | cold | B5396028-1 | HVAC | 11:22 AM | (E1) | reports to the 21st floor talk to tenant, made adjust. By comp. | 11:45 AM | Normal Maintenance |
| 11/30/09 | 10:30 AM | T.Stone | 29 | cold | B5396038-1 | HVAC | 8:42 AM | (E1) | made adjust.in comp. | 8:42 AM | Normal Maintenance |
| 11/30/09 | 11:27 AM | M.laman | 10 | cold | B5396255-1 | HVAC | 11:27 AM | (E7) | reports temp was 68, no access to comp.informedc (E1) | 11:27 AM | Construction related |
| 11/30/09 | 11:44 AM | B.Rogers | 11 | cold | B5396313-1 | HVAC | 11:44 AM | (E5) | reports unit to (E1) to make adjust. | 11:44 AM | Construction related |
| 11/30/09 | 1:28 PM | R.Taylor | 3 | cold | B5396525-1 | HVAC | 1:28 PM | (E5) | no control over compressor/unplugged 3 exterior units | 1:28 PM | Normal Maintenance |
| 12/1/09 | 12:48 PM | T.Houchins | 10 | cold | B5393382-1 | HVAC | 11:45 AM | (E4) | reports tried to making adjusreports to (E1) | 11:45 AM | Construction related |
| 12/1/09 | 6:32 PM | J.Hoyt | 21 | cold | B5395680-1 | HVAC | 6:32 PM | (E7) | reportschecked when at8:18 on 12/2/2009 area was ok | 6:32 PM | Normal Maintenance |
| 12/1/09 | 9:16 AM | L.Flores | 3 | cold | B5397336-1 | HVAC | 9:16 AM | (E7) | reports we do not hav graphics for there heat /ac, reports to (E1) | 9:16 AM | Construction related |

# BANK OF AMERICA
# WORK ORDERS

| 12/1/09 | 1:30 PM | Adt Security | 3 | outlets are not working | B5397928-1 | Electricity | 1:30 PM | ADT | ADT is on property and taking care of floors. | 1:30 PM | Construction related |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/09 | 11:00 AM | L.Flores | 3 | cold | B5402554-2 | HVAC | 11:51 AM | (E1) /(E4) | Divcon is working on there system at this very moment | 11:51 AM | Construction related |
| 12/7/09 | 12:42 PM | S.Payne | 8 | cold | B5404894-1 | HVAC | 12:42 PM | (E5) | reports temp was at 70 change to 72 | 1:10 PM | Normal Maintenance |
| 12/7/09 | 4:52 PM | S.Visher | 18 | hot | B5405206-2 | HVAC | 4:54 PM | (E6) | reports temp to (E1) comp. make adjust. | 4:54 PM | Normal Maintenance |
| 12/8/09 | 8:11 AM | R.Uselton | 10 | hot | B5404548-1 | HVAC | 8:11 AM | (E7) | reports making adjust. to comp area 76 | 9:10 AM | Normal Maintenance |
| 12/8/09 | 10:50 AM | R.Uselton | 10 | cold | B5404548-2 | HVAC | 10:50 AM | (E5) | adjusted exterior units from 72 to 74/replaced 1 heat element | 2:10 PM | Normal Maintenance |
| 12/8/09 | 8:10 AM | T.Smith | 29 | HVAC alarm | B5404711-1 | CBRE | 10:00 AM | CBRE/(E1) | (E1) works with cbre to resolve issue. | 10:00 AM | CBRE |
| 12/8/09 | 8:22 AM | D.Peters | 4 | hot | B5404994-1 | HVAC | 10:50 AM | (E5) | reports unit was turned off/ now on/informed.L.William | 10:50 AM | Normal Maintenance |
| 12/8/09 | 8:09 AM | B.Rogers | 9 | cold | B5405164-1 | HVAC | 8:09 AM | (E7) | reports temp 69 to (E1) to make adjust | 8:30 AM | Construction related |
| 12/8/09 | 8:04 AM | J.Carter | 6 | lights out | B5406064-1 | Lights | 8:04 AM | (J3) | reports some lights wer changed/other have to be order | 8:32 AM | Normal Maintenance |
| 12/8/09 | 3:38 PM | D.Yarborough | 18 | hot | B5406441-1 | HVAC | 3:38 PM | (E7) | reports the temp is 72, made adjust. To 70 | 3:58 PM | No Problem |
| 12/8/09 | 3:05 PM | L.Flores | 3 | hot | B5406787-1 | HVAC | 3:05 PM | (E5) | adjusted temp from 72 to 70, temp was 69.5 | 3:05 PM | No Problem |
| 12/8/09 | 1:41 PM | J.Blair | 6 | dust | B5406819-1 | Janitorial | 1:41 PM | (J2) | reports all areas in LR has been cleaned | 1:41 PM | Normal Maintenance |
| 12/8/09 | 8:20 AM | J.Begue | 25 | hot | B5407738-1 | HVAC | 8:20 AM | (E7) | reports made adjust. to Unit | 8:20 AM | Normal Maintenance |
| 12/9/09 | 8:15 AM | L.Flores | 3 | cold | B5407902-1 | HVAC | 8:15 AM | (E4) | reports temp to ( E1), check temp on comp. spoke w/ L.Flores | 8:15 AM | Construction related |
| 12/9/09 | 2:22 PM | T.Houchins | 10 | hot | B5408271-1 | HVAC | 2:22 PM | (E5) | mixedtemp/T.H is hot/ J.Pain cold/ reports to (E1) make adjust. | 2:22 PM | Construction related |
| 12/9/09 | 10:30 AM | R.Taylor | 3 | cold | B5408382-1 | HVAC | 10:30 AM | (E4) | reports working w/Divcon on HVAC problems | 10:30 AM | Construction related |
| 12/10/09 | 9:00 AM | J.Begue | 25 | hot | B5407738-1 | HVAC | 9:00 AM | (E7) | reports made adjust. To unit | 9:00 AM | Normal Maintenance |
| 12/10/09 | 10:10 AM | N.Wafer | 6 | cold | B5408894-1 | HVAC | 10:10 AM | (E7) | 68 degrees,adjusted thermo. To 72 | 10:27 AM | Normal Maintenance |
| 12/10/09 | 8:20 AM | N.Wafer | 6 | cold | B5411257-1 | HVAC | 8:20 AM | (E4) | reports checking temp, reports to (E1 to make adjust. | 8:20 AM | Normal Maintenance |
| 12/14/09 | 8:23 AM | L.Flores | 3 | cold | B5413770-1 | HVAC | 8:23 AM | (E7) | reports temp was at 70, report to (E1) | 8:23 AM | Construction related |

2009

# BANK OF AMERICA
# WORK ORDERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/09 | 3:16 PM | E.Ruthart | 11 | cold | B5414259-1 | HVAC | 3:16 PM | (E7) | can not make adjust.at building standard | 3:23 PM | Construction related |
| 12/15/09 | 11:36 AM | J.Nicholson | 6 | cold | B5416130-1 | HVAC | 11:36 AM | (E6) | window unit was off turned on | 11:36 AM | Normal Maintenance |
| 12/16/09 | 8:04 AM | L.Flores | 3 | cold | B5417833-1 | HVAC | 8:04 AM | (A4) | reports engineer made adjust. | 8:04 AM | Construction related |
| 12/16/09 | 8:18 AM | T.LeMere | 21 | cold | B5417853-1 | HVAC | 8:18 AM | (A4) | reports engineer made adjust. | 8:18 AM | Normal Maintenance |
| 12/16/09 | 8:32 AM | J.Issacs | 9 | cold | B5417886-1 | HVAC | 8:32 AM | (A4) | reports engineer made adjust. | 8:32 AM | Construction related |
| 12/16/09 | 8:42 AM | T.Houchins | 10 | cold | B5417908-1 | HVAC | 8:42 AM | (A4) | reports engineer made adjust. | 8:42 AM | Construction related |
| 12/16/09 | 11:37 AM | J.Issacs | 10 | replace glass/metal | B5418386-1 | Misc. | 11:37 AM | (A4) | report engineer takes care of work order | 11:37 AM | BofA request |
| 12/18/09 | 1:05 PM | E.Ruthart | 11 | cold | B5422355-1 | HVAC | 1:05 PM | (E4) | reports temp was at 70, report setting unit to 72 | 1:42 PM | Construction related |
| 12/18/09 | 1:25 PM | A.Orozco | 8 | board hanging | B5422490-1 | Misc. | 1:48 PM | (E5) | reports replacing the board on the wall.now secure | 1:48 PM | BofA request |
| 12/22/09 | 11:08 AM | E.Ruthart | 11 | cold | B5426415-1 | HVAC | 11:08 AM | (E6) | reports made adjust. To unit | 11:08 AM | Construction related |
| 12/22/09 | 11:10 AM | S.Payne | 8 | hot | B5426453-1 | HVAC | 11:10 AM | (E4) | eports made adjust. to unit | 11:10 AM | Normal Maintenance |
| 12/23/09 | 12:49 PM | E.Ruthart | 11 | cold | B5426415-1 | HVAC | 11:52 AM | (E6) / (E4) | reports each engineer mad adjust. Twice checking on tenant | 11:52 AM | Construction related |
| 12/23/09 | 10:52 AM | S.Parlin | 6 | hot | B5428247-1 | HVAC | 9:39 AM | (E6) | 80 was the temp/made adjust. Tp perimeter unit. | 9:39 AM | Normal Maintenance |
| 12/23/09 | 11:35 AM | A.Orozco | 8 | hot | B5428363-1 | HVAC | 10:53 AM | (E4) | chiller was off/ needed time to come on | 10:53 AM | Normal Maintenance |
| 12/23/09 | 2:00 PM | L.Latimer | 6 | hot | B5428397-1 | HVAC | 2:00 PM | (E4) | reports unit was turned off/ now on | 2:00 PM | Normal Maintenance |
| 12/23/09 | 11:51 AM | V.Surmiller | 29 | refrigerator off | B5428450-1 | CBRE | 11:51 AM | (A5) | reports work order to Ron Murray/informed will take of | 11:51 AM | CBRE |
| 12/23/09 | 3:11 PM | S.Davis | 29 | refrigerator off | B5428547-1 | CBRE | 3:11 PM | (A5) | reports to cbre/refrigerator nol onger works | 3:11 PM | CBRE |
| 12/23/09 | 3:14 PM | N.Taylor | 18 | door | B5428862-1 | CBRE | 3:15 PM | (E7) | reports the door to cbre/ to contact ADT | 3:18 PM | CBRE |
| 12/23/09 | 3:30 PM | E.Ruthart | 11 | audio equip.not working | B5428884-1 | CBRE | 3:30 PM | (E5) | reports equipment belongs to B.O.A/there is power | 4:00 PM | CBRE |
| 12/28/09 | 8:09 AM | L.Flores | 3 | cold | B5430473-1 | HVAC | 8:09 AM | (E7) | reports temp to (E1) comp. is down so cant make changes | 8:09 AM | Normal Maintenance |
| 12/28/09 | 11:27 AM | S.Payne | 8 | cold | B5430752-1 | HVAC | 10:49 AM | (E4) | reports the temp of 70 to (E1) to make adjust. | 11:01 AM | Normal Maintenance |

**BANK OF AMERICA**
**WORK ORDERS**

| 12/29/09 | 8:00 AM | L.Espinoza | 18 | cold | B5431940-1 | HVAC | 8:00 AM | (E7) | reports temp on fl.63.8, (E7) reports to (E1) make adjust. | 8:18 AM | Normal Maintenance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/09 | 4:00 PM | J.Robbins | 10 | cold | B5432622-1 | HVAC | 4:00 PM | (E5) | reports temp68.8, adjust to 70 report unnit to (E1) | 4:20 PM | Construction related |
| 12/29/09 | 12:00 PM | C.Morones | 26 | microwave on fl. | B5433286-1 | CBRE | 12:00 PM | (A5) | redirected to cbre | 12:00 PM | CBRE |

**EXHIBIT**
11
10/10/11 KS

| | |
|---|---|
| **From:** | Randy Kohana [rkohana@rakgroup.com] |
| **Sent:** | Tuesday, April 06, 2010 5:36 PM |
| **To:** | Sudderth, David L |
| **Subject:** | OMP |
| **Attachments:** | OMP- B of A ltr to David Sudderth-4-6-10.pdf; Cambridge Real Estate Consulting.pdf |

Randy Kohana
President
RAK Main Place Associates L.P.
270 Lafayette Street
New York, NY 10012
(212) 245-1601 (Tel)
(212) 245-7001 (Fax)
RKohana@rakgroup.com
www.rakgroup.com

CONFIDENTIAL

$$\boxed{R | A | K}$$

VIA E-MAIL AND FEDEX

April 6, 2010

Mr. David L. Sudderth
Transaction Director
Bank of America
Bank of America Corporate Workplace
35 North Greenvine Circle
The Woodlands, Texas  77382

Re:  Lease Between RAK Main Place Associates L.P., as successor to RREEF USA Fund-II, as
"Landlord" and Bank of America, N.A., as successor to NationsBank of Texas, as
"Tenant", dated May 1, 1995, as amended (the "Lease"), for premises located at One
Main Place, 1201 Main Street, Dallas, TX (the "Building")

Dear Dave:

We have worked exhaustively with Corporate Risk Consultants ("CRC") to address the alleged
issues that they raised in connection with six (6) of the floors that are part of the Bank's
premises.  Subsequent to my email to you of March 30th saying that I would deal with all Worrell
requests after the religious holiday we found the Worrells website (see attachment).  CRC led us
to believe that CRC was helping the Bank in connection with subleasing six (6) floors in the
Building.  However, as it turns out, CRC's sole business is to assist tenants in negotiating lease
buyouts.

David Worrell called me a few weeks ago with a proposal to buyout your unused office space.
As we were discussing the situation, among other comments he said "All my brother wants to do
is make a lot of money on this".  At the time I didn't know what to make of that comment but we
have now pieced everything together.

As mentioned, we have come upon the websites and marketing pieces (see attached) of the
Worrells and CRC or more accurately Cambridge Real Estate Consulting (also CRC).  It is now
obvious that this exercise is all about the Bank's intention of negotiating a buyout of the lease for
the unused floors instead of the Worrells confirming that those floors are "safe to sublease" as
they previously stated was their intention.  As CRC's website clearly states, the Worrells do not
engage in subleasing.  Their only business is negotiating office lease buyouts.

CONFIDENTIAL

BANA_Cambridge002461

App. 290



Mr. David L. Sudderth
April 6, 2010
Page 2

In the words of the Worrells, from their website, among other things:

1) Work on commission only (percentage of savings).
2) Specialists in Negotiating Office Lease Buyouts
3) Find the "buttons" that will produce a positive result for the client.
4) Can get their clients out of their lease in 60 to 90 days.
5) Breaking a commercial lease is a "negative context business".
6) Their "boots on the ground" approach.

Additionally, John Worrell in conversations with my employees has spoken about me in a most disparaging fashion, as well as to my general manager. I cannot believe that Bank of America condones this type of behavior.

Dave, we have had a good and professional landlord/tenant relationship for 12 years without any of the issues that have arisen recently. At this point as Landlord, we will not have any more contact with the Worrells. They are not to contact us or any of our employees including without limitation, via e-mail, regular mail and/or telephone. We will be happy to communicate directly with Bank of America employees.

In summary, we are going to look to the lease between us and follow it completely, no more, no less. As previously mentioned, I am happy to meet with you "one on one" next week if you so desire.

Sincerely,
RAK MAIN PLACE ASSOCIATES, LP,
a Delaware limited partnership
By: RAK Main Ventures L.P., a Texas
  limited partnership, its general partner
By: RAK Ventures Corp., a Texas
corporation, its general partner


Randy Kohana
President

CONFIDENTIAL

# CAMBRIDGE REAL ESTATE CONSULTING
### SPECIALISTS IN NEGOTIATING OFFICE LEASE BUY OUTS

A surplus lease is not a real estate issue – *IT IS A CASH FLOW ISSUE*. Office leases are one of a corporation's largest expenses. Just one surplus lease can cripple your company and its ability to grow in a highly competitive marketplace. Negotiating a lease buy out is a unique process not understood or practiced by the real estate industry. Cambridge Real Estate Consulting not only pioneered this process – but can successfully negotiate a buy out of your surplus lease *quicker* and *less expensively* than subleasing.

## A NEW SOLUTION: A PROFESSIONALLY NEGOTIATED LEASE TERMINATION

Lease termination negotiation is a specialized exercise that requires a unique and expert knowledge of real estate leases; finance and investor expectations. But most importantly, *it requires years of experience in this type of negotiation.*

## THE SOLUTION DOES NOT FIND YOU... YOU MUST CREATE IT.

**Surplus space** can have great value to the landlord, which is often overlooked – even by the landlord. The landlord can earn far more for your space than you can under a sublease. They have the ability and expertise to more profitably market the property.

**The challenge** is to convince the landlord that it is in their interest to take back your space with a small cushion of cash *now* rather than leave the space vacant or have a less than desirable subtenant there.

## A SUCCESSFULLY NEGOTIATED LEASE BUY OUT:

- COSTS FAR LESS THAN A SUBLEASE
- CAN BE ACCOMPLISHED IN 60 TO 90 DAYS
- ELIMINATES ALL RISK AND FUTURE LIABILITIES
- REQUIRES NO "AT-RISK" CAPITAL

> "...I just wanted to formally thank you and your firm for helping us to negotiate a truly remarkable settlement with the landlord for our Atlanta office space. In an area like Atlanta, with millions of square feet of office space vacant, this was even better than I had hoped we could achieve."
>
> ■ Hunter Lewis, CFO, Netuitive

## THE TRUTH ABOUT SUBLEASING: IT'S NOT A SOLUTION

A sublease not only creates a high-risk liability - it *puts you in the real estate management business.* Subleasing requires that you delegate the responsibility of your company's cash drain to a real estate broker - someone who does not have any vested interest in your company.

Real estate brokers rely on local landlords for future income. Asking them to negotiate a highly discounted lease buy out with that landlord can damage a critical relationship affecting their future income.

According to a . . . . . . . . article, "*...WHETHER BROKERS ADMIT IT OR NOT, THEY MAKE SURE THE GUY GIVING THEM THE ON-GOING BUSINESS - PROBABLY THE LANDLORD - GETS THE BENEFIT OF THE DEAL AS OPPOSED TO THE TENANT, WHO THEY'LL PROBABLY NEVER SEE AGAIN*"

*CFO Magazine, Divided Loyalties, December, 2005

3620 PRESTON POINTE WAY, SUITE 100, ATLANTA, GA 30041

### 888.472.5656      VPSales@CCGIMAIL.COM

CONFIDENTIAL

## A Typical Lease Buy Out Negotiation Process:



**1. A SITUATION ANALYSIS**
We dissect your lease and all additional bills and correspondences to determine your exact future obligation including any unanticipated fees or charges. We then develop a presentation outlining our findings.

**2. PRE–PROCESS PLANNING**
The most important and time consuming part of the buy out process is pre-process planning. The reason for this planning is to gain knowledge of the landlord's unique financial and market position. Once given the "go ahead", we meet with the landlord to explain the situation and determine their financial, marketing, and investor issues.

**3. STRATEGY DEVELOPMENT**
Once understanding your lease and business situation and meeting with the landlord and determining market conditions – we work directly with you to develop a strategy that fits your budget and timing.

**4. TACTICAL NEGOTIATIONS**
A negotiated lease termination is not just a simple meeting to convince the landlord to let you out of a large financial obligation. It requires several tactical negotiations to find the "buttons" that will help the landlord recognize the potential gain – or at least no potential loss.

**5. EXECUTE THE BUY OUT**
This is the most critical and delicate part of the process. More buy-outs are lost during the final legal negotiations and documentation than any other part of the process. We actively participate in this process through execution.

---

"...Mr. Worrell was extremely knowledgeable and effective in this (Buy Out) process. He successfully engaged our landlord in discussions that they otherwise were refusing to participate in and ultimately negotiated a termination agreement which was more favorable than the market offered at that time."

■ Sharon Kincl, CFO, Persona

FOR 23 YEARS CAMBRIDGE REAL ESTATE CONSULTING has been negotiating lease buy outs for Fortune 500 and venture capital backed companies in every major U.S. market. We have successfully negotiated over **1,200 lease buy outs** for more than **100 clients** saving them almost **$1.2 Billion.**

We would be happy to give you a free, confidential analysis of your situation. This can give you a realistic picture of the present situation and offer several options to meet your needs whether we are engaged by you or not.

Cambridge Real Estate Consulting earns it's compensation on contingency for the measurable value we save your company. Please call us at 888-472-5656 or email us at the address below.

### DON'T WASTE ANOTHER USELESS RENT PAYMENT.

3620 PRESTON POINTE WAY, SUITE 100, ATLANTA, GA 30041

**888.472.5656     VPSales@CCGIMAIL.COM**

CONFIDENTIAL

**NEGOTIATING CORPORATE LEASE TERMINATIONS FOR 23 YEARS**
# CAMBRIDGE REAL ESTATE CONSUL

## Cambridge Real Estate Consulting

Dear Commercial Real Estate Broker:

As Managing Director of Cambridge Real Estate Consulting, let me extend to you a "special invitation" to work with us to assist your clients in ending their surplus lease obligations. We work with brokers all over the nation giving them increased credibility with their clients while preserving their income and client relationship. We can work as an "extension" of your staff managing the disposition project under your banner. By contracting Cambridge you can:

- Make use of the best team in the nation on your client's behalf.
- Preserve your income on the project.
- Stay in complete control of the process.
- Maintain that 'all important' relationship with the landlord.
- Free your valuable time to work on more profitable assignments.
- Most importantly - enhance your relationship with your client.

I know how much time, energy and money it takes to gain a good client. Yet only one bad experience can ruin years of hard work and excellent service. A lease disposition assignment is the most likely way to have that happen. We can prevent that from happening.

- We are not Real Estate Brokers - we are Financial Consultants.
- We have no future intent with your client - our loyalty is to you.
- You can continue your current subleasing efforts.

Breaking a commercial lease through a negotiated settlement is a "negative-context" business. If it were fun or easy - you would do it. It also requires years of experience to do it right. Let us take on that burden. Please call us with your situation. Perhaps we can help you really make a difference.

Sincerely,
David R. Worrell, Managing Director

*Call Us For A No-Cost Consultation.*     888-472-5656     *Click Here To Email Us*

Download Our
This is a PDF file that
we do; how we do it;
in the past.

Download Our R
This page provides
sharing their thought
provided.

Download Our W
This is our most read
Truth About Su
with your colleagues

C

Haverty's Inc.
"You have a rare abil
financially sophisticat
landlords. I rely on yo
an extension of myse
forward to doing so fo

Beverly Rollins
Asset Manager
Haverty's Furniture Ir

Netuitive Inc.

"Our situation was co
remaining lease term

http://www.cambridge.consulting.us/Brokers.htm                    3/30/2010

CONFIDENTIAL

BANA_Cambridge002465
App. 294

# CAMBRIDGE REAL ESTATE CONSULTING

NEGOTIATING CORPORATE LEASE TERMINATIONS FOR 23 YEARS

## The Solution Will Not Come To You - *It Must Be Created!*

Sublease marketing is a passive effort to mitigate your growing financial losses. You and your broker sit and wait for someone to come to you. A Negotiated Lease Termination, on the other hand, is an active effort to get you out of the lease now for the least expense. Unfortunately, real estate brokers are required by law to work toward the best interests of both the tenant and the landlord making aggressive negotiations on your behalf difficult. Most tenants lack the skills and experience required to build the necessary leverage for a successful negotiation. That's why contracting an expert third party financial consultant like Cambridge will generate the best results in the shortest time frame.

## Creating A New Solution: Ending Your Lease Obligations.

Negotiating a lease buy out is a specialized discipline that requires a unique and expert knowledge of real estate leases, corporate finance and accounting, investment analysis, and FASB regulations. It also requires an expert knowledge of commonly over-looked lease expenses like taxes, insurance and common area maintenance costs.

But our greatest value comes from the many years of experience in this very unique type of negotiation. In our 23 years, Cambridge has:

- Successfully negotiated the termination of over 1,250 corporate leases.
- Recovered over $500 million in savings for our clients.
- Saved on average 68% of our clients' remaining lease obligations.
- Released our clients from all remaining lease obligations and liabilities.

## How Cambridge Is Compensated.

Engaging Cambridge requires no risk and no change in current subleasing efforts. Cambridge is paid for results: Measurable, Quantifiable Results. Once engaged, Cambridge is paid a small percentage of what is actually saved on a project, between 10% and 15% depending on project complexity (optional travel expenses, which are at the client's discretion and often not necessary, are billed separately). Our earnings are contingent upon meeting the goals our clients agree to before we are contracted.

*If We Don't Succeed We Don't Get Paid - Period!*

### Download Our Brochure
This is a PDF file that explains what better do; how we do it; and who we have w in the past.

### Download Our References
This page provides references from past sharing their thoughts about the service provided

### Download Our White Page
This is our most read White Paper titled " About Subleasing". Please read  and sh your colleagues.

---

**Client Quotes**

a savings of over $5 Million to our compan specialization in this field enabled them to success where other firms had already trie failed..."

James Dixon
Chairman
CompuCom Systems

Persona Inc.

"He successfully engaged our landlord in that they otherwise were refusing to partic ultimately negotiated a termination agreer was more favorable than we ever expecte

Sharon Kincl
CEO

---

CONFIDENTIAL

3/30/20

BANA_Cambridge002466

App. 295



Mr. David Worrell
Cambridge Consulting Group
6000 Fraser Street, Suite 10-302
Centennial, CO  80016

Dear David:

I just wanted to formally thank you and your firm for helping us to negotiate a
truly remarkable settlement with the landlord for our Atlanta office space.  Based
on our remaining lease obligation prior to the settlement, we recovered
approximately 55 cents on the dollar, *including* your commission.  In an area like
Atlanta, with 28 million square feet of office space vacant, this was even better
than I had hoped we could achieve.  Complicating our situation was the relatively
short remaining lease term of seventeen months, yet you found a way to work
that to our advantage in the negotiations.  Of particular significance were the
"boots-on-the-ground" tactics that your Atlanta associate, Tim Sundy, employed
to convince the landlord to come to the table and negotiate in good faith.  Your
approach to the engagement was creative and professional—and successful!

I would be happy to be a reference for prospective Cambridge clients in the
future.  I believe you provide an immense value at a very reasonable price in
what is certainly a challenging and unforgiving commercial real estate
marketplace.

Please let me know if there is anything I can do for you in the future, and be sure
to contact me if you're ever in the DC area.

Regards,

Hunter Louis
Chief Financial Officer

12700 Sunrise Valley Drive · Reston, VA 20191-5804
Tel 703-464-1390  Fax 703-464-1388

CONFIDENTIAL

BANA_Cambridge002467

App. 296

## NEGOTIATING CORPORATE LEASE TERMINATIONS FOR 23 YEARS
# CAMBRIDGE REAL ESTATE CONSULTING

## MANAGING DIRECTOR

### David. R. Worrell, MCR.h, CAS



David has been the Managing Director of Cambridge since its inception, over 23 years ago.
He has been personally involved in over 700 negotiated lease buy outs ranging from $25,000 to $50 Million in value.

David is an officer of CoreNet, an international commercial real estate education association for 20+ years. He was a senior instructor for them for over 8 years. He won the "Top Faculty". Designation for 4 straight years.

David is a graduate of Georgia Tech and later earned his Master of Corporate Real Estate with Honors. He has been a frequent speaker on disposition strategies and has authored 2 books - "surplus Property Strategies" and Financial Analysis of Real Estate Transactions".

## OUR PROFESSIONALS

- Timothy Sundy

- Phil Skinner

- Salley Mertens, Ph.D.

- Marshall Cochran

- John Worrell

**Call Us For A No-Cost Consultation.     888-472-5656      Click Here To Email Us**

Download Our Brochure
This is a PDF file that explains n better we do; how we do it; and who we have with in the past.

Download Our References
This page provides references from pas sharing their thoughts about the service provided.

Download Our White Paper
This is our most read White Paper titled About Subleasin'

**David Teaching at NYU.**



...lting.com/managingdirector.htm

CONFIDENTIAL

BANA_Cambridge002468

App. 297